# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN AND MARY DOE ) | |
| For themselves and their minor child, ) | |
| JAMES DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 2:25-cv-00170-DCLC-CRW |
| v. ) | |
| ) | Jury Demand (12) |
| PROVIDENCE ACADEMY, INC., and ) | |
| BENJAMIN HOLLAND, ) | |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Peter C. Robison of the law firm of Lewis Thomason, P.C. as counsel for Providence Academy, Inc. and Benjamin Holland in this matter. This Notice is given without waiving any objection regarding jurisdiction of this Court and preserving all rights to file motions or otherwise. The clerk is requested to direct all mailings in this case to Peter C. Robison.

Respectfully Submitted,

By: */s/ Peter C. Robison*_____
 Peter C. Robison, BPR #27498
 424 Church Street, Suite 2500
 P.O. Box 198615
 Nashville, TN  37219-8615
 Telephone:  (615) 259-1366
 probison@lewisthomason.com

 *Attorney for Providence Academy, Inc. and Benjamin Holland*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of November 2025 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

Tricia Herzfeld (BPR No. 26014)
Joe P. Leniski, Jr. (BPR No. 22891)
Daniel P. Hull (BPR No. 24511)
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
The Freedom Center
223 Rosa L. Parks Ave., Suite 300
Nashville, Tennessee 37203
Phone: (615) 800-6225
Email: tricia@hsglawgroup.com
joey@hsglawgroup.com
daniel@hsglawgroup.com

and

E. Patrick Hull (BPR No. 4437)
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com

*Attorneys for Plaintiffs*

              */s/ Peter C. Robison*