IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN AND MARY DOE<br>For themselves and their minor child,<br>JAMES DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>PROVIDENCE ACADEMY, INC., and<br>BENJAMIN HOLLAND,<br><br>    Defendants. | Case No.: 2:25-cv-00170-DCLC-CRW<br><br>Jury Demand (12) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Providence Academy, Inc. and Benjamin Holland ("Defendants"), by and through counsel, pursuant to applicable local rules, hereby request an extension of time until December 3, 2025, to file responses to the Complaint. As grounds for this motion, Defendants would show that the Complaint is a lengthy document with more than 200 paragraphs, and counsel for Defendants has been preparing for a trial in Loudon County Circuit Court that begins on November 17, 2025. Defendants would also show that the Rule 16 initial case management conference has not been set, and there will be no prejudice to the parties in allowing this extension. Counsel for Defendants has spoken with counsel for Plaintiffs, and he has no opposition to the extension.

Wherefore, defendants Providence Academy, Inc. and Benjamin Holland request an extension until **December 3, 2025** to file their response to the Complaint.

Respectfully Submitted,

By: */s/ Peter C. Robison*
    Peter C. Robison, BPR #27498
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN  37219-8615
    Telephone:  (615) 259-1366
    probison@lewisthomason.com

    *Attorney for Providence Academy, Inc. and Benjamin Holland*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of November 2025 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

| | |
|---|---|
| Tricia Herzfeld (BPR No. 26014) | |
| Joe P. Leniski, Jr. (BPR No. 22891) | E. Patrick Hull (BPR No. 4437) |
| Daniel P. Hull (BPR No. 24511) | **THE HULL LAW FIRM** |
| **HERZFELD, SUETHOLZ,** | 201 W. Sullivan Street |
| **GASTEL, LENISKI** | Kingsport, Tennessee 37660 |
| **AND WALL PLLC** | Sullivan Street at Shelby Street |
| 223 Rosa L. Parks Ave., Suite 300 | Phone: (423) 247-6151 |
| Nashville, Tennessee 37203 | Email: pat@hull-firm.com |
| Email: tricia@hsglawgroup.com | |
| joey@hsglawgroup.com | *Attorneys for Plaintiffs* |
| daniel@hsglawgroup.com | |

    */s/ Peter C. Robison*
    Peter C. Robison