UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JOHN DOE, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>PROVIDENCE ACADEMY, INC., et al.,<br><br>    Defendant. | 2:25-CV-170 |

**ORDER**

Defendants have filed an Unopposed Motion for Extension of Time [Doc. 13], in which they request an extension until December 3, 2025, to file a pleading responsive to Plaintiff's Complaint [Doc. 1]. As grounds for the motion, counsel for Defendant notes that he is preparing for trial in another matter that begins on November 17, 2025, and that the Complaint in this matter is lengthy. Additionally, counsel notes that the Rule 16 initial case meeting has not yet occurred, and that counsel for Plaintiffs does not oppose this extension.

The Court finds Defendants' request for an extension of time to respond to Plaintiff's Complaint to be well-taken. As such, Defendants' Motion [Doc. 13] is **GRANTED**. Defendants shall have up to and including **December 3, 2025**, within which to file a pleading responsive to Plaintiff's Complaint.

SO ORDERED:

                                                /s/Cynthia Richardson Wyrick
                                              United States Magistrate Judge