IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN AND MARY DOE<br>For themselves and their minor child,<br>JAMES DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>PROVIDENCE ACADEMY, INC., and<br>BENJAMIN HOLLAND,<br><br>    Defendants. | Case No.: 2:25-cv-00170-DCLC-CRW<br><br>Jury Demand |

## NOTICE OF SERVICE OF WRITTEN DISCOVERY ON PLAINTIFFS

Notice is hereby given that on this 3rd day of December, 2025, Defendant Providence Academy, Inc. served its First Interrogatories, Requests for Production, and Requests for Admissions on Plaintiffs John and Mary Doe for themselves and their minor child, James Doe.

Respectfully submitted,

By: */s/ Peter C. Robison*_____
    Peter C. Robison, BPR #27498
    LEWIS THOMASON, P.C.
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219-8615
    Telephone: 615-259-1343
    probison@lewisthomason.com

    *Attorney for Providence Academy, Inc. and Benjamin Holland*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of December, 2025 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

Tricia Herzfeld
Joe P. Leniski, Jr.
Daniel P. Hull
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
1920 Adelicia Street, Suite 300
Nashville, TN 37212
Email: tricia@hsglawgroup.com
　　　joey@hsglawgroup.com
　　　daniel@hsglawgroup.com

and

E. Patrick Hull (BPR No. 4437)
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Email: pat@hull-firm.com

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　*/s/ Peter C. Robison*
　　　　　　　　　　　　　　　　　　Peter C. Robison