IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN AND MARY DOE<br>For themselves and their minor child,<br>JAMES DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>PROVIDENCE ACADEMY, INC., and<br>BENJAMIN HOLLAND,<br><br>    Defendants. | Case No.: 2:25-cv-00170-DCLC-CRW<br><br>Jury Demand |

## DISCLOSURE STATEMENT

I, the undersigned counsel of record for Defendant Providence Academy, certify to the best of my knowledge and belief that my client is a religious public benefit corporation formed under the laws of the State of Tennessee, which has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1. My client has no parent corporation(s) and no publicly held corporation(s) own 10% or more of my client's stock.

Respectfully submitted,

By: */s/ Peter C. Robison*
    Peter C. Robison, BPR #27498
    LEWIS THOMASON, P.C.
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219-8615
    Telephone: 615-259-1343
    probison@lewisthomason.com

    *Attorney for Providence Academy, Inc. and Benjamin Holland*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of December, 2025 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

Tricia Herzfeld
Joe P. Leniski, Jr.
Daniel P. Hull
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
1920 Adelicia Street, Suite 300
Nashville, TN 37212
Email: tricia@hsglawgroup.com
       joey@hsglawgroup.com
       daniel@hsglawgroup.com

and

E. Patrick Hull (BPR No. 4437)
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Email: pat@hull-firm.com

*Attorneys for Plaintiffs*

                                     */s/ Peter C. Robison*
                                      Peter C. Robison