UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JOHN AND MARY DOE for themselves
and their minor child, JAMES DOE,

    PLAINTIFF(S)

v.

Case No.: 2:25-CV-00170-DCLC-CRW

PROVIDENCE ACADEMY, INC., AND
BENJAMIN HOLLAND,

    DEFENDANT(S)

## CONSENT FORM

All parties to the above-captioned civil matter **SHALL** select one of the following two options and, as soon as practicable, file a single joint copy of this consent form with the Court.

☐ In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties to this action hereby **consent** to have a United States magistrate judge conduct all further proceedings in the above-captioned civil matter, including trial and entry of final judgment.

Pursuant to 28 U.S.C. § 636(c)(3), any appeal from a judgment of the presiding magistrate judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court.

[X] The parties **do not consent** to proceed before a magistrate judge.

---

*Complete this section only if all parties have consented to proceed before a magistrate judge.*

**If all parties to this action consent to proceed before a magistrate judge, each unrepresented party and an attorney for each represented party must sign below. If electronically filed, attorneys' signatures may be applied electronically and with permission. Scanned copies of attorneys' and unrepresented parties' signatures are acceptable. This document may be signed in counterpart; however, it must be filed jointly.**

| *Parties' printed names* | *Signature of parties/attorneys* | *Date* |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*(If necessary, include all additional parties on a separate sheet.)*

*Do not complete this section – Court use only.*

**ORDER OF REFERRAL**

   The Court **REFERS** this case to a United States magistrate judge to conduct all proceedings and order the entry of final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**SO ORDERED** this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 8, 2026.  Respectfully submitted,

/s/ Daniel P. Hull
Tricia Herzfeld (BPR No. 26014)
Joe P. Leniski, Jr. (BPR No. 22891)
Daniel P. Hull (BPR No. 24511)
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
The Freedom Center
223 Rosa L. Parks Ave., Suite 300
Nashville, Tennessee 37203
Phone: (615) 800-6225
Email: tricia@hsglawgroup.com
      joey@hsglawgroup.com
      daniel@hsglawgroup.com

and

E. Patrick Hull (BPR No. 4437)
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2026, a true and correct copy of the foregoing was filed with the District Court's CM/ECF electronic filing system, which delivers a copy to counsel of record, including:

Peter C. Robison
**LEWIS THOMASON, P.C.**
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219-8615
Email: probison@lewisthomason.com

Mikel A. Towe
**LEWIS THOMASON, P.C.**
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Email: mtowe@lewisthomason.com

*Attorneys for Defendants*

                                                     /s/ Daniel P. Hull
                                                     Daniel P. Hull