IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN AND MARY DOE, for themselves and their minor child, JAMES DOE, <br><br>v.<br><br>PROVIDENCE ACADEMY, INC., and BENJAMIN HOLLAND,<br><br>    Defendant. | No.: 2:25-cv-00170-DCLC-CRW<br><br>**JURY DEMANDED** |

## DEFENDANTS' MOTION TO DISMISS

Defendants Providence Academy, Inc. ("Providence") and Benjamin Holland (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move for dismissal of the claims asserted by Plaintiffs John and Mary Doe, for themselves and their minor child, James Doe (collectively "Plaintiffs") arising under Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 et seq. ("Title IX").

In their Complaint, Plaintiffs asserted a claim under Title IX, as well as various Tennessee state law claims, including negligence, negligence *per se*, intentional infliction of emotional distress, and negligent infliction of emotional distress. As argued more fully in the Memorandum of Law filed contemporaneously herewith, each of Plaintiffs' claims consist of mere conclusory allegations without facts to support them, or the claims are refuted by the factual allegations contained in the Complaint. Accordingly, Defendant respectfully requests that the Court enter an order dismissing Plaintiffs' Title IX claims with prejudice, and to decline to exercise supplemental jurisdiction over the Tennessee state law claims via dismissal without prejudice.

A certification of the Defendant's compliance with the Order Governing Motions to Dismiss (Docket Entry No. 5) is included herewith. Defendants rely on their Memorandum of Law, filed contemporaneously herewith, as well as <u>Exhibit A</u> to this motion, the 2023-2024 Handbook for the Tennessee Secondary School Athletic Association.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendants Providence Academy, Inc. and Benjamin Holland*

## CERTIFICATION OF COMPLIANCE WITH ORDER GOVERNING MOTIONS TO DISMISS

The undersigned counsel hereby certifies that Defendant has conferred with counsel for Plaintiffs verbally and in writing to determine whether the motion to dismiss can be avoided, and that the parties have been unable to reach an agreement.

*/s/ Peter C. Robison*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of January, 2026 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

Tricia Herzfeld
Joe P. Leniski, Jr.
Daniel P. Hull
**HERZFELD, SUETHOLZ, GASTEL,**
**LENISKI AND WALL PLLC**
1920 Adelcia St., Suite 300
Nashville, Tennessee 37212
Email: tricia@hsglawgroup.com
　　　　joey@hsglawgroup.com
　　　　daniel@hsglawgroup.com

E. Patrick Hull
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com


　　　　　　　*/s/ Peter C. Robison*
　　　　　　　Peter C. Robison