**IN THE UNITED STATES DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| JOHN AND MARY DOE | ) | |
| for themselves and their minor child, | ) | |
| JAMES DOE, | ) | Case No. 2:25-cv-00170-DCLC-CRW |
| | ) | |
| Plaintiffs, | ) | Judge Clifton L. Corker |
| | ) | Magistrate Judge Cynthia R. Wyrick |
| v. | ) | |
| | ) | JURY DEMAND |
| PROVIDENCE ACADEMY, AND | ) | |
| BENJAMIN HOLLAND, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO SET RESPONSE DEADLINE WITH**
**INCORPORATED MEMORANDUM IN SUPPORT**

COME NOW Plaintiffs, by and through undersigned counsel, and move this Court for an Order setting the deadline for their response (or other appropriate filing) to Defendants' motion to dismiss for February 11, 2026.

Local Rule 7.1(a) provides that responses to motions be filed within fourteen (14) days; except that responses to dispositive motions must be filed within twenty-one (21) days of the date on which the motion was served. (L.R. 7.1(a).) Defendants filed their Rule 12(b)(6) motion, which seeks to dispose of less than all of Plaintiffs' claims and asks this Court to decline to exercise its supplemental jurisdiction over the remaining claims, on January 21, 2026. Granting this unopposed motion would set the deadline for Plaintiffs' response at twenty-one (21) days after the filing of Defendants' motion to dismiss. In other words, Plaintiffs are not seeking an extension at this time. Rather, absent a stipulation from Defendants, and without waiving their right to seek an extension if necessary, Plaintiffs are with this unopposed motion

exercising an abundance of caution to ensure they properly and timely file a response or other appropriate filing.

Undersigned counsel has conferred with counsel for Defendants, and the undersigned is authorized to represent that Defendants to not oppose the relief sought herein.

Dated: February 3, 2026.                    Respectfully submitted,

                                             /s/ Daniel P. Hull
                                             Tricia Herzfeld (BPR No. 26014)
                                             Joe P. Leniski, Jr. (BPR No. 22891)
                                             Daniel P. Hull (BPR No. 24511)
                                             **HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
                                             1920 Adelicia Street, Suite 300
                                             Nashville, Tennessee 37212
                                             Phone: (615) 800-6225
                                             Email: tricia@hsglawgroup.com
                                                     joey@hsglawgroup.com
                                                     daniel@hsglawgroup.com

                                             and

                                             E. Patrick Hull (BPR No. 4437)
                                             **THE HULL LAW FIRM**
                                             201 W. Sullivan Street
                                             Kingsport, Tennessee 37660
                                             Sullivan Street at Shelby Street
                                             Phone: (423) 247-6151
                                             Email: pat@hull-firm.com

                                             *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I filed the foregoing document electronically with Court's electronic case management system, which will send notification of such filing to all counsel of record, including:

Peter C. Robison
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
probison@lewisthomason.com

Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Attorneys for Defendants*

*/s/ Daniel P. Hull*
Daniel P. Hull
