UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JOHN AND MARY DOE for themselves and their minor child, JAMES DOE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     2:25-CV-170<br>) |
| PROVIDENCE ACADEMY AND BENJAMIN HOLLAND, | )<br>)<br>) |
| Defendants. | |

**ORDER**

Plaintiffs have filed an Unopposed Motion to Set Response Deadline [Doc. 26] asking the Court to enter an Order setting the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss for February 11, 2026. In so doing, Plaintiffs are not requesting an extension of the standard response deadline set out in Local Rule 7.1.[1] Instead, Plaintiffs merely wish to memorialize the current response deadline while also reserving their right to request an extension should one become necessary.

The Court finds Plaintiffs' Motion [Doc. 26] well taken and it is **GRANTED**. Plaintiffs' deadline to respond to Defendants' Motion to Dismiss is set for **February 11, 2025**. Should Plaintiffs determine an extension of this deadline is needed, they should file a motion seeking an extension and include the reasons an extension is needed.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge

---

[1] Local Rule 7.1 provides that responses to dispositive motions be filed within 21 days of the date on which the dispositive motion was served.