# EXHIBIT 1

schools pay the loan off quickly, they will not be obligated to comply with the federal laws in the future.

However, they may be obligated to continue to meet requirements that they incurred while the loan was outstanding, such as continuing to honor commitments to accommodate disabilities for any student they admitted during that period. This is a particularly important consideration as many of our schools are in the middle of their enrollment season.

In addition, if the school has a summer camp and/or is engaging in distance learning during the period of the loan, the school must comply with the non-discrimination and accommodation obligations during that period of time as well. Over the last few years, we have seen an uptick in the number of claims asserted against summer camps for failure to accommodate students with mobility impairments, diabetes, and other conditions.

Finally, an SBA regulation suggests that if FFA proceeds are used to pay rent or mortgage, it could extend the duration of federal regulation for the life of the building. However, the SBA PPP loan application states that the loan funds may be used for rent or mortgage interest. Whether the use of these loans would indeed extend federal regulation for the life of the building is an unanswered question that we are monitoring. 13 C.F.R. § 113.115

## Conclusion

Schools across the country are engaging in a cost-benefit analysis and determining whether the benefits of accepting the loan outweigh its risks and obligations. Our Education Practice Group stands ready to assist you on these and other COVID-19-related issues. If you have any questions about this situation or how it may affect your school, please contact any member of our Education Practice Group or your Fisher Phillips attorney.

Make sure you are subscribed to Fisher Phillips' alert system to gather the most up-to-date information. You can also review

By using this site, you agree to our updated General Privacy Policy and our Legal Notices