# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN AND MARY DOE,<br>for themselves and their minor child,<br>JAMES DOE,<br><br>v.<br><br>PROVIDENCE ACADEMY, INC., and<br>BENJAMIN HOLLAND,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No.: 2:25-cv-00170-DCLC-CRW**<br><br>**JURY DEMANDED** |

---

## NOTICE OF CHANGE OF ADDRESS

---

Defendants Providence Academy, Inc. ("Providence") and Benjamin Holland ("Mr. Holland") (collectively "Defendants"), by and through counsel, give notice of the change of address of Peter C. Robison, and that effective March 30, 2026, all future correspondence and pleadings should be directed to counsel's new address as follows:

> **Peter C. Robison, BPR #27498**
> **LEWIS THOMASON, P.C.**
> **1201 Demonbreun Street, Suite 1000**
> **Nashville, Tennessee 37203**
> **Phone: 615-259-1343**
> **Fax: (615) 259-1389**
> **probison@lewisthomason.com**

1

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendants Providence Academy,
Inc. and Benjamin Holland*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of April 2026 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

Tricia Herzfeld
Joe P. Leniski, Jr.
Daniel P. Hull
**HERZFELD, SUETHOLZ, GASTEL,**
**LENISKI AND WALL PLLC**
1920 Adelcia St., Suite 300
Nashville, Tennessee 37212
Email: tricia@hsglawgroup.com
      joey@hsglawgroup.com
      daniel@hsglawgroup.com

E. Patrick Hull
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com


*/s/ Peter C. Robison*
 Peter C. Robison

3
