**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| JOHN AND MARY DOE | ) | |
| For themselves and their minor child, | ) | |
| JAMES DOE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 2:25-cv-00170-DCLC-CRW |
| v. | ) | |
| | ) | Jury Demand (12) |
| PROVIDENCE ACADEMY, INC., and | ) | |
| BENJAMIN HOLLAND, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF DEFENDANTS'**
**RULE 26(A)(1) AMENDED INITIAL DISCLOSURES**

Come the Defendants, Providence Academy and Benjamin Holland, by and through counsel,

and hereby give notice of serving Defendants' Rule 26(a)(1) Amended Initial Disclosures to counsel

for Plaintiffs on April 30, 2026.

Respectfully submitted this 30th day of April 2026.

Respectfully Submitted,

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendants Providence Academy, Inc. and Benjamin Holland*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of April, 2026 a copy of the foregoing filing will be sent to all parties via email.

Tricia Herzfeld
Joe P. Leniski, Jr.
Daniel P. Hull
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
1920 Adelcia St., Suite 300
Nashville, Tennessee 37212
Email:  tricia@hsglawgroup.com
     joey@hsglawgroup.com
     daniel@hsglawgroup.com

E. Patrick Hull
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email:  pat@hull-firm.com

*/s/ Peter C. Robison*
Peter C. Robison

2