**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN AND MARY DOE,**<br>**for themselves and their minor child,**<br>**JAMES DOE,**<br><br>**v.**<br><br>**PROVIDENCE ACADEMY, INC., and**<br>**BENJAMIN HOLLAND,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No.: 2:25-cv-00170-DCLC-CRW**<br><br>**JURY DEMANDED** |

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiffs John and Mary Doe, for themselves and their minor child, James Doe (the "Minor Plaintiff") ("collectively "Plaintiffs") and Defendants Providence Academy, Inc. ("Providence") and Benjamin Holland ("Mr. Holland") (collectively "Defendants") (Plaintiffs and Defendants are collectively the "Parties"), jointly and through their respective counsel, hereby file this Motion to Amend Scheduling Order to adjust certain of the discovery deadlines contained in the Scheduling Order, Docket Entry No. 31.

As grounds for this motion, the Parties would show that they have worked diligently in written discovery, but due to the number of witnesses and the availability of witnesses, the Parties anticipate they will not be able to complete depositions before August 31, 2026, when Plaintiffs' expert disclosures are due. The parties have engaged in extensive conferrals to resolve remaining discovery issues, in the hope of obviating court intervention. The parties submit their hope in moving expert deadlines is to streamline discovery, including reducing the number of

supplemental disclosures as fact discovery continues under the current Case Management Order through the end of the year.

The Parties request that the Expert Disclosure Deadlines contained in the Scheduling Order be postponed by 30 days, with an amended discovery schedule as follows:

Plaintiffs' Expert Disclosures: **October 15, 2026**

Defendants' Expert Disclosures: **November 16, 2026**

Rebuttal: **December 1, 2026**

Fact and Expert Discovery Cut-Off: **December 18, 2026**

The Parties submit that these amendments serve to conserve the parties' and the Court's resources and serve the end of judicial economy. Aside from the limited deadlines proposed to be moved, above, the parties state that granting this Joint Motion would keep in place the Court's deadline of December 18, 2026, for all fact and expert discovery, and it would not alter the dispositive motion deadlines, pre-trial deadlines, or the trial date of this matter.

Respectfully submitted:

*/s/ Daniel P. Hull*

Tricia Herzfeld, BPR #26014
Joe P. Leniski, Jr., BPR #22891
Daniel P. Hull, BPR #24511
HERZFELD, SUETHOLZ, GASTEL, LENISKI, AND WALL, PLLC
1920 Adelcia St., Suite 300
Nashville, Tennessee 37212
tricia@hsglawgroup.com
joey@hsglawgroup.com
daniel@hsglawgroup.com

E. Patrick Hull, BPR #4437
THE HULL LAW FIRM
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
pat@hull-firm.com

*Counsel for Plaintiffs John and Mary Doe, for themselves and their minor child, James Doe*

*<u>/s/ Peter Robison</u>*
Peter C. Robison, BPR #27498
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*<u>/s/ Mikel A. Towe</u>*
Mikel A. Towe, BPR #32404
LEWIS THOMASON, P.C.
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendants Providence Academy, Inc. and Benjamin Holland*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of August, 2026 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

Tricia Herzfeld
Joe P. Leniski, Jr.
Daniel P. Hull
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
1920 Adelcia St., Suite 300
Nashville, Tennessee 37212
Email: tricia@hsglawgroup.com
joey@hsglawgroup.com
daniel@hsglawgroup.com

E. Patrick Hull
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com

*/s/ Peter C. Robison*
Peter C. Robison