IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| JOHN DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE ACADEMY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-170 |

**ORDER**

The parties have filed a Joint Motion to Amend Scheduling Order [Doc. 38], requesting an extension of expert disclosure deadlines[1] and amendment to the discovery schedule. The District Court entered a Scheduling Order on March 11, 2026. [Doc. 31]. The current deadline for Plaintiff's expert disclosure is August 31, 2026. The deadline for Defendant's expert disclosure currently is September 30, 2026. The rebuttal expert report deadline is currently October 14, 2026. The motion asserts that despite working diligently, the parties have been unable to complete depositions due to the number of witnesses and the availability of those witnesses. The parties assert that moving the expert deadlines will allow them to streamline discovery and reduce the number of supplemental disclosures.

Once a scheduling order has been issued, it "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Court finds that the parties' Joint Motion to Amend Scheduling Order [Doc. 38] provides good cause for the requested extensions, and it is **GRANTED**.

[1] The motion states that the parties seek extension of thirty days, but the new deadlines they propose actually extend their deadlines by forty-five days.

The Scheduling Order is amended as follows:

Plaintiffs' Expert Disclosure Deadline: **October 15, 2026**

Defendants' Expert Disclosure Deadline: **November 16, 2026**

Rebuttal Deadline: **December 1, 2026**

Fact and Expert Discovery Cut-Off: **December 18, 2026**

This extension does not change the trial date or any other deadlines contained in the Scheduling Order [Doc. 31] not specifically addressed herein, including deadlines for dispositive and *Daubert* motions. The extensions granted in this order shall not be used as a basis to request the extension of any other deadlines.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge