**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN AND MARY DOE,**<br>**for themselves and their minor child,**<br>**JAMES DOE,** | ) | |
| **v.** | ) | **No.: 2:25-cv-00170-DCLC-CRW** |
| **PROVIDENCE ACADEMY, INC., and**<br>**BENJAMIN HOLLAND,** | ) | **JURY DEMANDED** |
| **Defendant.** | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

The parties in this matter, Plaintiffs John and Mary Doe, for themselves and their minor child, James Doe ("Plaintiffs") and Defendants Providence Academy, Inc. and Benjamin Holland ("Defendants") (collectively the "Parties"), by and through their respective counsel, jointly move for the entry of a protective order in this matter.

As grounds for this motion, the Parties would show that this dispute involves multiple minor children, and the factual allegations relate to allegations of assault and subsequent proceedings in juvenile court and may also involve student discipline records. The Parties anticipate exchanging information and records involving the minor children and the juvenile court proceedings, and have agreed that a protective order is necessary to ensure that records of the minor children and the juvenile court proceedings are not inappropriately made public. A copy of a proposed Agreed Protective Order signed by counsel for all Parties is attached.

Respectfully submitted:

*/s/ Daniel P. Hull (by permission Peter Robison)*
Tricia R. Herzfeld, BPR #26014
Joe P. Leniski, Jr., BPR #22891
Daniel P. Hull, BPR #24511
HERZFELD, SUETHOLZ, GASTEL,
LENISKI AND WALL PLLC
1920 Adelcia St., Suite 300
Nashville, TN 37212
Email: tricia@hsglawgroup.com
joey@hsglawgroup.com
daniel@hsglawgroup.com

E. Patrick Hull, BPR #4437
THE HULL LAW FIRM
201 W. Sullivan Street
Kingsport, TN 37660
Phone: (423) 247-6151
Email: pat@hull-firm.com
*Counsel for Plaintiffs*

LEWIS THOMASON, P.C.

*/s/ Peter C. Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendants Providence Academy, Inc. and Benjamin Holland*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of September, 2026 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

Tricia Herzfeld
Joe P. Leniski, Jr.
Daniel P. Hull
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
1920 Adelcia St., Suite 300
Nashville, Tennessee 37212
Email: tricia@hsglawgroup.com
joey@hsglawgroup.com
daniel@hsglawgroup.com

E. Patrick Hull
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com

*/s/ Peter C. Robison*
Peter C. Robison