**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| JOHN AND MARY DOE<br>for themselves and their minor child,<br>JAMES DOE, | ) | |
| Plaintiffs, | ) | Case No. 2:25-cv-170 |
| v. | ) | JURY DEMAND |
| PROVIDENCE ACADEMY, INC., AND<br>BENJAMIN HOLLAND, | ) | |
| Defendants. | ) | |

---

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE

---

Come now the Plaintiffs, by and through counsel, and respectfully request a twenty-eight (28)-day extension of the expert disclosure deadlines in this matter. Defendants have indicated they do not oppose the relief sought in this motion. As grounds for the relief sought herein, Plaintiff states as follows:

1. On March 11, 2026, the Court issued a Scheduling Order. (D.E. 31.) Among other deadlines, the court set expert disclosure deadlines of August 31 (Plaintiffs), September 30 (Defendants), and October 14 (Rebuttal) for expert disclosures, a December 18 deadline for both fact and expert discovery, and a February 1, 2027, deadline for dispositive motions and Daubert motions. (Id.) The Court also set trial to begin on June 8, 2027. (Id.)

2. On August 31, 2026, the Court granted the parties' request to reset the expert disclosure deadlines by 45 days to October 15, November 16, and December 1. (Dkt. 39.).



Case 2:25-cv-00170-DCLC-CRW Document 42 Filed 10/13/26 Page 1 of 5 PageID #: 440

3. The parties have been actively engaged in discovery and recently have completed several depositions in the Tri-Cities area: the Plaintiffs, Defendant Benjamin Holland, the corporate representative of Defendant Providence Academy, and several other fact witnesses.

4. During the week of September 28, while depositions were ongoing, lead trial counsel for the Plaintiffs, Tricia Herzfeld, experienced the unexpected death of a family member that will necessitate a substantial leave of absence.

5. That same week, while in the Tri-Cities, counsel for Plaintiffs, Daniel Hull, experienced an unexpected and emergent family issue that has and will require his attention.

6. Earlier in the year, counsel for Plaintiffs, Patrick Hull, experienced a sudden medical emergency that has and will require substantial recovery time.

7. Counsel for Plaintiffs have made counsel for Defendants aware of these events, and counsel for Plaintiffs are willing to share more detail with the Court should it be necessary.

8. The parties have conferred, and they agree that under the circumstances good cause exists for a modest extension of the discovery, expert, and dispositive motion deadlines to ensure that Plaintiffs have sufficient time to make their expert disclosures – which is currently set for October 15, 2026; that Defendants have sufficient time to respond; and that all parties have sufficient time to adequately prepare for dispositive motion briefing should it be necessary. The parties also agree that neither side will suffer undue prejudice from an extension.

9. The current cut-off for fact and expert discovery is December 18, 2026. The parties have diligently worked this case, were and are making every effort to complete fact discovery as soon as practicable, and the request for an extension will not impact any other remaining case management deadlines or the trial date.

Accordingly, for the reasons set forth herein and for good cause shown, the parties respectfully request that the Court reset the expert deadlines as follows:

Plaintiffs' Expert Disclosures: **November 12, 2026**;

Defendants' Expert Disclosures: **December 15, 2026**;

Rebuttal: **December 22, 2026**;

Fact and Expert Discovery Cut-Off: **January 19, 2027**; and

Deadline for Dispositive Motions: **February 16, 2027.**

DATED: October 13, 2026.

Respectfully submitted,


*/s/ Daniel P. Hull*
Tricia Herzfeld (BPR No. 26014)
Joe P. Leniski, Jr. (BPR No. 22891)
Daniel P. Hull (BPR No. 24511)
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
The Freedom Center
1920 Adelicia Street, Suite 300
Nashville, Tennessee 37212
Phone: (615) 800-6225
Email: tricia@hsglawgroup.com
joey@hsglawgroup.com
daniel@hsglawgroup.com

and

E. Patrick Hull (BPR No. 4437)
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com

*Attorneys for Plaintiffs*

/s/ *Peter C. Robison* (*w/ permission Daniel P. Hull*)
Peter C. Robison (BPR No. 27498)
1201 Demonbreun Street | Suite 1000
Nashville, Tennessee 37203
probison@lewisthomason.com

Mikel A. Towe (BPR No. 32404)
900 South Gay Street | Suite 300
P.O. Box 2425
Knoxville, Tennessee 37902
mtowe@lewisthomason.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2026, I filed the foregoing document electronically with Court's electronic case management system, which will send notification of such filing to all counsel of record, including:

Peter C. Robison
1201 Demonbreun Street | Suite 1000
Nashville, Tennessee 37203
probison@lewisthomason.com

Mikel A. Towe
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, Tennessee 37902
mtowe@lewisthomason.com

*Attorneys for Defendants*

*/s/ Daniel P. Hull*
Daniel P. Hull