IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| JOHN DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE ACADEMY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-170 |

**ORDER**

Plaintiffs filed an Unopposed Motion to Extend Expert Disclosure Deadline [Doc. 42], requesting an extension of expert disclosure deadlines and the deadline for dispositive motions. The District Court entered a Scheduling Order on March 11, 2026. [Doc. 31]. The undersigned granted the parties' joint request for modification of specific deadlines by Order entered August 31, 2026 [Doc. 39]. The current deadline for Plaintiff's expert disclosure is October 15, 2026. The deadline for Defendant's expert disclosure currently is November 16, 2026. The rebuttal expert report deadline is currently December 1, 2026. The current deadline for dispositive motions is February 1, 2027.[1] The motion asserts that Plaintiffs' counsel have experienced unexpected and emergent family matters and medical issues of which they have made Defendants' counsel aware. Defendants do not oppose the requested extension; and the parties agree that neither side will suffer undue prejudice from an extension. The motion further asserts that the parties have been diligently working to complete fact discovery as soon as practicable; and the requested extension will not impact other deadlines or the trial date.

[1] The August 31, 2026, Order did not extend the dispositive motions deadline, which remained as set in the Scheduling Order [Doc. 31]. The Motion seeks only a 14-day extension of the dispositive motions deadline, not a 30-day one.

Once a scheduling order has been issued, it "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Court finds that Plaintiffs' Unopposed Motion to Extend Expert Disclosure Deadline [Doc. 42] provides good cause for the requested extensions, and it is **GRANTED**.

The Scheduling Order is amended as follows:

Plaintiffs' Expert Disclosure Deadline: **November 12, 2026**

Defendants' Expert Disclosure Deadline: **December 15, 2026**

Rebuttal Deadline: **December 22, 2026**

Fact and Expert Discovery Cut-Off: **January 19, 2027**

Deadline for Dispositive Motions: **February 16, 2027.**

This extension does not change the trial date or any other deadlines contained in the Scheduling Order [Doc. 31] not specifically addressed herein. The extensions granted in this order shall not be used as a basis to request the extension of any other deadlines.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge