# Providence Academy
## Payroll Summary
### April 17 through June 30, 2020

| | Hours | Rate | Apr 17 - Jun 30, 20 |
|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | |
| Gross Pay | | | |
| Salary | 18,996.55 | | 457,577.10 |
| Holiday Pay | 40 | 11.00 | 545.60 |
| Hourly Rate | 1,831.55 | 15.00 | 23,445.59 |
| Snow Day Pay | 3,841.25 | 11.25 | 46,699.58 |
| Substitute - Aide | 2.5 | 11.00 | 27.50 |
| Vacation Hourly Rate | 1,309 | 25.56 | 31,542.05 |
| Coaching Stipend | | | 270.71 |
| Telephone Stipend | | | 1,512.50 |
| Total Gross Pay | 26,020.85 | | 561,620.63 |
| Deductions from Gross Pay | | | |
| 125 -Cancer Insurance (pre-tax) | | | -237.63 |
| 125 -Dental Insurance (pre-tax) | | | -2,777.98 |
| 125 -Health Insurance (pre-tax) | | | -20,799.89 |
| 125 -Life Insurance | | | -926.98 |
| 125 -Vision Insurance (pre-tax) | | | -374.56 |
| 403(b) GA PLAN | | | -2,500.00 |
| Total Deductions from Gross Pay | | | -27,617.04 |
| Adjusted Gross Pay | 26,020.85 | | 534,003.59 |
| Taxes Withheld | | | |
| Federal Withholding | | | -39,566.00 |
| Medicare Employee | | | -7,779.31 |
| Social Security Employee | | | -33,263.18 |
| Medicare Employee Addl Tax | | | 0.00 |
| Total Taxes Withheld | | | -80,608.49 |
| Deductions from Net Pay | | | |
| Annual Schol. Fund (taxable) | | | -227.10 |
| Book Fees (taxable) | | | -937.50 |
| Child Support | | | -256.15 |
| Enrollment Fees (taxable) | | | -112.50 |
| Other Fees | | | -971.30 |
| Tuition (taxable) | | | -13,845.46 |
| Total Deductions from Net Pay | | | -16,350.01 |
| **Net Pay** | **26,020.85** | | **437,045.09** |
| Employer Taxes and Contributions | | | |
| Medicare Company | | | 7,779.31 |
| Social Security Company | | | 33,263.18 |
| TN - Unemployment Company | | | 0.00 |
| Reportable Health Coverage Cost | | | 53,839.29 |
| Total Employer Taxes and Contributions | | | 94,881.78 |

**EXHIBIT A-2**