**Paycheck Protection Program**
**PPP Loan Forgiveness Application Form 3508EZ**

**OMB Control No. 3245-0407**
**Expiration date: 10/31/2020**

| Business Legal Name ("Borrower") | | DBA or Tradename, if applicable |
|---|---|---|
| Providence Academy | | |
| Business Address | Business TIN (EIN, SSN) | Business Phone |
| 2788 Carroll Creek Rd., Johnson City, TN 37615 | 62-1564142 | (423) 854 - 9819 |
| | Primary Contact | E-mail Address |
| | Carol Stoltzfus | cstoltzfus@providenceacademy.com |

**SBA PPP Loan Number:** 29563571-07 **Lender PPP Loan Number:** 19012055

**PPP Loan Amount:** $537,000.00 **PPP Loan Disbursement Date:** 04/17/2020

**Employees at Time of Loan Application:** 92 **Employees at Time of Forgiveness Application:** 94

**EIDL Advance Amount:** ______ **EIDL Application Number:** ______

**Payroll Schedule:** The frequency with which payroll is paid to employees is:

☐ **Weekly** ▣ **Biweekly** (every other week) ☐ **Twice a month** ☐ **Monthly** ☐ **Other** ______

**Covered Period:** 04/17/2020 to 10/01/2020

**Alternative Payroll Covered Period, if applicable:** ______ to ______

**If Borrower (together with affiliates, if applicable) received PPP loans in excess of $2 million, check here:** ☐

**Forgiveness Amount Calculation:**

Payroll and Nonpayroll Costs

| | |
|---|---|
| Line 1. Payroll Costs: | $561,620.63 |
| Line 2. Business Mortgage Interest Payments: | $0.00 |
| Line 3. Business Rent or Lease Payments: | $0.00 |
| Line 4. Business Utility Payments: | $0.00 |

Potential Forgiveness Amounts

| | |
|---|---|
| Line 5. Add the amounts on lines 1, 2, 3, and 4: | $561,620.63 |
| Line 6. PPP Loan Amount: | $537,000.00 |
| Line 7. Payroll Cost 60% Requirement (divide Line 1 by 0.60): | $936,034.38 |

Forgiveness Amount

| | |
|---|---|
| Line 8. Forgiveness Amount (enter the smallest of Lines 5, 6, and 7): | $537,000.00 |

**EXHIBIT A-3**

## Paycheck Protection Program
## PPP Loan Forgiveness Application Form 3508EZ

**By Signing Below, You Make the Following Representations and Certifications on Behalf of the Borrower:**

The Authorized Representative of the Borrower certifies to all of the below by **initialing** next to each one.

BH
BH ___ The dollar amount for which forgiveness is requested:

- was used to pay costs that are eligible for forgiveness (payroll costs to retain employees; business mortgage interest payments; business rent or lease payments; or business utility payments);
- includes payroll costs equal to at least 60% of the forgiveness amount;
- if a 24-week Covered Period applies, does not exceed 2.5 months' worth of 2019 compensation for any owner-employee or self-employed individual/general partner, capped at $20,833 per individual; and
- if the Borrower has elected an 8-week Covered Period, does not exceed 8 weeks' worth of 2019 compensation for any owner-employee or self-employed individual/general partner, capped at $15,385 per individual.

BH
BH ___ I understand that if the funds were knowingly used for unauthorized purposes, the federal government may pursue recovery of loan amounts and/or civil or criminal fraud charges.

BH
BH ___ The Borrower did not reduce salaries or hourly wages by more than 25 percent for any employee during the Covered Period or Alternative Payroll Covered Period compared to the period between January 1, 2020 and March 31, 2020. For purposes of this certification, the term "employee" includes only those employees that did not receive, during any single period during 2019, wages or salary at an annualized rate of pay in an amount more than $100,000.

BH
BH ___ The Borrower has accurately verified the payments for the eligible payroll and nonpayroll costs for which the Borrower is requesting forgiveness.

BH
BH ___ I have submitted to the Lender the required documentation verifying payroll costs, the existence of obligations and service (as applicable) prior to February 15, 2020, and eligible business mortgage interest payments, business rent or lease payments, and business utility payments.

BH
BH ___ The information provided in this application and the information provided in all supporting documents and forms is true and correct in all material respects. I understand that knowingly making a false statement to obtain forgiveness of an SBA-guaranteed loan is punishable under the law, including 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a Federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

BH
BH ___ The tax documents I have submitted to the Lender are consistent with those the Borrower has submitted/will submit to the IRS and/or state tax or workforce agency. I also understand, acknowledge, and agree that the Lender can share the tax information with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of ensuring compliance with PPP requirements and all SBA reviews.

BH
BH ___ I understand, acknowledge, and agree that SBA may request additional information for the purposes of evaluating the Borrower's eligibility for the PPP loan and for loan forgiveness, and that the Borrower's failure to provide information requested by SBA may result in a determination that the Borrower was ineligible for the PPP loan or a denial of the Borrower's loan forgiveness application.

In addition, the Authorized Representative of the Borrower must certify by **initialing at least ONE** of the following two items:

BH
BH ___ The Borrower did not reduce the number of employees or the average paid hours of employees between January 1, 2020 and the end of the Covered Period (other than any reductions that arose from an inability to rehire individuals who were employees on February 15, 2020, if the Borrower was unable to hire similarly qualified employees for unfilled positions on or before December 31, 2020, and reductions in an employee's hours that a borrower offered to restore and were refused).

BH
BH ___ The Borrower was unable to operate between February 15, 2020, and the end of the Covered Period at the same level of business activity as before February 15, 2020 due to compliance with requirements established or guidance issued between March 1, 2020 and December 31, 2020, by the Secretary of Health and Human Services, the Director of the Centers for Disease Control and Prevention, or the Occupational Safety and Health Administration, related to the maintenance of standards of sanitation, social distancing, or any other work or customer safety requirement related to COVID-19.

The Borrower's eligibility for loan forgiveness will be evaluated in accordance with the PPP regulations and guidance issued by SBA through the date of this application. SBA may direct a lender to disapprove the Borrower's loan forgiveness application if SBA determines that the Borrower was ineligible for the PPP loan.

Ben Holland
Ben Holland (Sep 30, 2020 11:22 EDT)

Signature of Authorized Representative of Borrower

Sep 30, 2020

Date

Ben Holland

Print Name

Head of School

Title