## TSSAA BYLAWS CHANGES APPROVED FOR THE 2023-24 SCHOOL YEAR

1. **Article II, Section 16 (Tuition and Financial Aid)**

   The Board of Control is now required to approve need-based financial aid in November as opposed to August. This section is not applicable for TMSAA Member schools. (See page 18.)

2. **Article II, Section18 (Amateur Rule)**

   There are now opportunities for students to earn compensation for delivering private instructions and for the use of their name, image, and likeness when specific standards are made while maintaining their amateur status. In addition, a progression of penalties was created for when violations of the amateur rule occur. (See page 20.)

3. **Article II, Section 24 (Special Cases Involving Hardship)**

   Clarifies that a student must meet the TSSAA definition of enrollment in order for the Executive Director to consider their hardship case. In addition, a provision was made to allow the Board of Control to hear hardship appeals during their June meeting for students that meet the TSSAA definition of enrollment. (See page 21.)

4. **Article III, Section 14 (Playing of Ineligible Student-Athletes)**

   Clarifies that participation of an ineligible student during the postseason results in the vacating of any wins. (See page 27.)

5. **Article IV, Section 8 (TSSAA Sports Calendar – Bowling)**

   A TSSAA First Date of Practice has been added for Bowling. This change is not applicable for TMSAA Member schools. (See page 34.)

6. **Article IV, Section 10 (Jamborees)**

   Removes the requirement for the state office to grant permission to host a jamboree. (See page 39.)

## ADDITIONAL TSSAA BYLAWS CHANGES MADE IN JULY 2023

1. **Article I, Section 5 (Sanctioned Sports)**

   Unified track and field was changed to Unified Sports, to make it more consistent with the definitions of Special Olympics Athlete, Unified Partner, and Unified Sports given in the TSSAA Bylaws. (See page 9.)

2. **Article I, Section 10 (Rules Meetings for Coaches)**

   Schools now have the option of attending the in person meeting or completing the online meeting for their sport prior to the TSSAA Date of First Contest. (See page 11).

3. **Article III, Sections 7-9 (Unsportsmanlike Conduct)**

   A change was made to separate the penalties for when substitutes leave the bench area and/or fans come onto the floor during an incident. In addition, a penalty was added for when fans are ejected for unsportsmanlike conduct. (See pages 26-27)

4. **Article III, Section 11 (Unsportsmanlike Conduct Appeals)**

   The change clarifies when a school can appeal the ejection of players or coaches or a penalty imposed for unsportsmanlike conduct by fans. (See page 27)

**NOTE:** Changes made within the sections of the TSSAA Bylaws mentioned above will be in bold.

**EXHIBIT A-6**


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 1 of 64
PageID #: 472

# TENNESSEE SECONDARY SCHOOL ATHLETIC ASSOCIATION

# CONSTITUTION

## Article I
## Name and Purpose

**Section 1.** The name of the corporation shall be the Tennessee Secondary School Athletic Association, and hereafter shall be referred to as TSSAA.

**Section 2.** The purposes of the corporation shall be as stated in the Charter of Incorporation and, in addition, to stimulate and regulate interscholastic athletic competition among the member schools in accordance with the standards established by those schools in the TSSAA Bylaws.

**Section 3.** The mission of the TSSAA is to serve its members by providing leadership and coordination for the administration of interscholastic athletics, which will enhance the educational experiences of students. The TSSAA will promote participation and sportsmanship to develop good citizens through interscholastic athletics, which provide equitable opportunities, positive recognition and learning experiences to students while maximizing the achievement of educational goals.

## Article II
## Athletic Districts

**Section 1.** For the purpose of administration only, the state shall be divided by counties into the following athletic districts:

First Athletic District: Carter, Claiborne, Cocke, Grainger, Greene, Hamblen, Hancock, Hawkins, Jefferson, Johnson, Sevier, Sullivan, Unicoi, Washington.

Second Athletic District: Anderson, Blount, Campbell, Knox, Loudon, McMinn, Monroe, Morgan, Roane, Scott, Union.

Third Athletic District: Bledsoe, Bradley, Grundy, Hamilton, Marion, Meigs, Polk, Rhea, Sequatchie.

Fourth Athletic District: Bedford, Cannon, Clay, Coffee, Cumberland, DeKalb, Fentress, Franklin, Jackson, Lincoln, Moore, Overton, Pickett, Putnam, Rutherford, Smith, Van Buren, Warren, White, Wilson.

Fifth Athletic District: Davidson, Macon, Montgomery, Robertson, Stewart, Sumner, Trousdale.

Sixth Athletic District: Cheatham, Dickson, Hickman, Houston, Humphreys, Giles, Lawrence, Lewis, Marshall, Maury, Perry, Wayne, Williamson.

Seventh Athletic District: Benton, Carroll, Chester, Decatur, Fayette, Hardeman, Hardin, Henderson, Henry, Madison, McNairy.

Eighth Athletic District: Crockett, Dyer, Gibson, Haywood, Lake, Lauderdale, Obion, Tipton, Weakley.

Ninth Athletic District: Shelby.

Athletic Districts 1, 2 and 3 shall comprise the Grand Division of East Tennessee; Athletic Districts 4, 5 and 6 shall comprise the Grand Division of Middle Tennessee, and Athletic Districts 7, 8 and 9 shall comprise the Grand Division of West Tennessee.

## Article III
## Board of Control

**Section 1. Administration:** The administrative authority of the TSSAA shall be vested in a Board of Control composed of twelve members. This Board of Control shall be composed of four representatives from each of the three Grand Divisions of the State who shall be elected to serve for a period of three years. The terms of office shall be staggered such that the terms of four members of the Board of Control, one from two Grand Divisions and two from one Grand Division of the State, shall expire each year. The election shall take place in an annual meeting of the schools in each Grand Division.

**Section 2. Election:** In each Grand Division, there shall be a minimum of one Independent School representative. Only administrators of member Independent Schools in that Grand Division shall be eligible for


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 2 of 64
PageID #: 473

election to the Independent School seat. Each member school of the Grand Division that is represented at the meeting by the Principal, or other administrator, shall be entitled to one vote for each Independent School seat to be filled at the meeting.

Administrators from all member schools shall be eligible for election to the other three seats. Nominations shall come from the schools within the Athletic District, and only the members of that Athletic District may vote for their representative on the Board of Control. Each member school of the Athletic District that is represented at the meeting by the Principal, or other administrator, shall be entitled to one vote for each seat to be filled at the meeting. In the event of a tie vote, all member schools in that Grand Division represented at the meeting shall continue to vote until the tie is broken.

The term of office for members of the Board of Control shall begin December 1 following their election.

All members of the Board of Control must be full-time employees (minimum of 100 school days) who are principals, assistant principals (who devote full-time duties to administration), heads of schools, school-level athletic directors (who have achieved a minimum CAA recognition through the NIAAA), district-level athletic directors (who have achieved a minimum CAA recognition through the NIAAA), or director of schools. District-level athletic directors, County and City superintendents of no more than one four-year high school or senior high school shall be eligible to serve. No individual can serve as a member of the Legislative Council and Board of Control at the same time.

**Section 3. Officers:** The officers of the Board of Control shall be a president and a vice president. These officers shall be elected annually by the members of the Board of Control and each shall perform the duties usually required of the office. The President and Vice-President of the Board of Control shall serve as President and Vice-President of the TSSAA. The President of the Board of Control shall also attend all meetings of the Legislative Council. The Executive Director shall act as Secretary of the Board of Control.

**Section 4. Vacancies:** Withdrawal from the teaching profession, suspension or lapse of membership of the school represented, or removal from the Athletic District represented shall immediately terminate membership on the Board of Control, and the vacancy shall be filled as provided below.

Vacancies on the Board of Control shall be filled by the members of the Board of Control representing the Grand Division wherein the vacancy occurs. Such members shall serve until the next annual meeting of the member schools of the Grand Division, at which time vacancies shall be filled by regular election.

**Section 5. Power and Duties of Board of Control:** The Board of Control shall:

- **(a)** Have general control over all athletic contests in which member schools participate.
- **(b)** Elect an Executive Director and delegate the authority to interpret and to enforce the Constitution and Bylaws of the TSSAA to the Executive Director.
- **(c)** Provide office facilities and employees for properly conducting the business of the Association. (The Tennessee Secondary School Athletic Association is an Equal Opportunity Employer.)
- **(d)** Determine and authorize all necessary expenditures of money in the conduct of the affairs of the Association.
- **(e)** Determine methods of, and qualifications for, registration of officials; revoke registration of any official for just cause.
- **(f)** **Except as otherwise provided**, hear appeals from decisions of the Executive Director and render final decisions in those appeals.
- **(g)** Have authority to rule on any cause not covered by the Constitution and Bylaws, until the Legislative Council adopts a rule covering the situation.

**Section 6. Meetings:** The Board of Control shall meet in August, November, January, March and June. Other meetings may be called by the President of the Board of Control. The various ex-officio representatives shall be permitted to attend meetings and may provide input on behalf of their constituents but shall have no vote and shall not be or remain present during any meetings held in executive session.

**Section 7. Quorum:** A majority of the members of the Board of Control shall constitute a quorum for the transaction of business.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 3 of 64
PageID #: 474

## Article IV
## Legislative Council

**Section 1. Administration:** The legislative body of the TSSAA shall be a Legislative Council composed of twelve members. This Legislative Council shall be composed of four representatives from each of the three Grand Divisions of the State who shall be elected to serve for a period of three years. The terms of office shall be staggered such that the terms of four members of the Legislative Council, one from two Grand Divisions and two from one Grand Division of the State, shall expire each year. The election shall take place in an annual meeting of the schools in each Grand Division.

**Section 2. Election:** In each Grand Division, there shall be a minimum of one Independent School representative. Only administrators of member Independent Schools in that Grand Division shall be eligible for election to the Independent School seat. Each member school of the Grand Division that is represented at the meeting by the Principal, or other administrator, shall be entitled to one vote for each Independent School seat to be filled at the meeting.

Administrators from all member schools shall be eligible for election to the other three seats. Nominations shall come from the schools within the Athletic District, and only the members of that Athletic District may vote for their representative on the Legislative Council. Each member school of the Athletic District that is represented at the meeting by the Principal, or other administrator, shall be entitled to one vote for each seat to be filled at the meeting. In the event of a tie vote, all member schools in that Grand Division represented at the meeting shall continue to vote until the tie is broken.

The term of office for members of the Legislative Council shall begin December 1 following their election.

All members of the Legislative Council must be full-time employees (minimum of 100 school days) who are principals, assistant principals (who devote full-time duties to administration), heads of schools, school-level athletic directors (who have achieved a minimum CAA recognition through the NIAAA), district-level athletic directors (who have achieved a minimum CAA recognition through the NIAAA), or director of schools. District-level athletic directors, County and City superintendents of no more than one four-year high school or senior high school shall be eligible to serve. No individual can serve as a member of the Legislative Council and Board of Control at the same time.

**Section 3. Officers:** The officers of the Legislative Council shall be a president and a vice president. These officers shall be elected annually by the members of the Legislative Council and each shall perform the duties usually required of the office. The President of the Legislative Council shall also attend all meetings of the Board of Control. The Executive Director shall act as Secretary of the Legislative Council.

**Section 4. Vacancies:** Withdrawal from the teaching profession, suspension or lapse of membership of the school represented, or removal from the Athletic District represented shall immediately terminate membership on the Legislative Council, and the vacancy shall be filled as provided below.

Vacancies on the Legislative Council shall be filled by the members of the Legislative Council representing the Grand Division wherein the vacancy occurs. Such members shall serve until the next annual meeting of the member schools of the Grand Division, at which time vacancies shall be filled by regular election.

**Section 5. Duties:** The Legislative Council shall make necessary amendments to the Constitution and Bylaws and act upon suggestions submitted by 25 members of the Association.

**Section 6. Meetings:** The Legislative Council shall meet in December and in April. Other meetings may be called by the President of the Legislative Council. The various ex-officio representatives shall be permitted to attend meetings and may provide input on behalf of their constituents but shall have no vote and shall not be or remain present during any meetings held in executive session. The Executive Director shall prepare an agenda for each meeting of the Legislative Council, which shall include:

- **(a)** Proposals from the regional meetings.
- **(b)** Proposals from any committee established by the Board of Control or Legislative Council.
- **(c)** Proposals from the TSSAA staff.
- (d) Any proposal submitted by the chief administrator of a member school to the Executive Director no later than four weeks prior to the Legislative Council meeting.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 4 of 64
PageID #: 475

The Legislative Council shall not consider any item not on the agenda prepared by the Executive Director.

The agenda shall be published no later than seven (7) days in advance of a regularly scheduled meeting of the Legislative Council.

**Section 7. Quorum:** A majority of the members of the Legislative Council shall constitute a quorum for the transaction of business.

## Article V
## Executive Director

**Section 1.** The Executive Director shall be elected for a term of three years by the Board of Control.

**Section 2.** Under the direction of the Board of Control, the Executive Director shall receive, hold, expand and account for all funds of the Association.

**Section 3.** The Executive Director shall maintain the records and property of the Association.

**Section 4.** The Executive Director shall initiate investigations, conduct hearings, collect information, render decisions and fix penalties based on the information provided to the staff, and in accordance with the rules and regulations of the TSSAA. Such decisions shall be subject to review by the Board of Control on appeal by the principal of the member school involved.

Some examples of disciplinary action are, but not limited to, the following:

- **(1)** Probation to an individual sport in an athletic program shall result in a fine of $500.00 annually.
- **(2)** Probation to a total athletic program shall result in a fine of $1,000.00 annually.
- **(3)** Restrictive probation to an individual sport in an athletic program shall result in removal from the tournament series and a fine of $1,000.00 annually.
- **(4)** Restrictive probation to a total athletic program shall result in removal from the tournament series in all sports and a fine of $2,000.00 annually.
- **(5)** Suspension of an individual sport from participation or the total athletic program from participation.
- **(6)** No awards shall be given to a member school recognizing their finish in the regular season in any TSSAA sponsored sport if that school has been placed on restrictive probation for that sport.

**Section 5.** The Executive Director shall attend all meetings and serve as Secretary of the Board of Control and of the Legislative Council.

**Section 6.** The Executive Director shall be an ex-officio member of all committees of the Board of Control and of the Legislative Council.

**Section 7.** The Executive Director shall administer the rules and regulations governing the certification of officials as directed by the Board of Control.

## Article VI
## Hearings

**Section 1.** Any school charged with violating TSSAA regulations shall be notified of such charges by the Executive Director. If a hearing is desired by the school involved, the Executive Director must be notified immediately in writing. Provisions will then be made for such hearing, and the school so notified.

**Section 2.** Hearings shall be conducted by the Executive Director in the presence of two or more members of the Board of Control who represent the Grand Division of the state in which the school is located, and who shall act in an advisory capacity. After testimony has been heard, the Executive Director shall meet in executive session with the members of the Board of Control who are present at the hearing. After discussing with the Board members the evidence and possible penalties, the Executive Director shall decide what penalty, if any, is to be placed against the school.

**Section 3.** Regardless of whether a member school has sought a hearing under Section 2, the school may appeal any decision of the Executive Director to the Board of Control. If the decision of the Executive Director is

sustained, the school making the appeal shall defray the expenses for the meeting of the Board of Control in case a special meeting of the Board is called to consider the appeal.

**Section 4.** No member of the Board of Control shall serve on the Board while a case involving the school which he/she represents is being heard.

## Article VII
## Amendments

**Section 1.** The Constitution may be amended by a majority of the membership of the Legislative Council. The action of the Legislative Council shall be final except that any amendment it makes may be appealed to the entire membership upon request of 25 members of the Association submitted to the Executive Director in writing. An appeal to the membership must be participated in by at least 51 percent of the total membership or the appeal will be void. A two-thirds majority of those voting will be necessary to reject a regulation adopted by the Legislative Council. Any item, not on the regional agenda, that is submitted by a member school to the Legislative Council must be in writing and submitted to the Executive Director no later than four weeks prior to the meeting of the Legislative Council at which the item is to be submitted. Any item to be placed on the agenda of the Legislative Council must be submitted by the chief administrator of a member school, a committee established by the Board of Control, Legislative Council or members of the TSSAA staff.

**Section 2.** The Legislative Council shall not act on any proposed rule changes affecting any sport sponsored by TSSAA unless the proposed change has been called to the attention of the membership by letter or by being printed in the TSSAA bulletin.

## Article VIII
## Regional Meeting

**Section 1.** Regional meetings shall be held in November and/or December of each year at Jackson, Nashville and Knoxville for the purpose of electing members to Board of Control and Legislative Council and of considering proposals to amend the Constitution and Bylaws or other legislative proposals. Proposals for consideration at regional meetings may be submitted by member schools, the Board of Control, or the Legislative Council. All such proposals must be submitted to the Executive Director in writing not later than October 15 of the year they are to be presented at the regional meetings. The Executive Director shall furnish all member schools with a list of all legislative proposals prior to the regional meetings, and the school or group responsible for each proposal shall be indicated. A committee composed of the President and Vice-President of the Legislative Council, the President of the Board of Control, and the Executive Director shall determine the order in which these proposals shall be considered at the regional meetings.

Each member school, provided it is represented by the principal, or by a faculty member designated by the principal, shall be entitled to one vote on all matters considered at the regional meeting held in its area, unless the Board of Control rules in advance of the regional meeting that certain items on the agenda shall not be voted on by the entire membership but that the vote shall be limited to schools concerned with a particular question. Non-voting faculty representatives of member schools have the privilege of speaking for or against any proposal considered.

The action of the member schools at the three regional meetings shall be used as a guide by the Legislative Council in adopting or rejecting legislative proposals.

The principal, assistant principal, or athletic director shall attend the regional meeting annually. Failure to attend shall result in a warning. If an administrator does not attend the following year, the fine shall be $100.00.

FAQ's concerning the Constitution can be found on Page 41.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 6 of 64
PageID #: 477

## DEFINITIONS

**Affiliate Member** – A school that has all the privileges and responsibilities of membership but does not participate in the tournament series in any sport.

**Athletic Program** – All aspects of the member school's program of interscholastic athletic competition in the sports listed in Article I, Section 5, of the TSSAA Bylaws.

**Athletic Record** – A student has an "athletic record" if the student has played in an interscholastic contest at the varsity, junior varsity, ninth grade, or any other level, on behalf of a TSSAA member school or a school that is a member of a state athletic association holding membership in the National Federation.

**Bona Fide Change of Residence** – A move from one community to another that justifies a change of schools. Where a family continues to maintain a previous residence for the residential purposes of that family or any of its members, the move is not one that justifies a change of schools for purposes of the TSSAA Bylaws.

**Coach** – Anyone who instructs or supervises student-athletes in practices or contests.

**Cooperative Program** – Two member schools forming a single team in a sport in which at least one of the schools does not have a team and has not had a team for the previous two (2) years.

***De Novo*** – Heard anew. Where a decision by the Executive Director is appealed "*de novo*" to the Board of Control, the Board of Control is not in any way bound, restricted, or limited by the findings or conclusions of the Executive Director and may render whatever decision it deems appropriate based on its own review of the facts and circumstances.

**Enrolled** – A student is considered "enrolled" at a school, for purposes of these Bylaws, when the student has (a) completed all paperwork required for attendance at the school; (b) paid all deposits and tuition due where applicable; and (c) either (i) attended classes for three days; (ii) engaged in three or more days of football, girls volleyball, cross country, golf, or girls soccer practice during the period on or after the TSSAA first official day of practice; or (iii) participated in an athletic contest in any Fall sport. A student may not be considered to be enrolled in more than one school at any time.

**Guardian** – An adult with whom the student has lived for twelve (12) or more consecutive months. For purposes of TSSAA Bylaws, official appointment by a court is not required to establish guardianship; however, no person may be considered a guardian for purposes of these Bylaws unless the student has lived with that person for twelve (12) or more consecutive months, regardless of whether that person has been appointed as a guardian by a court.

**Junior Varsity** – Any level of play below the varsity level, whether denominated as junior varsity, b-team, or otherwise. The membership of a junior varsity team shall be composed of varsity substitutes and any other non-varsity players identified on the school's eligibility list (TSSAA Portal Roster).

**Last Participation Date** – the date of the last interscholastic athletic contest in which the student participated.

**Parent** – The birth mother and biological father of a student; the person(s) to whom a proper jurisdiction grants adoption of the student; or a step-parent with whom the student regularly resides.

**Practice** – Any interaction between a coach and student-athlete(s) where instruction, teaching, coaching, etc., is occurring. Happenstance communications between coach and student-athlete(s), in circumstances where attendance by the student-athlete is neither expected nor required, are not considered to be practice. Such communications may not, however, be used to circumvent the requirement in open facilities that a coach act in a supervisory capacity only. In addition, try-outs are considered practice.

**Principal** – The chief on-site administrative official of the member school, whether known as "principal," "head of school," "executive principal," or by some other title.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 7 of 64
PageID #: 478

**Regular Attendance** – A student is considered to be in "regular attendance" at a school when the student is enrolled at the school; is taking at, or under arrangements approved by the member school, a minimum of five (5) full courses or the equivalent for which credit toward high school graduation will be granted by the member school upon the student's completing and passing the courses; and is satisfying the requirements of the school or school system for class attendance applicable to students generally.

**School Team** – An entity comprised of one or more students in a school, under the control and conduct of the school, which represents the school in interscholastic athletic competition.

**Special Olympics Athlete** – A student participating in Unified Sports who has been identified by an agency or professional as having one or more of the following conditions: intellectual disability, cognitive delay as measured by a formal assessment, or significant learning or vocational problems due to cognitive delay that require or have required specially designed instruction.

**Territory** – For a public school, the "territory" of the school is the geographic boundaries and bus routes of the area served by that school as established by the local board of education. For a system-wide public school, charter school, or a homeschool student participating at a public school, the "territory" of the school is the geographic boundaries of the school system. For a non-public school or a homeschool student participating at a non-public school, the "territory" of the school is the area within a twenty (20) mile radius from the school.

**Tournament Competition** – The TSSAA-sponsored championship tournament series.

**Transfer Student** – A transfer student is any student changing schools for any reason other than having completed the highest, or terminal, grade at another school. A student who must change schools because he/she has completed the highest grade at his/her previous school is not considered a transfer student and is eligible to participate in athletics at any school he/she attends, without further approval, provided he/she satisfies the residence requirement above.

**Unified Partner** – A student participating in Unified Sports who has no intellectual disability or cognitive delay. Unified Partners are paired with Unified Athletes to participate on Unified Sports teams. Unified Partners are not eligible to participate in the TSSAA postseason at the state level on the school team for the sanctioned sport in which they are participating in the Unified competition.

**Unified Sports** – Special Olympics Unified Sports® is an inclusive sports program that combines an approximately equal number of Special Olympics athletes (individuals with intellectual disabilities) and partners (individuals without intellectual disabilities) on a team for training and competition.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 8 of 64
PageID #: 479

## TENNESSEE SECONDARY SCHOOL ATHLETIC ASSOCIATION

## BYLAWS

There are three primary objectives that the member schools of the TSSAA attempt to achieve through their Bylaws: (1) maintaining athletics in its proper perspective as subordinate to the primary academic mission of the schools; (2) preventing the exploitation of students for athletic purposes; and (3) fostering fair competition, or a "level playing field," among the TSSAA member schools. While some particular Bylaws may serve additional purposes, all of the Bylaws should be read with these three overriding objectives in mind.

### Article I
### Membership and Athletic Program Administration

Membership - Sections 1, 2, and 3
Financial Statement - Section 4
Sanctioned Sports - Section 5
Cooperative Programs - Section 6
Responsibility of the Principal - Sections 7 and 8
Coaches - Section 9
Rules Meetings for Coaches - Section 10
Contracts - Section 11

### Membership

**Section 1.** Any secondary school in Tennessee which includes grade 9 and/or higher, which is approved by the State Department of Education, State Department of Education approved agencies (Schools must be in category 1, 2, or 3.), AdvanceEd, and/or Southern Association of Independent Schools, both non-public and public, desiring membership in TSSAA may make application to the Board of Control. Prior member schools that continue to serve students within the state of Tennessee may also make application to the Board of Control. Contracts for membership shall be approved or rejected annually by the Board of Control.

Member schools that withdraw from the TSSAA membership must be an affiliate member for one year upon application to renew membership.

**Section 2.** The annual dues for a senior high school in Division I Class 1A shall be $150.00, in Division I Class 2A $200.00, in Division I Class 3A $250.00, in Division I Class 4A $250.00 and for a junior high school shall be $100.00. The annual dues for a senior high school in Division II Class A shall be $150, in Division II Class AA $200. The Legislative Council may not increase membership dues unless the increase is approved by a vote of TSSAA member schools.

Membership contracts shall be submitted by August 1 for the subsequent school year. Membership dues shall be paid no later than September 1 and shall be for the school year (August 1 – July 31). There shall be a five dollar ($5.00) per business day late fee charged to any school that fails to remit its membership dues by September 1.

**Section 3.** For tournament competition there shall be two categories. Division I shall consist of all member public schools. Division II shall consist of all member independent schools.

Any school which includes grade 9 and/or higher may compete as a member school.

Please see FAQ's on Page 42-61.

### Financial Statement

**Section 4.** The fiscal year of the Association shall be from July 1 to June 30. At the close of the fiscal year, the Executive Director shall publish a financial statement. All surplus funds shall be used as directed by the Board of Control.

### Sanctioned Sports

**Section 5.** TSSAA shall sponsor the following sports: baseball, girls' softball, basketball, bowling, cross country, football, golf, tennis, track and field, unified **sports**, girls' volleyball, soccer, and wrestling.

Please see FAQ's on Page 42-61.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 9 of 64
PageID #: 480

## Cooperative Programs

**Section 6.** Only two member schools in the same Division may petition TSSAA annually for permission to have a cooperative program in any sport if one of the schools does not have that program and has not had that program for the last two years**.** The Executive Director of TSSAA may approve such cooperative programs subject to approval by the principals of the schools involved, the governing board of the schools involved, and the Board of Control.

## Responsibility of the Principal

**Section 7.** The principal of each school, in all matters pertaining to the athletic relations of his/her school, is responsible to this Association. Administrators must realize that they have more responsibilities than the general public to understand the purpose of high school athletics and the principles behind the TSSAA rules, and they must maintain that level of understanding and purpose when dealing with the general public and students. The principal shall exercise control over all finances, the scheduling of contests, and all other matters involved in the management of the school's athletic program. Any school whose athletic program is managed by a non-school group shall not be eligible to hold membership in TSSAA.

The principal shall furnish to the Executive Director such information as may be desired concerning eligibility of contestants, participation and reports on officials. Failure to comply within a reasonable time shall subject the school to suspension, fine or other penalty. Any eligibility list shall remain on file in the principal's office for a period of not less than five years.

The principal, assistant principal, or athletic director shall attend the meeting for all administrators annually. Failure to attend shall result in a warning. If an administrator does not attend the following year, the fine shall be $50.00.

**Section 8.** All games shall be properly supervised to ensure sportsmanlike contests. The host school shall be responsible for providing sufficient security to ensure orderly conduct on the part of all spectators. Visiting teams shall be accompanied by the principal or someone designated by the principal. If the game is played on a neutral field and neither team is designated as the host team, the competing schools shall share the responsibility of providing sufficient security.

The host school is responsible for the safe passage of the game officials upon arrival and exiting the facility.

Public criticism of game officials by administrators or coaches may result in a fine of $500.00 assessed to the school.

Member schools are responsible for the conduct of their own fans and students at every athletic contest, regardless of where it may be held.

The coach and principal of each of the schools participating in an athletic contest shall file a report immediately with the state office if there is any unusual incident involving poor sportsmanship, during or following the game, on the part of players, coaches, school administrators, game officials or spectators.

Please see FAQ's on Page 42-61.



Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 10 of 64 PageID #: 481

## Coaches

**Section 9.** All coaches must be registered with TSSAA annually and will fall under one of the following categories:

1. Full-time certified teacher (a minimum of 100 school days) of a board of education with a Tennessee teaching license or the equivalent.
2. Retired educator (five or more years' experience) with a valid Tennessee state teaching license or the equivalent.
3. Non-faculty coach – Anyone approved by the principal, superintendent, and/or local board of education in the normal course of employment procedures in accordance with applicable state law.
4. Classified Employee – Any individual employed by a member school or school system in a position that does not require a teaching license or the equivalent. A Classified Employee must be employed 30 hours or more per week in a non-coaching position and may not be an independent contractor or an employee of an independent contractor.

**A. Coaching Requirements:**

1. All coaches must be approved by the principal, superintendent, and/or local board of education prior to coaching.
2. All coaches must be submitted online and assigned to the appropriate sport(s) in the school's portal account to the state office annually. This should be done prior to coaching.
3. Non-faculty Coaches and Classified Employee Coaches must complete the NFHS "Fundamentals of Coaching" and "First Aid, Health, & Safety for Coaches" courses prior to assuming the position. Coaches who have successfully completed the ASEP Coaches Education Course prior to May 15, 2013, will not be required to take the NFHS courses. A school must pay an annual registration fee of $50.00 per Non-faculty Coach. There is no registration fee for a Classified Employee.
4. In addition to the requirements listed above, all coaches of Unified Sports must meet the requirements set forth by Special Olympics of Tennessee.

**B.** Use of a coach who does not meet all the requirements listed above shall result in a fine of $500.00. Use of a Non-faculty Coach or Classified Employee Coach who has met the requirements listed above but has not been submitted to the state office prior to the date of first contest allowed by the Sports Calendar shall result in a fine of $50.00. Use of a full-time certified teacher or retired educator who has not been submitted to the state office prior to the date of first contest allowed by the Sports Calendar shall result in a fine of $50.00.

**C.** All coaches are subject to the TSSAA rules and regulation and must conduct themselves in a manner becoming of a coach and representative of the school. All coaches are responsible to the principal of his/her school. Coaches must realize that they have more responsibilities than the general public to understand the purpose of high school athletics and the principles behind the TSSAA rules, and they must maintain that level of understanding and purpose when dealing with the general public and students. Coaches must be paid entirely from funds approved by either the board of education, governing board of the school, Director of Schools, or the Principal of the school.

Please see FAQ's on Page 42-61.

## Rules Meetings for Coaches

**Section 10. A member of the coaching staff in each sport and cheerleading shall attend a state rules meeting in person for their sport each year and submit their attendance voucher online or complete an online version of the same by the TSSAA Date of First Contest, or the school will be fined $50.00. A school's Athletic Director may also satisfy this requirement on behalf of his/her school. If the TSSAA Date of First Contest deadline is missed, the head coach will not be eligible to coach in the post-season tournament series until he/she completes the online rules meeting.**

## Contracts

**Section 11.** Contracts made and entered into by member schools may be cancelled by mutual agreement or by authority of the Board of Control. All contracts between two schools shall be signed by the principals contracting. In the event a dispute arises under a written contract between two member schools, and the contracting schools are unable to resolve that dispute, either school may request a resolution by the Executive Director. The Executive Director's determination may be appealed to the Board of Control, whose decision shall be final and binding. TSSAA shall not resolve any disputes under contracts that are not in writing.

Please see FAQ's on Page 42-61.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 12 of 64
PageID #: 483

# Article II
# Eligibility

Preamble
Enrollment - Section 1
Academic Rules - Sections 2, 3, and 4
High School Graduate - Section 5
Eight Semester Rule - Section 6
Repeating Rule – Section 7
Eighth Grade Participation - Section 8
Age Limit - Section 9
Phys. Exam and Parental Consent - Section 10
Students Changing Schools - Sections 11, 12, 13, 14, and 15
Tuition and Financial Aid - Section 16
Recruiting Rule - Section 17
Amateur Rule - Section 18
Award Rule - Sections 19 and 20
Independent-Game Participation - Section 21
Specialized Camps - Section 22
All-Star Games - Section 23
Special Cases Involving Hardship - Section 24
Homeschool Rule – Section 25
Athletes Participating in Unified Sports – Section 26
Virtual School Rule – Section 27

## Preamble

The member high schools of the Tennessee Secondary School Athletic Association have adopted, through their elected representatives, an essential inter-related group of minimum eligibility requirements which establish the threshold for participation for all students within the interscholastic program and which work together to define and preserve the fundamental nature of the program.

At the junior varsity or B-Team level, the only eligibility rules that apply are those in Sections 1 (Enrollment), 2 through 4 (Academic Rules), 5 (High School Graduate), 6 (Eight-Semester Rule), 7 (Repeating Rule), 8 (Eighth Grade Participation), 9 (Age Limit), 10 (Physical Examination and Parental Consent), 13d (Under Disciplinary Action), 13e (Coaching Link), 25 (Homeschool Rule), and 27 (Virtual School Rule). At the varsity level, all eligibility rules apply.

## Enrollment and Attendance

**Section 1.** To be eligible, students shall be regularly enrolled, in regular attendance, and carrying at least five full courses or the equivalent. A student is eligible to participate in football, volleyball, cross country, golf, and girls' soccer prior to the beginning of school if the student is enrolled at the school and meets all other eligibility requirements.

A student shall not participate in athletics during any semester unless he/she is duly enrolled on or before the 20th day of the semester. This rule shall not apply to transfer students who have met the attendance requirements in the school last attended.

Please see FAQ's on Page 42-61.

## Academic Rules

**Section 2.** To be eligible to participate in athletic contests during any school year, the student must earn five credits the preceding school year if less than 24 credits are required for graduation or six credits the preceding school year if 24 or more credits are required for graduation. All credits must be earned by the first day of the beginning of the school year. Academic eligibility for a student is based on the requirements of the school the student was attending at the conclusion of the previous school year.

Students who are ineligible the first semester may gain eligibility the second semester by earning a passing grade in five classes or three blocks or the equivalent by the end of the first semester. These students will be eligible to participate in athletics when school resumes on or after January 1 of that school year.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 13 of 64
PageID #: 484

Students on trimesters who are ineligible at the beginning of the school year may gain eligibility by earning a passing grade in five classes or three blocks or the equivalent by the end of the first trimester. These students will be eligible to participate in athletics when school resumes on or after January 1 of that school year.

If a student is forced to withdraw from school, or is prevented from enrolling in school, due to the student's illness, his/her accident, or his/her disability, the principal may request a ruling in regard to the student's eligibility, provided the student was eligible at the time the illness or accident forced the student to withdraw or prevented the student from enrolling in school. If ruled eligible, such a student shall be charged with a semester of attendance for athletic purposes for the semester of non-attendance or withdrawal.

A student who returns to a member school after attendance at a school of correction or alternative school may be eligible for athletic participation provided the school of correction or alternative school is accredited by the Tennessee State Department of Education and provided the student returns to the school attended before entering the school of correction or alternative school.

**Section 3.** For athletic purposes the scholastic record filed in the office of the principal or superintendent at the end of a semester shall be final. Credits earned in a summer school accredited by the State Department of Education shall be recognized for eligibility purposes provided the student was enrolled during the spring semester immediately preceding the summer session and attended at least 40 days of that spring semester.

**Section 4.** A student who drops out of school before the end of the semester shall be ineligible to participate in secondary school athletics until the student has been in school a semester and has passed in at least five full unit subjects or the equivalent. (To become eligible under this regulation, a student must attend school for at least 40 days of the semester, but in no case shall the eligibility become effective until the beginning of the succeeding semester.)

Please see FAQ's on Page 42-61.

## High School Graduate

**Section 5.** No student shall be eligible to participate in athletics after he/she has graduated from a secondary school. (A student who takes an accelerated course shall not lose his/her eligibility even though that student earns enough units to graduate provided he/she does not participate in a graduating exercise or accept a high school diploma, and provided the student has not attended a secondary school for eight semesters after enrolling in the ninth grade.)

## Eight-Semester Rule

**Section 6.** A student, once enrolled in the 9th grade, has eight (8) semesters of athletic eligibility. Attendance of 40 school days of any semester shall be regarded as a "semester" under this rule regardless of athletic participation. If a student participates in athletics during a period of attendance of any number of days less than 40, he/she shall be charged with a semester of attendance.

A student who registers for two or more ninth grade subjects after having completed one school year in the eighth grade shall be classified as a high school student for athletic purposes.

The seventh and eighth semesters of athletic eligibility shall be consecutive.

Please see FAQ's on Page 42-61.

## Repeating Rule

**Section 7.** A student who repeats the sixth, seventh, or eighth grade and plays in an interscholastic contest (Varsity, JV, or any other level) while repeating shall be ineligible in all sports at all levels in the ninth grade.

Please see FAQ's on Page 42-61.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 14 of 64
PageID #: 485

## Eighth Grade Participation

**Section 8.** An eighth grade student is eligible to participate for a member school if he/she is enrolled at the school. Students below the eighth grade are not eligible to practice or participate for a member school. Any student repeating the eighth grade shall not be eligible for high school participation during the year that the student is repeating the eighth grade.

Participation as an eighth grader shall not reduce the number of semesters a student is allowed to participate after enrolling in the ninth grade.

Please see FAQ's on Page 42-61.

## Age Limit

**Section 9.** No student shall be eligible to participate in any athletic contest during any school year if he/she becomes 19 years of age on or before August 1. The age rule may be waived for the Tennessee School for the Blind when this school is competing with other schools for the blind provided such schools are permitted by their state associations to waive the age rule in competing with other schools for the blind.

Please see FAQ's on Page 42-61.

## Physical Examination and Parental Consent

**Section 10.** It is required that no student be permitted to participate in practice sessions or in athletic contests until there is on file with the principal a preparticipation medical evaluation form signed by a doctor of medicine, osteopathic physician, physician assistant, or certified nurse practitioner stating that the student has passed a physical examination, not prior to April 15, and that in their opinion the student is physically fit to participate in interscholastic athletics. In lieu of the form, the principal may accept a signed statement from the health care provider certifying that the student has passed a physical examination that encompasses all elements on the preparticipation medical evaluation form and attesting that in their opinion the student is physically fit to participate in interscholastic athletics.

No student shall be required to submit to a physical exam if his/her parent(s) or legal guardian shall file with the principal a signed, written statement (affirmed under the penalties of perjury) declining such physical examination on grounds of sincerely held beliefs or practices.

It is required that no student be permitted to participate in practice sessions or in athletic contests until there is on file a parental consent certificate signed by a parent or legal guardian stating that the student has the consent of his/her parent(s) or legal guardian to participate

Please see FAQ's on Page 42-61.

## Students Changing Schools

**Section 11. General Provisions.**

**Residence.** A student changing schools for any reason, to be eligible, must live at home with his/her parent(s) or guardian(s), unless:

- **(a)** the student is moving to a boarding school and has no athletic record the previous twelve months in any sport;
- **(b)** the student is moving as a direct result of the dissolution of the student's home due to death;
- **(c)** the student is moving as a direct result of the divorce of the student's parents; or
- **(d)** the student is moving as a direct result of the separation of the student's parents, provided a complaint or petition for absolute divorce has been filed with a court having jurisdiction to grant the divorce.

**"Transfer Student" Defined.** A transfer student is any student changing schools for any reason other than having completed the highest, or terminal, grade at another school. A student who must change schools because he/she has completed the highest grade at his/her previous school is not considered a transfer student and is eligible to participate in athletics at any school he/she attends, without further approval, provided he/she satisfies the residence requirement above.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 15 of 64
PageID #: 486

**Executive Director Approval Required.** A school may not allow a transfer student to participate in athletics until his/her eligibility has been verified and approved by the Executive Director. The school is responsible for the accuracy and completeness of the information supplied to the Executive Director for this purpose.

**Participation While Ineligible.** If a student who is ineligible, under these provisions regarding students changing schools, competes in a contest while ineligible, then the student upon becoming eligible under these provisions will nonetheless be ineligible to participate in twice the number of contests in which he/she participated as an ineligible student or will be ineligible for the remainder of the season, whichever is less.

**Section 12. Eligible Transfer Students.**

Except as otherwise provided in Section 13 below, the following transfer students are eligible:

**a.** The student has no athletic record in the previous twelve months in any sport sponsored by TSSAA;

**b.** There has been a bona fide change of residence by the student's entire family unit in which (1) the old residence is outside the territory of the new school, (2) the new residence is outside the territory of the old school, *and* (3) the new residence is inside the territory of the new school. If such a change of residence occurs between school years, the student must transfer at the beginning of the school year to be eligible. If the change of residence occurs during the school year, the student may transfer without loss of eligibility (1) at the time his/her parents change residence; (2) at the end of the next report card period; (3) at the close of the semester or term; or (4) at the close of the school year;

**c.** The student changes schools as a direct result of re-zoning or re-assignment of students by the local school system provided the student transfers at the time they are re-zoned or re-assigned;

**d.** The student is moving from a boarding school where they are a boarder to the school serving the territory where his/her parents live, or vice versa, provided the student has attended the school he/she is leaving for a minimum of twelve months and provided the principal at the school he/she is leaving indicates in writing that the move is not for athletic or disciplinary reasons. The move must be at the beginning of the school year. (Note: The school must be outside the day school territory of the boarding school.);

**e.** The student is transferring to a senior high school in the same system into the earliest grade offered at that senior high school, i.e. at the student's first opportunity to move to that school;

**f.** The student who has been determined by a Court to be dependent and neglected and consequently changes residences and schools as a result of a Court order;

**g.** The first time the student changes residence from one parent to the other as a result of a court-ordered custody change, so long as the principal of the former school attests in writing that the move was not for athletic or disciplinary reasons; or

**h.** The first time the student changes residence from a guardian to either or both parents as a result of a court-ordered custody change, so long as the principal of the former school attests in writing that the move was not for athletic or disciplinary reasons;

**i.** The student is attending school where the student's parent/guardian works as a full-time certified teacher, that parent/guardian takes a full-time job as a certified teacher at a different school, and the student transfers to the school where the parent/guardian takes the new job. The transfer must take place when the parent/guardian takes the job or, if the job change occurs during the school year, the transfer must take place when the parent/guardian takes the new job or must be made at the beginning of the following school year;

**j.** The student who transfers from school A to school B and then returns to school A without having participated in any sanctioned sport at any level or without practicing three or more days after the first official TSSAA day of practice in any sport at any level at school B. This must be verified in writing by the administration of school B.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 16 of 64
PageID #: 487

**Section 13. Ineligible Transfer Students.**

The following transfer students are ineligible for a period of twelve months from the student's last participation date:

- **a.** A student who transfers without a bona fide change of residence;
- **b.** A student who transfers as a result of a change of residence is ineligible unless (1) the old residence is outside the territory of the new school, (2) the new residence is outside the territory of the old school, *and* (3) the new residence is inside the territory of the new school;
- **c.** If a student has been ruled eligible as a result of a change of residence, and the parents or guardian return to the former residence before the student has been enrolled in the new school for one complete school year (or twelve months if the transfer occurred during the school year), the student will be ineligible for twelve months from his/her last participation date;
- **d.** If a student has satisfied all other requirements for eligibility but was under discipline at his/her former school, the student shall be ineligible at the new school in all sports for twelve months or until the disciplinary charges have been removed, whichever is less. A student is considered to be "under discipline" if he or she has been suspended from school and/or placed in an alternative setting. The discipline has been removed if the school that has imposed the disciplinary action would allow the student to re-enroll.
- **e.** If a student with an athletic record transfers to a new school where an "athletic coaching link" existed in the past 12 months, that student is ineligible for 12 months past their first date of enrollment at the new school at all levels in the specific sports where a linkage was present. Links may include (1) attendance at an individual camp (and then transferring); (2) playing on non-school (independent) teams (and then transferring to that coach's school); (3) transferring into a school where a former coach has been hired; and (4) transferring to a school where a former or current personal trainer or strength and conditioning coach is employed.

  This rule does not apply if the student moves to his/her new schools after completion of the highest ending grade at his/her previous school.

If the ineligible transfer student has an athletic record for the previous or current school year in any TSSAA sanctioned sport, the student will be ineligible to participate in the sport(s) in which an athletic record has been established.

**Section 14. Practice Rules.**

Only students who are enrolled and in regular attendance at a school may participate in practice.

A student who engages in three or more days of practice after the TSSAA first official date of practice with a school in which the student is enrolled shall be ineligible in that sport for that season if the student enrolls in another school without a corresponding change in the residence of the student's parents.

**Section 15. Foreign-Exchange Programs.**

A foreign exchange student is an international student who attends high school in the U.S. To be eligible for interscholastic athletics in the U.S., such student must be under the auspices of and be placed with a U.S. host family by an international student exchange program that has been accepted for listing by the Council on Standards for International Education Travel (CSIET) and be recognized by the U.S. Department of State. The foreign exchange program must assign students to host families by a method that ensures that no student, or his/her parents, school or other interested party may influence the assignment for athletic or other purposes. The foreign exchange student may not be selected or placed on any basis related to his/her athletic interests or abilities.

A foreign exchange student is considered to be placed with a host family when written notice of placement is provided by the exchange organization to the student and his/her parents, and to the host family.

Neither the school the student attends nor any person associated with the school shall have input into the selection of the student.

No member of the school's coaching staff, paid or voluntary, shall serve as the host family.

The foreign exchange student must possess a current J-1 visa, issued by the U.S. State Department.

The foreign exchange student must comply with all eligibility requirements, with the exception of Article II, Section 11 (Residence).

The foreign exchange student may participate a maximum of one school year. If the student decides to stay beyond the year in which they participate, then Article II, Section 11 (Residence) will be applied at the beginning of the next school year.

Please see FAQ's on Page 42-61.

### Tuition and Financial Aid

**Section 16.** If tuition is charged, it must be paid by parent, bona fide guardian or other family member. If a parent, guardian or other family member secures a loan for payment of tuition, it must remain an obligation of the parents, guardian or other family member to repay the principle and interest in full with no exceptions. Any loan program, grant program, educational foundation or similar program that is established and/or administered, in whole or in part, by a school or official of a school is considered financial aid. Financial aid will be allowed under the following condition:

> Financial aid may be awarded on the basis of need, but proof of such need must be filed in the TSSAA office on forms approved by the Executive Director. In order to determine the basis for need, all schools awarding financial aid shall use one of the following services: FACTS Grant and Aid Assessment (FACTS), Financial Aid for School Tuition (FAST), School and Student Scholastic Service for Financial Aid (SSS), Family Financial Needs Assessment (FFNA), Private School Aid Services, Blackbaud Tuition Management, or Tuition Aid Data Services (TADS). Schools must choose one of the companies for all student-athletes. A committee consisting of School Heads from Division II schools and one ex-officio, non-voting member from the Board of Control and Legislative Council will meet and make recommendations to the Board of Control on each student submitted. In addition, this committee will collect information from schools regarding financial aid statistics, grant procedures, and the overall financial aid program within the school. The Board of Control will then rule on all cases at the **November** meeting. The Board of Control shall have authority to reject the basis of need for students when in its opinion, or in the opinion of the school committee, the amount of need stated by the financial service cannot be justified.

Schools shall remove any student from athletic eligibility whose accounts with the school are 60 days overdue.

All records pertaining to financial aid or tuition assistance shall be open to TSSAA upon its request. Each school shall be responsible for securing necessary authorization to allow TSSAA to review or audit such records.

Please see FAQ's on Page 42-61.

### Recruiting Rule

**Section 17.** Athletic recruiting is prohibited. Athletic recruiting is the use of influence on a student or the parents or guardians of a student, by any person(s) directly or indirectly associated with the school, to secure or retain a student for athletic purposes. In the event that there is a violation of this rule, there shall be a penalty against the school, and the student(s) who was the subject of the violation shall be ineligible for a minimum of one year.

The penalty and any additional period of ineligibility beyond the one-year minimum will be determined by the Executive Director based on a consideration of the number of violations involved, the number of student-athletes involved, the nature of the violation(s), the individual(s) responsible for the violation(s), and the extent to which the violation may have been knowing, deliberate, or in reckless disregard of the provisions of this rule and the commentary that accompanies this rule.

**Guidelines for Understanding the Recruiting Rule**

1. Athletes or prospective athletes should be treated no differently than students who are not athletes. Students should be seen as students and not singled out based on their potential athletic ability.
2. To avoid the appearance of impropriety, a coach who is contacted by any student or family or individual about attending a school where he or she is the coach should inform that person that he or she needs to contact the administrative official or officials of the school who normally deal with the admission process.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 18 of 64 PageID #: 489

3. To avoid the appearance of impropriety, any meeting with coaches regarding athletes or prospective athletes should be a part of the admissions process at the school and should take place at the school.

**Q.** How is influence for athletic purposes interpreted in the recruiting rule?

**A.** Examples of influence for athletic purposes may include, but are not limited to:

1. Offers of or acceptance of any special privileges not afforded to other students, whether athletes or not.
2. Offers of financial aid based on need to any prospective student-athlete by any member of the coaching staff. All financial aid questions should be referred to the principal or person in charge of financial aid.
3. Inducing or attempting to induce or encourage any prospective student-athlete to attend any member school for the purpose of participating in athletics even when the special remuneration or inducement is not given.
4. Any initial contact or prearranged contact by a member of a coaching staff or representative of the school and a prospective student-athlete in the seventh grade and above.
5. Offering or acceptance of any item with school advertisement (shirt, caps, jackets, etc.) to a prospective student; provided that this example does not apply to items of only nominal value (pencils, etc.) that a school gives to all families that participate in the school's admission process.
6. Admitting students to athletic contests free of charge based on their participation in athletics with non-school teams.
7. Recognizing students at athletic contests based on their participation in athletics with non-school teams.
8. Coaches or their representatives sending questionnaires, cards or letters, contacting, or visiting prospective student-athletes and/or their families at their homes. For purposes of the example, the terms "coach" assumes that the individual initiating the contact is acting in his or her capacity as a coach. If that person serves another role at the school and is not acting in his or her capacity as coach, then there may be no violation, unless the contact is really a method for what is in fact the use of influence for athletic purposes.
9. Coaches or their representatives providing refreshments, gifts, and/or asking prospective student-athletes or family members for contact information.
10. Any social media post that encourages prospective student-athletes to consider attending the school.

**Q.** What is allowed or permitted by member schools in contacting prospective students?

**A.** The Recruiting Rule is not intended to prevent a member school from marketing its total school program or conducting programs designed to attract students based on the school's overall educational and extracurricular programs. However, such programs must not be used as a method for securing students for athletic purposes. Examples of programs or things that would be permissible include, but are not limited to:

1. With the permission of the administration of both schools, a school may present programs or give information to elementary, junior high, or middle schools, which explain their total educational program. There should be a diversity of presenters, speaking on a variety of topics to students of all interests.
2. Once a student has pre-enrolled at a school in the spring or summer, taken necessary steps, been accepted or approved, paid a deposit (if required), and signed a contract indicating they will attend, the school may contact the student or family concerning summer programs, camps, physicals, etc., provided the student has:
    a. Completed his/her classes and exams at his/her previous school;
    b. Signed the independent school's enrollment contract; and
    c. Paid the deposit required by the independent school.
3. Mass marketing of a school directed to a general population of students.
4. Mass media advertising.

5. Responding to inquiries from parents of prospective students about various aspects of the school's program.

**Q.** Are there activities that might appear inconsistent with the Recruiting Rule and the Guidelines but have been historically engaged in by many member schools and are permitted under the current Recruiting Rule and Guidelines?

**A.** Yes. Over the course of many years, there are a number of activities that many schools have customarily engaged in and that have not been regarded as violations of the Recruiting Rule. So long as the activity does not single out particular student-athletes, and so long as the activity is not being used to circumvent the Recruiting Rule, the following such activities are permissible regardless of any apparent inconsistency with the Recruiting Rule or the Guidelines:

1. With the permission of the administration of both schools, a coach may present programs or give information to elementary, junior high, or middle schools, which explain their total program. All information concerning a particular sport program must be given out at one or both of the schools. Any program must be presented at one or both schools. Those students in attendance or who receive information must be determined by the administration of both schools.
2. Students on school teams and/or all students in a school or particular grade may be admitted to athletic contests free of charge provided it has been approved by the administration of both schools.
3. Students on school teams and/or all students in a school or particular grade may be recognized for their accomplishments at athletic contests provided it has been approved by the administration of those schools.

## Amateur Rule

**Section 18. A student who has never received payment for performance who has never used and is not using his/her knowledge of athletics or his/her athletic skill for pay in the sports which this Association governs and who has always contested under his/her own name is an amateur. (Accepting money for officiating athletic contests, payment for instructional services, or for working as an employee in a city or county recreation program is not a violation of this regulation.) Bowling, golf and tennis students will abide by USBC, USGA, and USTA regulations in accepting pay.**

**Students may receive payment for activities not related to performance provided that they are carried out in a manner that does not suggest or reasonably suggest the endorsement or sponsorship of the TSSAA school. The student's activities for which they are compensated may not include an image or likeness of the student in a uniform, or other clothing or gear depicting the name or logo of the TSSAA member school the student is attending or has attended. No reference to TSSAA accolades or championships may be used in the student's activities for which they are compensated.**

**A student who violates any portion of the Amateur Rule shall be penalized according to the sanctions below:**

a. **First Violation: The student shall receive a formal warning and return any award(s) or money received in violation of this rule. TSSAA shall direct the student in violation to immediately remove any endorsement, advertisement, sponsorship, or other promotional activity that is in violation of the Amateur Rule.**

b. **Second Violation: The student shall be ineligible to participate in interscholastic athletics at any level of competition for a period of one (1) year from the date of TSSAA's determination of the second violation.**

c. **Third Violation: The penalty and any additional period of ineligibility will be determined by the Executive Director based on a consideration of the nature of the violation(s) and the extent to which the violation(s) may have been knowing, deliberate, or in reckless disregard of the provisions of this rule.**

**Note: It is expected that the TSSAA member school will ensure adherence to any of the above penalties imposed on their student.**

Please see FAQ's on Page 42-61.



Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 20 of 64 PageID #: 491

## Award Rule

**Section 19.** A student may accept a medal, trophy, state championship ring, high school letter, sweater, jacket, shirt, blazer or blanket but nothing else of commercial value from his/her school. (A sweater, jacket, shirt, blazer or blanket must carry the high school letter or other appropriate award emblem.) Acceptance of forbidden awards will cause a student to become ineligible for 12 months in the sport in which the violation occurs. Bowling, golf and tennis students will abide by USBC, USGA, and USTA regulations in accepting awards.

**Section 20.** A member school that has any connection with the presentation of a forbidden award — such as assisting in the selection of the person to receive the award, permitting the award to be given at a school function, or holding the award for a student until he/she has graduated — shall be subject to suspension from tournament play in the involved sport(s) for one season.

Please see FAQ's on Page 42-61.

## Independent-Game Participation

**Section 21.** Once a student's name is listed on the school's eligibility report**,** and/or a student participates in a school contest at any level, a student cannot participate in an independent contest prior to the conclusion of the season. If a student participates in an independent game in that sport after the first contest date allowed and before the season has closed or his/her name has been removed from the eligibility report at the request of the school principal, the student shall be ineligible at the varsity level as explained below.

Any organized game in which players not registered with TSSAA participate – regardless of whether admission is charged - is considered as an independent game. Once a violation of this rule has been confirmed, the student will be ineligible for the remainder of the season in that sport.

A student's name may be removed from the school's eligibility list (TSSAA Portal Roster) upon written request of the principal prior to the first official contest date allowed in that sport without penalty. After the first official contest allowed, a student's name may be removed from the school's eligibility list (TSSAA Portal Roster) upon written request of the principal, and he/she may then participate as an independent without penalty. If the principal requests the state office to remove a student's name after the first official contest date allowed in that sport, such student may not again be certified during the season of that sport.

Students may practice with an independent team regardless of whether or not scrimmage situations occur at the practice for the independent team as long as the scrimmage situation only involves the independent team that is conducting the practice. A group of students who are assembled to try-out for an independent team is considered a single team regardless of the number of students involved.

This rule does not apply to bowling, golf, tennis, wrestling, cross country, and track and field.

Please see FAQ's on Page 42-61.

## Specialized Camps

**Section 22.** All expenses of an athlete who attends any athletic camp where specialized instruction is offered in any sport sponsored by TSSAA must be paid by the athlete or his/her parents.

## All-Star Games

**Section 23.** No student shall be permitted to participate in an all-star game during that sports season.

Please see FAQ's on Page 42-61.

## Special Cases Involving Hardship

**Section 24.** Except for the eligibility rules in regard to age and to the number of semesters in school, TSSAA shall have the authority to set aside the effect of any eligibility rule upon an individual student when:

- **(a)** the circumstances causing the student to fail to satisfy the eligibility rule were unforeseen and unavoidable;
- **(b)** application of the rule to the student works an undue hardship in light of the unforeseen and unavoidable circumstances;
- **(c)** application of the rule would not accomplish the purpose for which the rule was intended; and

**(d)** in the case of a change of schools, the change is for reasons unrelated to participation in athletics.

The burden of establishing each of these elements to the Executive Director's satisfaction is upon the school at which eligibility is sought. **The individual student must meet the TSSAA definition of *enrolled* at the school where eligibility is sought in order for the Executive Director to consider the hardship case.**

Any decision of the Executive Director on any request for a waiver of eligibility rules under this Section may be appealed *de novo* to the Board of Control at its August, November, January March or **June** meetings. **The Board of Control only considers appeals at the June meeting on behalf of students that meet the TSSAA definition of *enrolled* at their new school.** If the appeal to the Board of Control or any materials in connection with that appeal are received by TSSAA less than one full week prior to the scheduled Board of Control meeting, the member school at which eligibility is sought shall be responsible for all additional expenses associated with providing copies of that material to the Board of Control. A school appealing a decision of the Executive Director under this Section must have an administrator (principal, assistant principal, or athletic director) present at the Board of Control meeting.

## Homeschool Rule

**Section 25.** This bylaw establishes the minimum eligibility requirements for a homeschool student desiring to practice, tryout, and participate at any level in extracurricular athletics at a member school:

**A. Definitions**

**1.** A "homeschool" is a school conducted by a parent(s) or legal guardian(s) for their own child. Parents desiring to homeschool their own children may do so by choosing one of the following three options:

**a. Independent Homeschool -** Parents may homeschool their own children pursuant to Tennessee Code Annotated § 49-6-3050 by registering with their local school district. The homeschool must be operating in compliance with state law.

**b. Church-related Umbrella School -** By authority of the same statute, parents may also homeschool their own children by registering with a church-related "umbrella" school defined by Tennessee Code Annotated § 49-50-801. Parents who choose this option will be required to provide evidence to the local school district that their child is enrolled in a church-related school. An Intent to Homeschool form is not required for students who are enrolled in a church-related school. The church-related school will determine record keeping and test requirements for students enrolled in an umbrella program.

**c. Accredited Online School -** Parents may also enroll their child in an accredited online school. Parents choosing this educational option must be sure to determine that the school has legitimate accreditation status and will be required to provide evidence to the local school district that their child is enrolled in an accredited online school.

***Note**: Eligibility of virtual public school students does not fall under the homeschool rule. Eligibility of virtual public school students shall be determined by Article II, Section 27 (Virtual School Rule).*

**2.** "Director of Schools" shall mean the chief administrative official of a public school system. In the case of a private school, the responsibilities of the Director of Schools are to be carried out by the Head of School or chief administrative official in that school.

**B. Minimum Eligibility Requirements**

**1. a.** The student shall be enrolled in a homeschool conducted by his or her parent(s) or legal guardian(s).

**b.** The student must be taking a minimum of five (5) academic subjects or the equivalent administered by the parent(s) or guardian(s) which would count toward graduation at the school where the student wishes to participate.

**2** The participating student must have a legal residence within the school district of the school where he/she will be participating, if participating with a public school. If participating with a private school, the student must have a legal residence within a 20 mile radius of the private school and meet all tuition and financial aid requirements.

3. The parent or guardian must make application for participation in athletics to the principal of the member school in which the homeschool athlete wishes to try out and possibly participate before the first official practice date for that sport.

4. **a.** The homeschool athlete shall meet the same academic and conduct standards required of a member school student-athlete to participate in the athletic program.

   **b.** The Director of Schools (Head of School for private schools) or their designee shall confer with the parent(s) or guardian(s) conducting the homeschool to determine that the homeschool student is academically eligible.

   **c.** If a homeschool student's course of study does not include five (5) academic subjects or the equivalent, which are being administered by the parent/guardian, then the Director of Schools (Head of School, for a private school) or their designee and the parent/guardian shall develop an alternative measure of academic progress and submit it to the TSSAA for approval.

   **d.** In no event shall a homeschool student be eligible who is not receiving the minimum four (4) hours per day of instruction administered by their parent/guardian.

   **e.** In no event shall a homeschool student be eligible who has fallen three (3) or more months behind the student's appropriate grade level.

5. The homeschool student must provide proof of liability insurance coverage which names the TSSAA as an insured party or the administration of the school must submit to TSSAA a copy of the TSSAA Indemnity Form signed by the guardian(s).

6. **a.** The LEA may impose a participation fee for each sport in which a homeschool athlete participates. Such participation fee shall not exceed the fees or costs charged to or borne by students enrolled at the school and shall be paid in full prior to the first regular season contest.

   **b.** A homeschool student participating at a private school must pay full tuition and abide by all financial aid rules. For the purpose of this rule, "full tuition" is defined as the same amount paid by all other students enrolled and in regular attendance at the school.

7. The homeschool student must meet all other TSSAA eligibility requirements.

8. Eligibility issues may be appealed in accordance with the Bylaws of the TSSAA.

9. The homeschool athlete must adhere to the same standards of behavior, responsibility, performance, and code of conduct as other participants of the team.

10. Ultimate decisions on team rosters are left to the member schools.

**C. Transfer:**

1. After participation at the first member school, any changes within member schools shall be governed by the transfer rule.

2. Once a student establishes an athletic record either as an enrolled student at a member school or as a homeschool student, any subsequent transfers to or from homeschool to a member school must meet the TSSAA transfer rule, even if the student will be participating for the same team.

3. Any student who withdraws from a regular school program, which for the purpose of this policy is defined as a member school, to enroll in a homeschool education program and who is ineligible at the time of withdrawal from the regular school program due to his/her failure to meet academic or behavioral eligibility standards shall be ineligible to compete in interscholastic athletic competition as a home education athlete until such time as he/she has satisfied this homeschool bylaw as well as all other eligibility bylaws of TSSAA.

Please see FAQ's on Page 42-61.

### Athletes Participating in Unified Sports

**Section 26.** To be eligible to participate as a Special Olympics Athlete in Unified Sports the student must be enrolled and in regular attendance at the member school unless participating as a part of an approved

cooperative program. All other eligibility rules do not apply to a Special Olympics Athlete in Unified Sports. Special Olympics Athletes must complete the Special Olympics of Tennessee pre-participation medical and parental release form prior to practicing or competing. The student must be identified by an agency or professional as having one of the following conditions: intellectual disabilities, cognitive delays as measured by formal assessment, or significant learning or vocational problems due to cognitive delay that require or have required specially designed instruction.

Unified Partners must meet all TSSAA eligibility requirements. They are not eligible to participate in the TSSAA postseason at the state level for the sanctioned sport in which they are participating in the Unified competition.

All Special Olympics Athletes and Unified Partners must be registered through the TSSAA Eligibility Portal.

## Virtual School Rule

**Section 27.** A public virtual school under the jurisdiction of the local Board of Education must make application and be approved for TSSAA membership in order for students enrolled in the school to participate in TSSAA athletics.

TSSAA virtual school members may choose either (a) to have their own sports' teams or (b) to allow their students to participate in all sports at their zoned public schools as assigned by the local Board of Education.

If the member virtual school administration chooses to allow their students to participate at their zoned public schools, the principal shall provide the host school(s) a list of students who will be participating in each sport and verify that the students are academically eligible prior to the date of first practice in each sport. The principal is responsible to provide the host school(s) with any additional information needed to complete student eligibility. The host school is responsible to submit eligibility to TSSAA for the virtual students participating in their program(s).

Minimum Eligibility Requirements:

This bylaw establishes the minimum eligibility requirements for a student attending a public virtual school in TN operated by the local Board of Education.

1. In order for a student to practice or participate at any level, the student must reside in the geographic area of the LEA of the member virtual school. The virtual school must be a member of TSSAA in good standing. The administration of the virtual school must choose to allow their students to participate for their zoned public schools.
2. In order for a student to practice or participate at any level, the student must participate for their zoned public school as assigned by the local board of education. The zoned school where the student will participate must be a member of TSSAA in good standing.
3. Any student that transfers to or from a virtual school, which is under the jurisdiction of the LEA, with an athletic record in the past twelve months and no change of residence that justifies the change in schools will be ineligible to participate on the varsity level twelve months past their last date of participation in the sport where the participation record exists.
4. The student must meet all other TSSAA eligibility requirements.
5. If the virtual school decides to start their own athletic programs, the students enrolled in the public virtual school must participate in those programs at the school where they are enrolled.
6. After participation at the first member school, any changes within member schools shall be governed by the transfer rule.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 24 of 64 PageID #: 495

# Article III
# Compliance

Effect of Agreeing to Join TSSAA - Sections 1 and 2
Enforcement - Sections 3, 4, 5, and 6
Unsportsmanlike Conduct - Sections 7, 8, 9, 10, and 11
Playing of Ineligible Student-Athletes – Sections 12, 13, 14, and 15

## Effect of Agreeing to Join TSSAA

**Section 1.** Membership in the association is voluntary. By joining the association, a member school agrees to abide by all rules of the association. If a member school, or that school's governing body, files suit against the association and does not prevail on the merits, the member school shall reimburse the association for all legal fees and expenses incurred by the association in connection with said suit.

**Section 2.** Each member school has a responsibility to monitor its athletic program and to self-report any violations of TSSAA Bylaws to the Executive Director as soon as the school is aware of possible violations. The responsibility extends to all administrators and coaches at the school. Each member school is responsible for the conduct of its administrators and coaches and for any knowledge possessed by its administrators or coaches.

## Enforcement

**Section 3.** The Executive Director and/or the Board of Control shall have power to suspend, to fine, or otherwise penalize any member school for the violation of any provisions of the Constitution or Bylaws of the association or for other just cause. The period of suspension or other penalty shall be left to the discretion of the Board of Control where the penalty is not fixed.

**Section 4.** The Executive Director shall, in his discretion, determine whether information about any possible violation of the TSSAA Constitution or Bylaws is sufficiently reliable to justify further investigation. The Executive Director shall also, in his discretion, determine whether to conduct any investigation of possible violations of the Constitution or Bylaws as well as the nature and extent of any investigation that may be conducted and the procedures to be used in any such investigation. Factors to be considered by the Executive Director in making these determinations may include, but are not limited to, the workload of the TSSAA office, the seriousness of the alleged violation, the availability of staff members to assist in any investigation, the cost of investigation, the time needed to conduct an investigation, and any other factor the Executive Director may deem relevant in making these decisions.

**Section 5.** (a) A violation of the TSSAA Constitution or Bylaws will not result in any investigation or penalty if it is inadvertent and the school first learns of and reports the violation after the conclusion of the following year's playoffs in the sport in which the violation occurred, (b) If it is determined that a school (or any of its administrators or coaches) had knowledge of a violation or possible violation of the TSSAA Constitution or Bylaws and failed to promptly self-report it as required in Section 2, or that a delay in self-reporting occurred as a result of a failure by the school to properly monitor its athletic program as required in Section 15, the provisions of subsection (a) shall not apply. In any such case, a violation may be investigated and penalties may be implemented regardless of when the violation occurred.

**Section 6.** Any school under suspension, if it has restricted its athletic program to intramural athletics for the period of suspension, may be reinstated by the Board of Control upon application made in writing, 20 days in advance of the time it desires to be reinstated, to the Executive Director by the principal of the school and by the governing board under which the school operates. The Executive Director shall present the application of the suspended school to the Board of Control for its consideration. The principal and the governing board shall agree in writing that the school will abide by all rules of the association in the future. The principal and each member of the governing board shall sign the statement.

If a school with one or more two-year contracts has its athletic program in any sport suspended for violation of TSSAA regulations -- and the first game of the two-year contract has been played at the offending school — such school shall be required to complete the contract, or contracts, when it resumes its athletic program if the school, or schools, affected desire.

Suspension of a member school shall free all existing contracts between that school and other member schools.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 25 of 64 PageID #: 496

## Unsportsmanlike Conduct

The TSSAA and its member schools believe strongly that the major purpose of athletics at the secondary level is to be a part of the total educational program. A major part of this purpose is to stress to coaches, players, officials, and fans the vital importance of sportsmanship. It is critical that all people in each of these categories understand the major role that they play and the role model that they can be for others.

Recognizing this principle, unsportsmanlike conduct on the part of any of these groups cannot be accepted. **Penalties for unsportsmanlike conduct set forth in these Bylaws are minimum penalties. A member school is free to impose any additional penalties upon its student-athletes, coaches, or fans as it may see fit.**

**Section 7. Unsportsmanlike Conduct by Student Athletes**

**A.** In contests in which registered TSSAA officials are involved, the officials will immediately notify the state office with a written report if players are ejected for unsportsmanlike conduct. In soccer, this does not apply if the ejection occurs as the result of a player receiving a red card for his/her second caution. In sports where registered TSSAA officials are not used, it will be the responsibility of the principal and/or coach of the player involved to report this incident to the state office.

**B.** On the ejection of the student-athlete, the school will be required to submit a report on the action of the player and any disciplinary action taken by the school. The minimum penalty will be as follows:

1. Football – 1 Game Suspension
2. Soccer – There is no mandatory minimum penalty when a player is ejected for receiving a second yellow card followed by a red card. There is a 2 Game Suspension for serious foul play except for the following offenses which shall result in a 1 Game Suspension:
    - **a.** A player anywhere on the field (other than a goalkeeper within his/her own penalty area) who deliberately handles a ball to prevent it from going into the goal.
    - **b.** A foul by a player against an opponent who is moving toward his/her offensive goal with an obvious opportunity to score.
3. All other sports – 2 Game Suspension

The student-athlete is also suspended from all levels of participation (varsity, junior varsity, freshman) the same number of contest(s) in the sport involved.

If the student-athlete is a senior and cannot fulfill all of the disciplinary action due to the completion of the season, he/she will fulfill the action in the next sport in which they participate.

**C.** In addition to what is presently required when a player is ejected for unsportsmanlike conduct, a meeting shall be held with the player, coach, principal, and parent(s) or guardian(s) prior to the player's next competition. A Confirmation of Sportsmanship Meeting Form must be sent to the state office by the principal. Schools that have not submitted the required Confirmation of Sportsmanship Meeting Form by the end of the sports season in which the violation occurred shall be subject to a $100 fine.

**D.** If a player is ejected for a second time for unsportsmanlike conduct, a more severe punishment shall be imposed.

**E.** Other non-monetary penalties may be assessed by the Executive Director based on all the facts.

**F.** In all situations where ejections occur for unsportsmanlike conduct, the individual will be removed from the next contest(s) following the one in which the ejection occurred. If the individual plays in a subsequent contest after being ejected for unsportsmanlike conduct the minimum penalty shall be increased by an amount determined by the state office.

**G.** **For** substitutes leaving **the** bench area during an incident, **the school will be fined a minimum of $250.00. The school will be required to submit a report and video tape if available. All schools are instructed to inform individuals taping to continue taping all incidents. In addition, other non-monetary disciplinary action may occur, including but not limited to probation and/or restrictive probation for the sport in which the incident occurred**.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 26 of 64
PageID #: 497

**Section 8. Unsportsmanlike Conduct by Coaches**

- **A.** The school and coach will be required to submit a written report of the incident.
- **B.** The school will be given a choice of removing the coach for a specified number of contest(s) and pay a fine of $250.00 or face further disciplinary action. The school shall not allow the suspended coach to attend games while under suspension.
- **C.** In addition to what is presently required when a coach is ejected for unsportsmanlike conduct, a meeting shall be held with the coach, principal, and superintendent, or his/her appointed representative prior to the coach returning to their coaching position. A Confirmation of Sportsmanship Meeting Form must be sent to the state office by the principal. Schools that have not submitted the required Confirmation of Sportsmanship Meeting Form by the end of the sports season in which the violation occurred shall be subject to a $100 fine.
- **D.** On any subsequent ejection by the same coach, the school will be given a choice of removing the coach for a specified number of contest(s) and pay a fine of $500.00 or face further disciplinary action. The school shall not allow the suspended coach to attend games while under suspension.
- **E.** If the coach is ejected from the contest and an assistant coach or an employee of the school involved is not available to continue as coach, the event is terminated and forfeited to the opponent
- **F.** Other non-monetary penalties may be assessed by the Executive Director based on all the facts.
- **G.** In soccer, coaches who are ejected for receiving a red card, or a second (yellow card) followed by a red card, are subject to the penalties above.

**Section 9. Unsportsmanlike Conduct by Fans**

- **A. For fans coming onto the field or floor during an incident, the school will be fined a minimum of $250.00. In addition, other non-monetary disciplinary action may occur, including but not limited to probation and/or restrictive probation for the entire athletic program.**
- **B. For fans ejected for unsportsmanlike conduct during a contest, the school will be fined a minimum of $250.00. In addition, other non-monetary disciplinary action may occur, including but not limited to probation and/or restrictive probation for the entire athletic program**

**Section 10.** If a team is removed from competition, the school shall be fined $500.00, and the school shall face disciplinary action by TSSAA. Other non-monetary penalties may be assessed by the Executive Director based on the facts.

**Section 11. Appeals**

A school may appeal the ejection of players or coaches or a penalty imposed for unsportsmanlike conduct by fans.

- **A.** Any appeal request shall be submitted in writing from the administrator of the school.
- **B. Ejections of players or coaches will be overturned only if it is shown that there was a misapplication of a rule. If the appeal pertains to the ejection of players or coaches, the written request should** state which playing rule was misapplied.
- **C. The school will be charged $50 for the appeal unless the official's decision is overturned.**
- **D. The decision of the Executive Director on the appeal shall be final.**



Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 27 of 64 PageID #: 498

## Playing of Ineligible Student-Athletes

**Section 12.** All rulings on eligibility must be in writing, and the accidental, intentional or other use of ineligible players by a member school shall require that team victories in which the ineligible player participated are forfeited to opponents; and any one or more of these additional actions may be taken:

**(a)** That individual or team records and performances achieved during participation by such ineligibles be vacated or stricken;

**(b)** That team or individual awards earned by such ineligibles be returned to the TSSAA; and

**(c)** That a fine for the playing of an ineligible player be assessed against the school, if deemed necessary.

**Section 13.** If a student is ineligible according to TSSAA rules but is permitted to participate in interscholastic competition contrary to such TSSAA rules but in accordance with the terms of a court restraining order or injunction against his/her school and/or the TSSAA, and that injunction is subsequently voluntarily vacated, stayed, reversed or finally determined by the courts that injunctive relief is not or was not justified or expires without further judicial determination, those actions stipulated in Section 12 and 14 shall be taken.

**Section 14.** If an ineligible contestant competes in a meet, match or tournament and any violation of TSSAA rules occurs, all points earned by that student, or by a relay team of which he/she may have been a member, in that meet or tournament are to be declared forfeited; and in team sports (baseball, basketball, football, girls soccer, soccer, girls softball and girls volleyball) the entire contest is forfeited.

When a team plays an ineligible athlete in TSSAA tournaments or playoffs **and wins the contest, the win is vacated**, the team is removed from the tournament or playoff, and no team replaces that team in the tournament series. All awards and money earned from the post season tournament series must be returned to TSSAA.

The penalty for playing an ineligible contestant shall be $50.00 per contest at the varsity level and $25.00 per contest below the varsity level, with a maximum fine of $250.00, provided it is voluntarily reported by the school, which is in violation, to the Executive Director. If it is not voluntarily reported by the school to the Executive Director, the penalty shall be $100.00 per contest at the varsity level and $50.00 per contest below the varsity level. Other non-monetary penalties may be assessed by the Executive Director based on all the facts.

**Section 15.** If an otherwise ineligible student-athlete provides false information to a member school and is erroneously determined to be eligible and is allowed to participate on the basis of that false information, the student shall be ineligible at all levels in all sports at any member school for twelve (12) months from his or her last participation date.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 28 of 64 PageID #: 499

## Article IV
## Miscellaneous

Schools Which Member Schools May Play or Scrimmage – Section 1
Contests with Out-Of-State Teams – Section 2
Tournaments and Meets – Section 3
Varsity Team – Section 4
Eligibility Roster – Section 5
Filing Schedule Reports – Section 6
Rules of the Game – Section 7
TSSAA Sports Calendar – Sections 8 and 9
Jamborees – Section 10
TSSAA Share in Tournament Receipts – Section 11
Filing of Tournament and Playoff Financial Reports – Section 12
Awards – Section 13
Use of Tobacco – Section 14
Officials – Sections 15, 16, 17, 18, 19, and 20
Bond – Section 21
Amendments – Section 22

### Schools Which Member Schools May Play or Scrimmage

**Section 1.** A member of the Tennessee Secondary School Athletic Association is permitted to play or scrimmage any secondary school team with grades 9 and above in regular season play.

For the purposes of this rule, a school team may be one school or a cooperative program of one or more schools.

A member school may play one alumni game or one preseason scrimmage with alumni in all sports except football. If the school has separate teams for boys and girls in a particular sport (e.g., girls' and boys' basketball), each team may play an alumni game or preseason scrimmage. A preseason scrimmage with alumni must count as one of the four permitted preseason scrimmages. A game with alumni must count as a regular season contest.

Please see FAQ's on Page 42-61.

### Contests with Out-Of-State Teams

**Section 2.** All out-of-state trips must be approved by the administration of the school.

Please see FAQ's on Page 42-61.

### Tournaments and Meets

**Section 3.** All Invitational Tournaments or Meets must be approved by the Executive Director.

A member school that wishes to host a tournament or meet that involves out-of-state teams must make application to the Executive Director for sanctioning.

Member schools must obtain sanctioning from the National Federation of State High School Associations when hosting the following types of events:

1. Any interstate or international event involving two (2) or more schools which is co-sponsored by or titled in the name of an organization outside the school community (e.g., a college/university, a theme park, an athletic shoe/apparel company).
2. Events in non-bordering states if five (5) or more states are involved.
3. Events in non-bordering states if more than eight (8) schools are involved.
4. Any event involving two (2) or more schools that involves a team from a foreign country. The host school should complete the international sanction application. This would include any event(s) that involves international traveling teams that play in multiple games in multiple states. (The exceptions to this rule are Canada and Mexico which are considered "bordering states.")


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 29 of 64
PageID #: 500

## Varsity Team

**Section 4.** There can be only one varsity team in any sport.

Please see FAQ's on Page 42-61.

## Eligibility Roster

**Section 5.** A TSSAA Portal Eligibility Roster containing the name of each student who is to participate at any level (Varsity, JV/B-Team, ninth grade) during the season in each sport shall be filed online prior to the first contest allowed by the Sports Calendar for each particular sport. If a student whose name does not appear on the original TSSAA Portal Eligibility Roster wishes to become a member of the squad, the student's name shall be filed online before the student is allowed to participate. Failure to file the eligibility online by the date required shall result in a fine of $50.00. Any school failing to file such reports promptly along with checks for penalty, after being notified by the Executive Director, shall be subject to suspension.

## Filing Schedule Reports

**Section 6.** Member schools shall file with the state office a copy of the schedule in each sport. Schedules shall be filed online prior to the date of the first contest allowed by the Sports Calendar for each particular sport. Failure to file the schedule online by the date required shall result in a fine of $50.00.

## Rules of the Game

**Section 7.** The official rules books as published by the National Federation of State High School Associations shall be used in football, basketball, baseball, girls' softball, wrestling, girls' soccer, soccer, track and field, cross country, and girls volleyball. The official rules of the USGA shall be used in golf. The official rules of the USTA shall be used in tennis. The official rules of the USBC shall be used in bowling.

For all unsporting acts, TSSAA Bylaws as it relates to unsportsmanlike behavior and officials' jurisdiction supersedes any other rules book.

Cheerleading squads must abide by the USA Cheer Safety Guidelines while practicing or participating in a TSSAA event.

Religious headwear is permitted, provided it is not abrasive, hard, or dangerous to the participant and any other player, and must be attached in such a way it is highly unlikely to come off during play. Religious headwear does not need to comply with any of the color restrictions defined in applicable sport uniform codes.

Hijabs, turbans, and yarmulkes are acceptable types of religious headwear.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 30 of 64
PageID #: 501

## TSSAA SPORTS CALENDAR

**Section 8.** For each sport there shall be a beginning practice date, a date for the first contest, a limit for the number of regular season contests, rules in regard to tournaments where applicable, rules in regard to off-season practice, and rules in regard to summer practice.

### DEFINITIONS

**Dead Period Rule** – No coaching, observing, or contact between coach and players in sport involved. There is no practice, no open facilities, and no weight training/conditioning. The Dead Period, which is to be observed by all schools, is the week of the 4th of July and the preceding week – 14 days.

**50% Rule** – Participation (includes practice or games) during the school year on a non-school team prior to the school season by students that will play the following season on the high school team is limited to 50% of the number of players required to play the game. Only the specified number of students participating on a non-school team prior to the school season may be placed on the high school eligibility list (TSSAA Portal Roster) the following season. Those students cannot be interchanged on the school's team roster.

**Off-Season** – Begins with the school's elimination from postseason tournament play in a particular sport and concludes with the end of the school year. In football, girls' soccer, and soccer, individual instructions may be given to no more than six students per day. In basketball and girls' volleyball, individual instruction may be given to no more than three students per day. In baseball and girls' softball, individual instructions may be given to no more than five students per day.

**Open Facilities –** Permitted year round (Monday through Friday) except during the **Dead Period**. Schools may use their facilities for students in their building prior to or after the school day. Coaches may serve in a supervisory capacity only. There is no instruction, no teaching, no coaching, etc. Coaches may not participate or play in any manner. It is a free play type atmosphere. Sport specific skills cannot be taught. ATTENDANCE CANNOT BE MANDATORY.

**Practice** - Coach and player(s) together with instruction, teaching, coaching, etc. Try-outs are considered practice.

**Practice During the School Day** – All athletic practice during the regular hours of any school day shall conform to the same rules, regulations, and season as corresponding athletic practice outside the school day.

**Pre-Season Practice Rule** – Begins the first day of school until the first official day of practice in that particular sport. In basketball, individual instructions may be given to no more than three students per day. In soccer, individual instructions may be given to no more than six students per day. In baseball and girls' softball, individual instructions may be given to no more than five students per day.

**Scrimmage Rule** – After the TSSAA first official day of practice in all sports other than football, a school cannot practice with or scrimmage another school until both schools have practiced a minimum of three days. After the TSSAA first official day of practice in football, a school cannot practice with or scrimmage another school until both schools have practiced in full pads a minimum of three days. A school may have a maximum of four scrimmages or two scrimmage dates or one scrimmage date and two scrimmages (A scrimmage date is defined as more than two schools scrimmaging on the same day). No tournament format of any type may be used. Scrimmages should look more like practice than games. Once a school has played their first game, there can be no more scrimmages.

**Summer** – The period of time from the end of the school year until the Monday of NFHS Week 4 (opening day of practice).

**Tournament** – All tournaments shall be held on consecutive days with no other regular season games being played during the tournament unless permission is granted by the Executive Director. A tournament is defined as competition of three or more teams and three or more games, matches, etc., which progress to determine a winner.

**Weight Training/Conditioning** – Permitted at all times except during the **Dead Period**. Must be generic type program that would be beneficial to all students and not sport specific. Exception: In baseball and girls' softball, players may throw to condition arms. Sport specific skills cannot be taught. Only students who are enrolled and in regular attendance at the school may participate during the school year. ATTENDANCE CANNOT BE MANDATORY.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 31 of 64 PageID #: 502

## TSSAA SPORTS CALENDAR

### FOOTBALL

- **Pre-Season Practice Rule** does not apply.
- **Pre-Season Acclimatization:** All TSSAA Football Practice Regulations must be followed. TSSAA Football Practice Regulations can be found at http://tnhs.us/fbpractice.
- First Practice Date in pads is the Monday of NFHS Week 4.
- **Practice Regulations** All TSSAA Football Practice Regulations must be followed. TSSAA Football Practice Regulations can be found at http://tnhs.us/fbpractice.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Friday of NFHS Week 7, no earlier than Wednesday. Eligibility and schedules must be filed online prior to playing.
- Maximum number of regular season contests is 10 games. Schools that do not qualify for the playoffs may schedule an additional game for a total of 11.
- Maximum of 12 days of Off-Season team practice within a 15 consecutive school day period and one interschool scrimmage is permitted. The first two days of practice must be in helmets only.
- In the **Summer** there are no restrictions in regard to practice. No pads are permitted. Helmets may be worn.
- There can only be 10 days of team-against-team competition which must occur after the conclusion of the Dead Period (Exception: Two of the 10 days may take place in June, provided the competition takes place in Tennessee.). Pads may not be worn during team-against-team competition.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### GOLF (BOYS' AND GIRLS')

- **Pre-Season Practice Rule** does not apply.
- First Practice Date is the Monday of NFHS Week 2.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 4. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 14 dates (NOTE: Individuals accompanied by a coach may enter varsity competition at a different site on the same date and time, and this will count as two dates on the school's schedule.).
- In the **Off-Season** there are no restrictions in regard to practice.
- In the **Summer** there are no restrictions in regard to practice.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.



Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 32 of 64 PageID #: 503

## TSSAA SPORTS CALENDAR

### GIRLS' VOLLEYBALL

- **Pre-Season Practice Rule** does not apply.
- First Practice Date is the Monday of NFHS Week 4.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 7. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 35 matches. Maximum number of **Tournaments** is four with each tournament counting as three matches.
- **Off-Season** team practice is not allowed.
- In the **Summer** there are no restrictions in regard to practice.
- Any school starting girls' volleyball for the first time may have five days of **Pre-Season** practice prior to the first season the sport begins.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### CROSS COUNTRY (BOYS' AND GIRLS')

- **Pre-Season Practice Rule** does not apply.
- First Practice Date is the Monday of NFHS Week 4.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 7. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 11 dates (NOTE: Individuals accompanied by a coach may enter varsity competition at a different site on the same date and time, and this will count as two dates on the school's schedule.).
- In the **Off-Season** there are no restrictions in regard to practice.
- In the **Summer** there are no restrictions in regard to practice.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### GIRLS' SOCCER

- **Pre-Season Practice Rule** does not apply.
- First Practice Date is the Monday of NFHS Week 4.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 7. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 16 matches. Maximum number of **Tournaments** is two with each tournament counting as two matches.
- **Off-Season** team practice is not allowed.
- In the **Summer** there are no restrictions in regard to practice.
- Any school starting girls' soccer for the first time may have five days of **Pre-Season** practice prior to the first season the sport begins.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### BOWLING (BOYS' AND GIRLS')

- **Pre-Season Practice Rule** does not apply.
- **First Practice Date is Monday of NFHS Week 9.**
- **Scrimmage Rule** does not apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 13. Eligibility and schedules must be filed online.
- There is no limit on the number of regular season contests or **Tournaments**.
- In the **Off-Season** there are no restrictions in regard to practice.
- In the **Summer** there are no restrictions in regard to practice.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### BASKETBALL (BOYS' AND GIRLS')

- **Pre-Season Team Practice** is not allowed.
- First Practice Date is the Monday of NFHS Week 18.
- **Scrimmage Rule** does apply.
- **50% Rule** does apply, which is three players.
- The Date of the First Contest allowed is the Monday of NFHS Week 21. Eligibility and schedules must be filed online.
- Schools may choose to play an unlimited number of **Hall of Champions Games** on any two dates during the week preceding the regular season. These games will not count against the number of regular season contests schools are allowed to schedule. Host schools shall send in 50% of the proceeds after paying referees to the TSSAA Hall of Champions fund.
- Maximum number of regular season contests is 24 games. Maximum number of **Tournaments** is two with each tournament counting as two games.
- Maximum of five days of **Off-Season** team practice within a 10 consecutive school day period.
- In the **Summer** there are no restrictions in regard to practice.
- Coaches may participate in a maximum of 10 days of team-against-team competition which must occur after the conclusion of the school year until the **Dead Period**.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### WRESTLING

- As far as **Pre-Season Practice**, there are no restrictions.
- First Practice Date is the Monday of NFHS Week 18.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 21. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 22 dates. No individual shall wrestle more than 55 matches, excluding forfeits, in the regular season (NOTE: Individuals accompanied by a coach may enter varsity competition at a different site on the same date and time, and this will count as two dates on the school's schedule.).
- In the **Off-Season** there are no restrictions in regard to practice.
- In the **Summer** there are no restrictions in regard to practice.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 35 of 64 PageID #: 506

## TSSAA SPORTS CALENDAR

### GIRLS' WRESTLING

- As far as **Pre-Season Practice**, there are no restrictions.
- First Practice Date is the Monday of NFHS Week 18.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 21. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 22 dates. No individual shall wrestle more than 55 matches, excluding forfeits, in the regular season (NOTE: Individuals accompanied by a coach may enter varsity competition at a different site on the same date and time, and this will count as two days on the school's schedule.).
- In the **Off-Season** there are no restrictions in regard to practice.
- In the **Summer** there are no restrictions in regard to practice.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### BASEBALL

- **Pre-Season Team Practice** is not allowed.
- First Practice Date is the Monday of NFHS Week 33.
- **Scrimmage Rule** does apply.
- **50% Rule** does apply, which is five.
- The Date of the First Contest allowed is the Monday of NFHS Week 37. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 30 games. Maximum of four **Tournaments** with each tournament counting as three games.
- **Off-Season** team practice is not allowed. Exception: Coaches may be involved in a coaching capacity with students in their school on non-school teams.
- In the **Summer** there are no restrictions in regard to practice.
- Any school starting baseball for the first time may have five days of **Pre-Season** practice prior to the first season the sport begins.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 36 of 64 PageID #: 507

## TSSAA SPORTS CALENDAR

### GIRLS' SOFTBALL

- **Pre-Season Team Practice** is not allowed.
- First Practice Date is the Monday of NFHS Week 33.
- **Scrimmage Rule** does apply.
- **50% Rule** does apply, which is five.
- The Date of the First Contest allowed is the Monday of NFHS Week 37. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 34 games. Maximum of five **Tournaments** with each tournament counting as four games.
- **Off-Season** team practice is not allowed. Exception: Coaches may be involved in a coaching capacity with students in their school on non-school teams.
- In the **Summer** there are no restrictions in regard to practice.
- Any school starting girls' softball for the first time may have five days of **Pre-Season** practice prior to the first season the sport begins.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### TRACK AND FIELD (BOYS' AND GIRLS') / UNIFIED TRACK AND FIELD

- As far as **Pre-Season Practice**, there are no restrictions.
- First Practice Date is the Monday of NFHS Week 33.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 37. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 11 dates. Each meet counts as one date (NOTE: Individuals accompanied by a coach may enter varsity competition at a different site on the same date and time, and this will count as two dates on the school's schedule.).
- In the **Off-Season** there are no restrictions in regard to practice.
- In the **Summer** there are no restrictions in regard to practice.
- Any school starting track and field for the first time may have five days of **Pre-Season** practice prior to the first season the sport begins.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 37 of 64 PageID #: 508

## TSSAA SPORTS CALENDAR

### TENNIS (BOYS' AND GIRLS')

- As far as **Pre-Season Practice**, there are no restrictions.
- First Practice Date is the Monday of NFHS Week 33.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 37. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is **22** matches. Each **Tournament** counts as two matches (NOTE: Individuals accompanied by a coach may enter varsity competition at a different site on the same date and time, and this will count as two matches on the school's schedule.).
- In the **Off-Season** there are no restrictions in regard to practice.
- In the **Summer** there are no restrictions in regard to practice.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

## TSSAA SPORTS CALENDAR

### SOCCER

- **Pre-Season Team Practice** is not allowed.
- First Practice Date is the Monday of NFHS Week 33.
- **Scrimmage Rule** does apply.
- The Date of the First Contest allowed is the Monday of NFHS Week 37. Eligibility and schedules must be filed online.
- Maximum number of regular season contests is 16 matches. Maximum of two tournaments with each **Tournament** counting as two matches.
- **Off-Season** team practice is not allowed.
- In the **Summer** there are no restrictions in regard to practice.
- Any school starting soccer for the first time may have five days of **Pre-Season** practice prior to the first season the sport begins.
- **Dead Period Rule** does apply.

Coaches and employees of a school are subject to the guidelines of the TSSAA Sports Calendar when working with students from his/her school.

Please see FAQ's on Page 42-61.

**Section 9.** A school may not participate in a regular season contest once they have participated in a postseason contest. The sports season for a school shall end when the team has been eliminated from the TSSAA tournament series or has won the state championship. The sports season shall end for a school whose team does not enter the tournament series with the playing of the last regularly scheduled game.

Please see FAQ's on Page 42-61.



Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 38 of 64 PageID #: 509

## Jamborees

**Section 10.** A member school may participate in one jamboree per sport provided (a) the jamboree is held before any of the participating schools play their first game; (b) the jamboree is sponsored by the participating schools and all proceeds go to the participating schools; (c) the jamboree is conducted in accordance with the following regulations:

A. No team or participant shall play more than the equivalent of half of a game or contest.

B. Registered TSSAA officials must be used.

C. Schools participating in a jamboree must file the regular eligibility report (TSSAA Portal Roster) with the state office prior to participating.

D. Schools must hold membership in TSSAA or membership in a Tennessee conference in order to be eligible to participate in a jamboree. (Out-of-state schools must obtain approval from their state association before participating.)

E. Football schools may participate in a jamboree as early as Thursday of the week preceding the opening of football season.

F. Basketball schools may participate in a jamboree one week preceding the opening of basketball season.

Participation in such a jamboree shall not count as a regular-season contest or pre-season scrimmage provided the jamboree meets the above regulations.

## TSSAA Share In Tournament Receipts

**Section 11.** Eighteen percent of the gross proceeds from district and regional girls volleyball, district and regional girls soccer, district and regional soccer, district and regional bowling, district and regional girls bowling, district and regional baseball, district and regional girls softball, regional, sub-sectional, and sectional track and field meets, two-day invitational, regional and sectional wrestling tournaments, invitational, county, conference, district and regional basketball tournaments shall be paid to TSSAA.

After all expenses in connection with the holding of the state tournaments in football, basketball, bowling, track and field, cross country, baseball, tennis, golf, girls softball, girls volleyball, soccer and wrestling have been paid, the retention and/or disbursement of any remaining funds shall be determined by the Board of Control.

## Filing of Tournament and Playoff Financial Reports

**Section 12.** All checks for district, regional, and sectional tournaments and playoffs must be distributed within 10 business days of the completion of the tournament or game. Failure, without good cause, will result in a $100.00 late fee to be paid to TSSAA and used in the A.F. Bridges sportsmanship program to go to schools or individuals receiving awards. Failure, without good cause, to distribute funds within 20 business days will result in an additional $200.00 late fee (total $300.00). Failure, without good cause, to distribute funds within 40 days will result in an additional $200.00 late fee (total $500.00). The school may not host any tournament or playoff until the principal or athletic director appears before the Board of Control to explain the reasons. The Board would then determine whether the school could host tournaments or playoffs in the future.

## Awards

**Section 13.** TSSAA shall furnish trophies, plaques, ribbons and medals in TSSAA-sponsored sports as determined by the Board of Control.

Please see FAQ's on Page 42-61.

## Use of Tobacco

**Section 14.** The use of tobacco in any form by coaches, officials, and athletes is prohibited at TSSAA sanctioned events.

## Officials

**Section 15.** Officials used in contests in which TSSAA member schools participate are independent contractors and are not employees of TSSAA. Individuals desiring to serve as officials in contests in which TSSAA member


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 39 of 64
PageID #: 510

schools participate must register with TSSAA. The Executive Director shall establish the minimum qualifications and standards for registration with TSSAA.

**Section 16.** (a) For varsity contests, all officials must be assigned by the TSSAA approved local association. (b) These officials must be registered and approved by TSSAA. If a registered official who has been engaged for an athletic contest fails to appear, the principal of the home school may, with the approval of the visiting school, select an official for the contest. If this is done, the principal of the home school must mail to the Executive Director within 48 hours evidence showing that a registered official was employed for the game and that the official did not appear. The principal of the home school shall give the name and address of the registered official who was employed to officiate the game, and the name and address of the non-approved official used as a substitute.

**Section 17.** In all sports sanctioned by TSSAA, the officials' jurisdiction begins upon the arrival of one official within the visual confines of the field or court and ends when the last official leaves the premises at the conclusion of the game. It shall be the duty of a game official to file immediately a report with the state office if there is any unusual incident involving unsportsmanlike conduct on the part of the players, coaches, cheerleaders, or fans.

**Section 18.** The Executive Director shall have authority to suspend the registration of officials who are guilty of unsportsmanlike or unethical conduct or who fail to file immediately required reports with the state office. Such decisions shall be subject to review by the Board of Control upon appeal by the official.

**Section 19.** An official shall be prohibited from working in an athletic contest in which a member of his/her immediate family — son, daughter, brother, sister, mother, father, husband or wife — is playing or is serving as a coach for either team. If an official is a teacher, the official is prohibited from working in an athletic contest if one of the teams represents the school in which the official is employed as a teacher unless otherwise approved by the Executive Director.

**Section 20.** A school may drop an official from a game after the official has been engaged. If a school decides that it is wise to break its agreement with an official, it may be done by paying the official the regular fee for the game. Canceled and postponed games do not come under the above provision, provided that the official is duly notified. In the case of postponed games, the officials that were originally employed must be given the opportunity to work on the new date.

Please see FAQ's on Page 42-61.

## Bond

**Section 21.** The Executive Director of the TSSAA shall execute annually a Surety Bond on $30,000 or more if the Board of Control directs, covering TSSAA funds held by him. The fee on this bond is to be paid from the Association funds.

## Amendments

**Section 22.** The Bylaws of the TSSAA shall be amended by the same method as the Constitution.



Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 40 of 64 PageID #: 511

## TENNESSEE SECONDARY SCHOOL ATHLETIC ASSOCIATION CONSTITUTION FREQUENTLY ASKED QUESTIONS

1.

Q. How are members of the Board of Control and Legislative Council selected?

A. Members of the Board of Control and of the Legislative Council are selected at the annual regional meetings in the fall. Each school represented has one vote. The sites, dates, and times of these meetings are determined by the Board of Control and posted on the TSSAA Calendar of Events.

2.

Q. How may a school charged with violating TSSAA regulations present its case?

A. The principal of the school may request the Executive Director to call a hearing in regard to the charges. Such a hearing is held before the Executive Director and two or more Board of Control members representing the Grand Division of the state in which the school is located.

3.

Q. May a decision made by the Executive Director be appealed to the Board of Control?

A. Yes.

4.

Q. What procedure is followed by a school that wishes to appeal to the Board of Control a decision of the Executive Director?

A. The school principal should notify the Executive Director in writing that the principal wants the Board of Control to review the case. If it is satisfactory to hold the review of the case at the next regular meeting of the Board of Control, it will be listed on the agenda. If the case is of such nature that the school wants immediate action, the principal should so indicate. The Executive Director will then communicate with the president of the Board who will call a special session to consider the case. When such a special session of the Board is called, the school requesting the special session shall pay all expenses of the meeting in the event the Board of Control sustains the decisions of the Executive Director.

5.

Q. Does the Executive Director have a vote on matters that are presented to the Board of Control?

A. No. The Executive Director is not a member of the Board of Control and therefore can have no vote on matters being considered by it.

6.

Q. May a member of the Board vote on a matter involving the school which he represents?

A. No. A member of the Board of Control cannot sit in on a case involving his/her own school.

7.

Q. How may a member school submit a proposal to amend the Constitution or to change the Bylaws?

A. By putting the suggested change in writing and filing it with the Executive Director no later than October 15 preceding the December meeting of the Legislative Council.

# TENNESSEE SECONDARY SCHOOL ATHLETIC ASSOCIATION BYLAWS FREQUENTLY ASKED QUESTIONS

## Membership

1.

Q. How much are a school's membership dues?

A. Membership dues are based on where the enrollment of a school would place them in their respective Division.

Class 4A – $550.00 ($250.00 Dues; $300.00 Catastrophic Insurance Assessment.

Class 3A – $550.00 ($250.00 Dues; $300.00 Catastrophic Insurance Assessment.

Class 2A – $400.00 ($200.00 Dues; $200.00 Catastrophic Insurance Assessment) if your school plays football. $300.00 ($200.00 Dues; $100.00 Catastrophic Insurance Assessment) if your school does not play football.

Class 1A – $300.00 ($150.00 Dues; $150.00 Catastrophic Insurance Assessment) if your school plays football. $250.00 ($150.00 Dues; $100.00 Catastrophic Insurance Assessment) if your school does not play football.

Junior High – $200.00 ($100.00 Dues; $100.00 Catastrophic Insurance Assessment)

2.

Q. If a school is not currently a member of TSSAA, what must they do in order to join TSSAA?

A. If the school meets the requirements as set forth in Article I, Section 1 of the TSSAA Bylaws, the school should send a letter to the Executive Director asking to be put on the next Board of Control Agenda for consideration for membership. A copy of the certificate indicating whom the school is accredited/approved by should be included with the letter.

## Responsibility of the Principal

1.

Q. Who is held responsible for a member school's observance of TSSAA regulations?

A. The principal or administrative head of the school.

2.

Q. Who is the proper person to sign eligibility reports, contracts, etc.?

A. The principal or administrative head of the school.

3.

Q. Who is responsible for the conduct of the spectators at a game?

A. The principal and coach of the host school are primarily responsible. It is the duty of the host school to see that adequate security is present and assigned so that any disorder can be handled immediately. If the game is played on a neutral field and no host team is designated, the competing schools are jointly responsible for providing adequate security protection. Each school is responsible for the conduct of its students and fans, regardless of where an athletic contest is played.

## Non-Faculty Coaches and Classified Employees

1.

Q. If a non-faculty coach or a classified employee has successfully completed the ASEP Coaches Education Course and the TSSAA Online Coaches Training Session prior to May 15, 2013, must they complete the NFHS "Fundamentals of Coaching" and "First Aid, Health, & Safety for Coaches" courses?

A. No.

2.

Q. How long does a non-faculty coach or a classified employee have to successfully complete NFHS “Fundamentals of Coaching” and “First Aid, Health, & Safety for Coaches” courses after being submitted to the TSSAA?

A. All non-faculty coaches and classified employees must successfully complete the NFHS courses prior to coaching.

3.

Q. How often does a non-faculty coach or a classified employee have to complete the NFHS “Fundamentals of Coaching” and “First Aid, Health, & Safety for Coaches” courses?

A. Once a non-faculty high school coach or classified employee successfully completes the courses, he/she will not be required to take any additional courses.

4.

Q. Where can I obtain information about the NFHS “Fundamentals of Coaching” and “First Aid, Health, & Safety for Coaches” courses? How do I access the courses?

A. Information regarding the NFHS courses can be found at nfhslearn.com. Persons required to take these courses will first have to register as a new user at nfhslearn.com. This can be done by selecting "Register" in the upper right hand corner of the homepage. Once you have registered, you will need to click on “Courses” on the tool bar at the top of the page and search for the appropriate courses. Each participant must pay online with a credit or debit card when they register for the courses.

5.

Q. Are student-teachers considered non-faculty coaches?

A. If he/she is currently student teaching, he/she is allowed to do whatever his/her supervising teacher (college professor in charge) allows him/her to do as part of his/her total educational experience. He/She would not be considered non-faculty while he/she is student teaching and should be submitted as a full-time teacher in the portal.

6.

Q. Are retired educators considered non-faculty coaches?

A. No.

7.

Q. If one of my coaches is a Full-Time Teacher/Administrator at another school, are they considered non-faculty coaches?

A. No.  When submitting their names in the portal, they should be marked as a full-time teacher.

8.

Q. Do non-faculty cheerleading coaches or classified employees serving as a cheerleading coach have to be registered with TSSAA?

A. Yes. However, it is not necessary for you to pay for cheerleading coaches. We only need the names for insurance purposes. Cheerleading coaches do not have to complete the NFHS “Fundamentals of Coaching” and “First Aid, Health, & Safety for Coaches” courses. Also, cheerleading coaches must attend or complete online the Cheerleading Rules Meeting every year.

9.

Q. Can I register a non-faculty coach or classified employee online throughout the school year?

A. Yes. Once they have been approved by the principal, superintendent, and/or local board of education, they can be submitted online. Also, the registration fee of $50.00 per non-faculty coach must be submitted to the state office.

10.

Q. Can a non-faculty coach or a classified employee be a head coach?

A. Yes. Provided they have successfully completed the NFHS "Fundamentals of Coaching" and "First Aid, Health, & Safety for Coaches" courses OR the ASEP Coaches Education Course in a TSSAA-approved course combined with the TSSAA Online Coaches Training Session prior to May 15, 2013, and have been properly submitted to the TSSAA office.

11.

Q. Are high schools limited to the number of non-faculty coaches they can use?

A. No.

12.

Q. As a first year teacher who is coaching, do I have any requirements?

A. No.

**Contracts**

Q. Will the TSSAA enforce verbal contracts?

A. No. All contracts, to be binding, should be written on the regular contract forms.

**Enrollment and Attendance**

Q. Is there any regulation about the time a student must enroll in order to be eligible during a given semester?

A. Yes. A student must enroll on or before the twentieth day of a semester.

**Academic Rules**

1.

Q. A school requires 28 units of credit for graduation. How many credits must a student earn by the first day of the next school year in order to be eligible?

A. Students in a school that requires 24 or more credits for graduation must earn six credits the preceding school year.

2.

Q. A school requires 21 units of credit for graduation. How many credits must a student earn by the first day of the next school year in order to be eligible?

A. Students in a school that requires less than 24 units of credit for graduation must earn five credits the preceding school year.

3.

Q. A student is academically eligible at the beginning of the school year. At the end of the first semester the student passes only one subject. Is the student eligible to participate in athletics the second semester?

A. Students that are academically eligible at the beginning of the school year will be academically eligible the entire school year.

4.

Q. A student is currently attending a school that requires less than 24 credits for graduation. At the end of the school year the student earns five credits and transfers due to a change of residence to a school that requires 28 credits for graduation. What is the student's eligibility status?

A. Eligible. The student will be academically eligible since he/she would have been eligible to participate at his/her previous school. Academic eligibility for a student is based on the requirements of the school the student was attending at the conclusion of the previous school year.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 44 of 64 PageID #: 515

5.

Q. A student is currently attending a school that requires 28 credits for graduation. The student earns five credits at the end of the school year. The student has a bona fide change of residence to a school that requires only 21 credits for graduation. What is the student's eligibility status?

A. Ineligible. The student was ineligible academically at the school he/she was attending at the conclusion of the previous school year. Students cannot transfer in order to gain academic eligibility.

6.

Q. At the beginning of the school year, a student is academically ineligible to participate in athletics. May the student gain eligibility the second semester?

A. Yes. Students who are academically ineligible first semester may gain eligibility second semester by passing five subjects (1/2 credit), three blocks (one credit per block), or the equivalent.  Students on trimesters may gain eligibility the second semester by passing five subjects (1/2 credit), three blocks (one credit per block), or the equivalent.

7.

Q. A school requires 21 credits for graduation. The student fails every course the first semester. He/she earns three credits the second semester. Can the student attend summer school and earn two credits toward academic eligibility?

A. Yes. Credits earned in summer school may be counted toward academic eligibility. All credits must be earned by the first day of the beginning of the school year.

8.

Q. At the end of the second semester, a student has earned four credits for the school year. The student is in a school that requires 24 or more credits for graduation. Can the student attend summer school and earn one credit and, also, take a correspondence course and receive one credit toward academic eligibility?

A. Correspondence courses approved by the local board of education may count toward athletic eligibility provided the student receives credit toward graduation.

9.

Q. An 8th grade student in middle school finishes the highest ending grade and is academically promoted to the next higher grade. What is his/her eligibility status?

A. The student will be academically eligible the entire school year.

10.

Q. A special education student meets the academic requirements of his/her IEP by the beginning of the school year. What is his/her eligibility status?

A. The student will be academically eligible the entire school year.

11.

Q. A student attends a school that requires 24 or more credits for graduation. The student does not attend school during the fall semester. He/she re-enters school the spring semester and earns four units of credit. What must the student do in order to be academically eligible for athletics the next school year?

A. The student must enroll in summer school or correspondence courses that are recognized by the local board of education and counts toward graduation and earn two full units of credit by the first day of the beginning of the school year. The student must earn six full units of credit. Academic eligibility is based on credits earned and not subjects passed.

12.

Q. The school passing mark is 70. At the close of the first semester an athlete has a grade of 80. At the close of the second semester the grade in the same subject is 65. At the end of the school year the two grades are averaged and the student is allowed one unit of credit. May this subject be used in meeting the academic requirements?

A. Yes.

13.

Q. A student passes both semesters of a course, but does not receive credit toward graduation at the end of the school year because he/she does not meet the attendance policy. Is the student academically eligible to participate in athletics?

A. No. If the student does not receive credit toward graduation, the course may not be counted toward athletic eligibility.

14.

Q. Are subjects such as physical education and ROTC counted in determining the eligibility of a player?

A. Yes. Provided these subjects carry one full credit for the year or one-half credit for the semester and meet one hour each day for five days a week or the equivalent.

15.

Q. Is a student who drops out of school for one or more semesters eligible to participate when that student returns, provided he/she completes the last semester he/she was in school and receives the required number of credits the preceding school year?

A. No. A student must attend school one semester before he/she becomes eligible to participate.

16.

Q. A student is forced to withdraw from school, or is prevented from enrolling in school, due to illness or accident to the student. After being out of school for a semester, or a part of a semester, the student recovers from and enters school at the beginning of the next semester. Is it possible for such a student to be eligible to participate in athletics?

A. Such a case may be considered as a special case by the Executive Director provided the principal submits details in regard to the absence of the student. If the student is ruled eligible, that student shall be charged with a semester of attendance for athletic purposes, even though he/she attended less than forty days of the semester, or did not even enroll.

17.

Q. A student has an incomplete or is conditioned at the end of the school year. Will the student be eligible for participation as soon as the conditions are removed?

A. A student who receives an incomplete in a subject which causes him/her not to meet minimum scholastic requirements is ineligible until the course is satisfactorily completed. His/Her eligibility is restored at that point.

18.

Q. A student was not in school during the spring semester. May that student attend summer school and become eligible for athletic participation the following fall by passing five subjects in summer school that would give him/her the required number of credits for eligibility?

A. No. A student must have been in school the preceding semester or the last semester school was in session in order to be eligible. A summer session is counted as a continuation of the spring semester.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 46 of 64 PageID #: 517

19.

Q. A student repeats a course for which the student has already received a passing grade or is taking a course for which the student is not receiving credit toward graduation. Will this subject count as one of the credits earned the preceding school year for athletic eligibility?

A. No. A student may not repeat a course that he/she has already passed for athletic eligibility purposes nor may a student count a subject for which he/she is not receiving credit towards graduation for athletic eligibility purposes.

20.

Q. A student enrolls in a school and attends only two days. Is this considered enrollment?

A. No. In the definition of "enrolled", (c) states, ''A student is considered "enrolled" at a school when the student has either attended classes for three days, has engaged in three or more days of football, girls volleyball, cross country, golf, or girls soccer practice during the period, on or after the Monday of the week of August 1, or has participated in an athletic contest in any sport.''

21.

Q. A student attends school for twenty-five days and then drops out. During the twenty-five days of attendance: (a) he/she participated in one or more athletic contests; (b) he/she did not participate in any athletic contest?

A. (a) Student will be charged with a semester since he/she participated in an athletic contest.

(b) Student will not be charged with a semester since that student did not attend forty or more days. (See Article II, Section 1 of the TSSAA Bylaws.)

22.

Q. A student who was ineligible the first semester becomes eligible the second semester by passing five subjects or three blocks or the equivalent. May he/she participate the weekend that marks the close of the first semester?

A. No. A student is not eligible until the opening day of the second semester.

**Eight-Semester Rule**

1.

Q. What is the maximum number of semesters a student can attend school and still be eligible for athletic participation in the Senior High Division?

A. After a student has attended school EIGHT SEMESTERS he/she is ineligible for further athletic participation.

2.

Q. When does the EIGHT SEMESTER count begin?

A. As soon as a student enrolls in the ninth grade. A student is considered as enrolled in the ninth grade when he/she schedules two or more ninth grade subjects after having completed one school year in the eighth grade.

3.

Q. How does the semester rule apply to teams playing in the Junior High Division?

A. A student is limited to four semesters of eligibility after entering the 8th grade. The semester count starts when the student enrolls in the 8th grade.

**Repeating Rule**

1.

Q. If a student repeats the 6th, 7th, or 8th grade, what is the status of the student's eligibility?

A. If a student repeats the 6th, 7th, or 8th grade and participates in an interscholastic contest (Varsity, JV, or any level) at the school during the year he/she repeats, they will be ineligible during their 9th grade year.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 47 of 64 PageID #: 518

## Eighth Grade Participation

1.

Q. If an eighth grade student participates as a member of a senior high school team, is such participation charged against the student?

A. No. Such a student will still be entitled to four years of high school participation.

2.

Q. May a seventh grade student participate or practice as a member of a senior high team?

A. No, a student must be enrolled in the 8th grade or higher grade before he/she can participate or practice in the senior division.

## Age Limit

1.

Q. Is a student whose nineteenth birthday falls on August 1 ineligible for participation in the Senior High Division?

A. Yes, any student who becomes nineteen years of age on or before August 1 of any school year is ineligible.

2.

Q. If a student becomes nineteen years of age on August 2, or any date thereafter, is that student eligible to participate for the remainder of the school year?

A. Yes.

## Physical Examination and Parental Consent

1.

Q. A student receives a pre-participation physical on May 1 of the current school year. How long is that physical valid for the purposes of the TSSAA Bylaws?

A. The physical would be valid for the following school year, through the summer, and up until the first official day of practice for fall sports the next school year.

2.

Q. A student who has not participated in sports during the current school year receives a pre-participation physical on April 1 in preparation for their school's spring football practice which begins on April 2 How long is that physical valid for the purposes of eligibility and the TSSAA Bylaws?

A. The physical would be valid for the current school year and the summer up until the first official day of practice for fall sports the next school year. The physical would not be valid for the next school year for the purposes of eligibility. Physicals must be dated on or after April 15 to be valid for the upcoming school year.

## STUDENTS CHANGING SCHOOLS

1.

Q. A student changes school because of the death of his/her parents or guardians. The change is necessary in order for the student to have a home. Is he/she eligible?

A. Such cases should be submitted to the Executive Director who will make a decision based on the facts submitted.

2.

Q. It becomes desirable for a student to live with his/her grandparents. The change in residence causes a change of school. If the grandparents are designated as the guardians of this student will the student be eligible to participate in athletics?

A. Such a student may be ruled eligible by the Executive Director if he/she is convinced that the guidelines as set forth in Article II, Section 24 of the TSSAA Bylaws have been met.

3.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 48 of 64 PageID #: 519

Q. If an athlete with or without an athletic record lives with a guardian, instead of his/her parents, is the student eligible for athletic participation?

A. He/She may be approved by the Executive Director if the student has lived with the guardian for twelve months or longer. If the athlete has lived with his/her guardian, for a period of less than twelve months, he/she is ineligible unless approved by the Executive Director under the provisions of the hardship rule.

4.

Q. A student with or without an athletic record moves to live with a guardian other than a parent. Is the student eligible?

A. No. A student must live with the new guardian, if other than their parent, for 12 months or longer.

5.

Q. A student whose parents are divorced or separated (provided divorce papers have been signed and processed through the courts) participates in athletics at school A while residing with one parent. The student then transfers to school B where they are residing with the other parent. Is the student eligible to participate in athletics?

A. Yes, provided it is the first change from parent to parent since establishing an athletic record, there is a court-ordered custody change, and a letter from the principal of the student's former school indicating that the move was not for athletic reasons.

6.

Q. A student whose parents are divorced or separated (provided divorce papers have been signed and processed through the courts) participates in athletics at school A while residing with one parent. The student then transfers to school B where they are residing with a guardian other than a parent. Is the student eligible to participate in athletics?

A. No. The student will be ineligible until he/she has lived with his/her new guardian for twelve months.

7.

Q. A student who has a record of participation the previous year in baseball only transfers to a nearby school without any change of residence on the part of the student's parents. Is that student eligible to participate in football or basketball?

A. Yes, provided they meet all other eligibility rules. However, the student is ineligible in baseball for a period of 12 months from the last participation date in baseball. (See Article II, Section 13 of the TSSAA Bylaws regarding eligibility in tennis, volleyball, wrestling, soccer, girls' soccer, bowling, cross country and golf.)

8.

Q. A student transfers to a school because the student's parents have moved to the community in which the school is located. The student's scholastic and athletic records are satisfactory. May such a student be allowed to participate pending the approval of his/her transfer by the Executive Director?

A. No. All transfer students must be approved by the Executive Director before being allowed to participate.

9.

Q. If the parents of an athlete move from the territory in which the athlete has been attending school, may this student remain in the school to which he/she has been going and live with someone other than his/her parents without forfeiting his/her eligibility?

A. Yes, provided he/she has been enrolled in that school for a year or longer, provided no ''undue influence'' has been used to cause the student to continue in the same school, and provided the parents pay the expenses incurred as a result of the student not living at home.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 49 of 64
PageID #: 520

10.

Q. If an athlete's parents change residence after the beginning of the school year, must the athlete transfer immediately to the school serving the district into which his/her parents have moved?

A. No. The athlete may transfer to the new school without loss of eligibility at the time his/her parents move, at the end of the next grading period, at the end of the semester or at the beginning of the next school year. (If the athlete remains in his/her former school and participates in an athletic contest after his/her parents have moved, he/she cannot become eligible to participate in that sport in the second school until he/she has completed the report card period or the semester.)

11.

Q. How are the words ‘‘change of residence’’ to be interpreted?

A. As moving from one community to another so as to justify a change of schools. Moving across the street or a few blocks away from the former residence, or similar moves, cannot be accepted as justifying a transfer to another school. TSSAA does not recognize ‘‘dual’’ residences (maintaining two homes, apartments, etc.)

12.

Q. What are guidelines that are used in determining whether a bona fide change of residence has taken place?

A. Some guidelines are, but not limited to:

1. Changing of mailing address 2. Disconnecting phone in previous residence 3. Disconnecting of utilities in previous residence 4. All furniture moved from previous residence 5. The original residence should be closed, rented, or disposed of and not used by family.

13.

Q. Is it possible for an athlete who does not live at home with his/her parents or guardians to become eligible?

A. Yes. After such a student has attended school for a full school year, and has lived in the community in which the school is located for a period of at least twelve months, the student's case may be submitted to the Executive Director for a ruling.

14.

Q. A student transfers from School A to School B without a bona fide change in residence by the parents. The change is a result of school zone changes made by the local board of education. Is the student eligible?

A. Yes. Provided he/she meets all other eligibility requirements.

15.

Q. A student with an athletic record the previous year lives in Town A. His/Her father gets work in Town B and decides it will be more convenient for his son or daughter to enter school in Town B since he/she can ride with him as he goes to and from work. Will such a student be eligible to participate on the school team of Town B?

A. No. There has been no change of residence.

16.

Q. An eighth grade student participates as a member of a high school or junior high school team. The next year the student transfers to another school without any change of residence on the part of his parents. Is the student eligible for athletic participation?

A. No. The student is a transfer with an athletic record the previous year. His/Her parents have not changed residence. (This regulation is sometimes misinterpreted due to the statement that eighth grade participation does not count against a student. Such participation does not count as one of the four years he/she is allowed to participate while in high school, but the student is charged with an athletic record the previous year and cannot therefore transfer to another school unless there has been a corresponding change of residence on the part of his/her parents.)

17.

Q. A student participates in basketball at school A. He changes to school B without a corresponding change of residence by the parents and wants to play basketball. Is he eligible?

A. No. A student will be eligible twelve months from his/her last participation date. Example: A student last played basketball on January 16, 2016 at school A. That student would be eligible at school B on January 17, 2017.

18.

Q. A student with an athletic record transfers from school A to school B without a corresponding change of residence of his/her parents. After attending school B, the student returns to school A. Is the student eligible to participate at school A?

A. Yes, provided the student did not participate in contests or practice in any sport at any level at school B. This must be verified in writing by the administration of school B.

19.

Q. A student who transfers from school A to school B due to a bona fide change of residence by his/her parents is ruled eligible at school B and participates in athletics at school B. One month later the family of the student returns to the original residence where the student was attending school A. Is the student eligible to participate in athletics?

A. No. The student is ineligible to participate in athletics for twelve months from his/her last participation date, since the parents have returned to the original residence serving school A before the student has been enrolled in school B for one year.

20.

Q. What is meant by the term "system-wide" public school in the definition of "territory" as defined in the Definitions?

A. A system-wide public school is a school without geographic zones or bus routes that draws students throughout the school system. Examples of system-wide public schools are, but not limited to: Chattanooga School for the Arts & Sciences, Martin Luther King, the magnet portion of Liberty Technology High School, etc.

21.

Q. An international student attends a TSSAA school and lives with someone other than his/her parents. Is the student eligible?

A. Yes, provided the student possess a J-1 visa and is in a Foreign Exchange program which has been approved by the Council on Standards for International Educational Travel (CSIET). Students possessing an F-1 visa are ineligible at the varsity level until they have lived with a guardian for 12 months.

22.

Q. An international student comes to live with a new guardian and enrolls in a school where the guardians reside. The student is not in a Foreign Exchange program approved by the CSIET. Is the student eligible?

A. No. A student must be in a Foreign Exchange program approved by CSIET. The student is ineligible at the varsity level but may be eligible at the junior varsity level provided he/she meets the requirements of Article II, Section 15 of the TSSAA Bylaws.

23.

Q. An international student attends a TSSAA school and is in a foreign exchange program that is not approved by CSIET. Is the student eligible?

A. No. A student must be in a Foreign Exchange program approved by CSIET.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 51 of 64 PageID #: 522

24.

Q. An international student is in a Foreign Exchange program approved by the CSIET. The student participates in athletics with a TSSAA school while living with one host parent then transfers to another school as a result of a change of host parents. Is the student eligible at the new school?

A. No. As a result of the change of guardians the student must now comply with Article II, Section 11 and Article II, Section 12 of the TSSAA Bylaws in the same manner as all other students.

25.

Q. A student attending School A with an athletic record in basketball at School A is receiving individual instruction from a basketball coach at School B in the spring of the current school year. The student transfers to School B with a bona fide change of residence in August. Is the student eligible at School B?

A. The student is ineligible at School B in the sport of basketball. A coaching link exists in the previous 12 months, therefore the student is ineligible for twelve months in the sport where a link is present at all levels of competition.

26.

Q. A student attending School A with an athletic record in basketball at School A attends a summer team camp at School B. The student transfers to School B with a bona fide change of residence in August. Is the student eligible at School B?

A. The student is eligible at School B, provided they meet all other eligibility requirements. Attendance at a team camp where a coach from another school is present does not constitute a coaching link. Attendance at an individual camp where a coach from another school is present would constitute a coaching link and would render the student ineligible at all levels of competition.

27.

Q. A student attending School A with an athletic record plays on a softball team during the summer where an assistant coach at School B is serving as the summer softball team's head coach. The student transfers to School B with a bona fide change of residence prior to or during the following school year. Is the student eligible at School B?

A. The student is ineligible at School B in the sport of softball. A coaching link was established when the student played for the coach's summer softball team. If a coaching link exists in the previous 12 months, the student is ineligible in the sport where a link is present at all levels of competition.

28.

Q. A student attending School A has an athletic record in football, wrestling and soccer at School A. He is receiving strength and conditioning training during the summer from a personal trainer who happens to be the strength and conditioning coach at School B. The student transfers to School B with a bona fide change of residence the following school year. Is the student eligible at School B?

A. The student is ineligible at School B in all sports. A coaching link has been established in all sports since the strength and conditioning coach at School B works with all sports programs at School B.

29.

Q. A student attending School A was injured on September 10 in a varsity football game and was not able to participate in sports the rest of the school year. The student transfers to School B with no change of residence at the beginning of the following school year. The student wants to play football, basketball, and baseball at school B. When is the student eligible at the varsity level in each sport, assuming that the student meets all other eligibility requirements?

A. The student will become eligible in football on September 11. The student will be eligible immediately in basketball and baseball. The student's participation in football does not impact their eligibility in baseball or basketball. Athletic records from each sport are treated independently of each other.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 52 of 64
PageID #: 523

30.

Q. A student plays volleyball and establishes an athletic record at School A. At the end of the first semester, the family has a bona fide change of residence into another school zone where they reside for two months. She enrolls and attends School B. They then return to a residence in School A's zone and the student enrolls in School C. Is she eligible?

A. No. Since the student participated at School A within the past twelve months, she will be ineligible in volleyball twelve months past her last date of participation. Athletic eligibility is always based on what the student has done the past twelve months. In this case, the student participated for a member school in the same zone within the last twelve months. Therefore, the last move does not justify a change in schools.

**Tuition and Financial Aid**

1.

Q. Is it permissible for a school to employ a student for summer work who has not attended the school the previous year?

A. No. In order for a student, who will be participating in athletics, to be employed by a school during the summer the student must have attended the school the previous school year.

2.

Q. Can a Division II school employ student-athletes to "work off" tuition?

A. No. Article II, Section 16 of the TSSAA Bylaws sets forth the only means for reduction of tuition. A school may employ student-athletes as long as the remuneration or consideration for work is not in excess of the amount regularly paid for such service.

3.

Q. Must all financial aid to student-athletes be need-based?

A. Yes.

4.

Q. Who is allowed to pay a student-athlete's tuition?

A. If tuition is charged, it must be paid by a parent, bona fide guardian, or other family member.

5.

Q. Can TSSAA member schools participating in Division II offer particular groups of employees tuition discounts?

A. Yes, provided it is written into the school's policies. For example, schools may choose to offer a tuition discount to a specific group (all full-time faculty members, all non-faculty head coaches, all trainers, etc.). The discount MUST be given to ALL individuals in a particular category or else it will be considered financial aid.

6.

Q. Can a student-athlete attending a TSSAA member school use an ESA toward tuition and participate in varsity athletics?

A. Yes, provided the total amount of financial aid, including ESA funds, used to pay tuition does not exceed the amount of need-based aid for which the student qualifies according to one of the approved services listed in the Tuition and Financial Aid rule.

**Amateur Rule**

1.

Q. Can an athlete post a link to a business they are receiving payment for sponsoring if there are references to the school in their social media profile where the link appears?

A. No. References to the school or pictures depicting the athlete in their uniform may not appear in the post containing a link to the sponsoring business.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 53 of 64 PageID #: 524

2.

Q. Can a coach or other school official facilitate, coordinate, promote, or negotiate an NIL agreement for a student-athlete enrolled at his/her school?

A. No. A school can provide generic educational materials or advice regarding the factors that should be considered before entering into an NIL deal but should never be involved with coordinating, facilitating, promoting, or negotiating agreements for student-athletes.

3.

Q. Can a booster club or other school support organization make payment to a student-athlete for the use of his or her name, image, or likeness?

A. No. Payment from a school booster club could reasonably suggest the endorsement or sponsorship of the TSSAA school.

4.

Q. Can a school or school support organization distribute money for services to a student through a Name, Image Likeness Collective?

A. No. School association with a collective would be considered express or implied sponsorship or endorsement of the activity.

5.

Q. If an athlete wishes to give private lessons or run a mini camp using school facilities and advertises the lesson or camp, is he/she in violation of the Amateur Rule by mentioning the school as the host site in the advertisement?

A. Yes. Students may receive payment for activities not related to performance provided that they are carried out in a manner that does not suggest the endorsement or sponsorship of a TSSAA school. To avoid the inference or suggestion that the school endorses or sponsors the activity, the school should not be mentioned in the advertisement. The student may, of course, inform those who contact him or her about the location of the lessons or camp, but that location – if it is a member school – should not be mentioned in any advertisement. If a student is using a school's facility for instructional purposes, he or she should be treated the same as any member of the student population regarding usage agreements, fees, etc.

6.

Q. Are there limits as to how much an athlete can make from an endorsement or sponsorship?

A. No.

7.

Q. Are there limits as to how much an athlete can charge for giving lessons or putting on a camp?

A. No.

8.

Q. Can a coach of a school assist an athlete who is giving lessons or putting on a camp?

A. No. A coach's assistance would reasonably suggest support or endorsement by the school.

9.

Q. Are there restrictions as to the types of businesses athletes can sign NIL agreements with?

A. Not at this time.

10.

Q. Would it be a violation if an athlete and his/her family were offered a residence as a result of an NIL agreement after he/she had enrolled in and attended a school?

A. This would be a recruiting violation if a school was involved.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 54 of 64 PageID #: 525

11.

Q. Does a school have to document its athletes' NIL activities?

A. Not for the purposes of TSSAA. However, school officials may wish to maintain an awareness of those activities in order to ensure that the activities do not suggest the endorsement or sponsorship of the school.

12.

Q. If a coach is contacted by a community member seeking a pitcher/receiver/setter/etc. to provide lessons to their child, could the coach direct them to one of his/her players?

A. No. A coach directing someone to one of his/her players for this purpose would reasonably suggest endorsement or sponsorship of the school.

**Award Rule**

1.

Q. If a student accepts a gift card or apparel from an outside entity during a camp, combine, showcase, etc., will he/she lose his/her eligibility?

A. No. Accepting these items from an outside source during a camp, combine, or showcase, etc., would not make a student ineligible. Bowling, golf and tennis students must abide by USBC, USGA, and USTA regulations in regards to accepting awards.

**Independent-Game Participation**

1.

Q. Team A is eliminated in the district basketball tournament. May players on Team A participate in an independent game or tournament without endangering their eligibility?

A. The basketball season ends for any member school when the school is eliminated from tournament play. Students may participate in a game as members of independent teams in any sport after the season for that sport has closed without affecting their eligibility, provided the amateur rule is not violated.

2.

Q. A golfer wishes to participate in a club tournament during the golf season. Is this a violation of the independent rule?

A. No, provided the golfer participates as an individual and not as a member or representative of his/her school. The independent rule does not apply to sports with an individual championship (golf, tennis, bowling, wrestling, track and field, and cross country).

3.

Q. May a player participate in a scrimmage, practice game or game with an independent team after being registered with TSSAA past the first official day of competition in that sport?

A. No. The student shall be ineligible once TSSAA is made aware of the incident in the sport in which the violation occurs.

4.

Q. Is it a violation for a registered athlete in baseball or softball to practice with an independent team?

A. No, provided the independent team is not scrimmaging another independent team as a part of their practice.

5.

Q. Is it a violation for a registered athlete in track or cross country to participate in a road race?

A. No. The independent rule does not apply to track and field or cross country.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 55 of 64 PageID #: 526

6.

Q. A basketball player participates in an independent game and the school notifies the state office of the violation. What is the penalty for the student athlete?

A. The student will be ineligible for the remainder of the season.

7.

Q. A student is registered on the girls' softball team with School A after the first official day of competition for girls' softball. The student then participates in an independent girls' softball game. She then returns to School A's softball team where she plays three games. The coach of School A determines that the student has played in an independent game and reports the violation to the state office. What is the penalty?

A. The player is deemed ineligible for the remainder of the season. School A is not penalized for games the player may have played in after participating on an independent team during the school season.

8.

Q. Is it a violation for a soccer player to participate in an indoor soccer tournament or a girls' softball player to participate in a slow pitch softball tournament or a basketball player to participate in a three-on-three tournament during the school season?

A. Yes. Participation in a similar sport during the season constitutes a violation of the independent game participation rule.

9.

Q. What are some examples of scrimmage situations that would not be considered a violation of the Independent Game Participation Rule?

A. Following are two examples:

- 48 students are trying out for an AAU basketball, travel baseball or softball, club soccer or 7 on 7 football team. This group of students would be considered one team and could participate in scrimmage situations.
- 65 students are invited to a college university to practice with a college team. This group of students, along with the college students, would be considered one team and could participate in scrimmage situations.

**All-Star Games**

1.

Q. A civic club plans to hold an all-star basketball game. Only seniors who do not participate in spring sports will participate. Would it be a violation for a coach of a member school to coach one of the teams; for the coach and principal to permit the players to use school equipment; for a registered TSSAA official to officiate the game?

A. Yes, if a game is played during the school year officials and game officials shall have no connection whatsoever with such a contest.

2.

Q. What is the difference between an independent team and an all-star team?

A. An independent team is a team that is organized to play a schedule. An all-star team is a team composed of players from different schools who are usually assembled as a team for playing one particular game.

**Homeschool Rule**

1.

Q. Who is eligible to tryout, as a homeschool athlete, for a TSSAA member school team?

A. Only those who meet all ten criteria outlined within TSSAA's Homeschool Bylaw are eligible.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 56 of 64 PageID #: 527

2.

Q. Are there any requirements that the parent conducting the homeschool must meet for purposes of the TSSAA Bylaws?

A. Yes. First, the homeschool athlete must meet all ten criteria outlined within TSSAA's Homeschool Bylaw. Additionally, the parent-teacher must satisfy all state law requirements in order for the homeschool student to be eligible to try out for a TSSAA member school team.

3.

Q. What are the academic requirements for a homeschool athlete?

A. The academic courses must be approved by the local board of education (or private school) in compliance with state law. TSSAA does not regulate where or how any student athlete receives credit toward graduation. TSSAA is concerned with the following: (1) Are the participants enrolled in a minimum of five academic courses which have been approved by the school and/or school system? And (2) If taken at a member school would the course count towards graduation? If the answer to both questions is "yes", the homeschool athlete would meet the requirements set forth in the "Academic Rule" and "Homeschool" Bylaw.

4.

Q. What if a student takes four of the five academic courses at an independent homeschool, but registers and attends a non-public school for the fifth credit (i.e. science lab,) would this potential homeschool athlete be eligible under the Homeschool Bylaw?

A. Yes, provided the student meets the definition of a homeschool student according to state law.

5.

Q. What is the last date that a homeschool student can make application for participation in athletics to the principal of the member school in which the athlete wishes to tryout and possibly participate?

A. The parent or guardian must make application for participation in athletics to the principal of the member school in which the homeschool athlete wishes to try out and possibly participate before the first official practice date for that sport.

6.

Q. Can a homeschool student tryout for a team prior to meeting all requirements of the rule in the TSSAA Bylaws?

A. No. All requirements of the rule must be met prior to the homeschool student trying out for a team, with the exception of the participation fee. If a participation fee is imposed by the LEA, the homeschool student would only be required to pay that fee only if they become a member of the team.

7.

Q. What type of insurance, if any, does a homeschool athlete participating on a TSSAA member school team need to maintain?

A. The homeschool student must provide proof of liability insurance coverage which names the TSSAA as an insured party or the administration of the school must submit to TSSAA a copy of the TSSAA Indemnity Form signed by the guardian(s). TSSAA Catastrophic Insurance will extend to the homeschool athlete as it does with all other student-athletes participating at a member school.

8.

Q. If the LEA imposes a participation fee, could the homeschool athlete be responsible for any additional monetary payments after he/she makes a particular team?

A. Yes, but this will be left to the LEA, and not TSSAA. Many LEAs charge an additional fee to all the athletes participating in a particular sport, such as golf. Some LEAs charge an equipment fee or uniforms fee, while other LEAs require athletes to raise a certain amount of money with fundraising. If the non-homeschool student athlete is being held responsible for monetary contributions, the homeschool athlete can be held responsible for those same monetary contributions, which will vary within LEAs.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 57 of 64 PageID #: 528

9.

Q. If a homeschool athlete makes the roster of a TSSAA member school team in football, basketball, and baseball, what is the participation fee?

A. The answer will vary by LEA. The maximum amount that the homeschool athlete could pay shall not exceed the fees or costs charged to or borne by students enrolled at the school.

10.

Q. If a homeschool athlete wants to participate on a TSSAA member private school team, what must the homeschool athlete do?

A. (1) The parent or guardian must make application for participation in athletics to the principal prior to the first official practice date for that sport. (2) Additionally, the homeschool athlete must pay full tuition and abide by all financial aid rules.

11.

Q. If a student has dropped out, withdrawn, or been expelled from a TSSAA member school, will that student be eligible to participate at another TSSAA member school as a homeschool athlete?

A. No. If the student was expelled then he/she would be carrying a discipline record which makes them ineligible for one year or until the disciplinary charges have been removed. If the student dropped out or withdraws from school he/she would be subject to the TSSAA's transfer rules.

12.

Q. If a homeschool athlete tries out for a TSSAA member school team, is the homeschool athlete automatically on the roster?

A. No, like all sports rosters, the ultimate decisions are left to the member schools regarding the athletes that make the team as well as the amount of playing time that each athlete receives.

**Virtual School Rule**

1.

Q. A student lives outside the geographic area of the LEA of any TSSAA member virtual schools. Is there a scenario where this student could participate in athletics for a TSSAA member school?

A. No. Students must live in the geographic area of the LEA of the member virtual school. Their residence must also be in the zone (territory) of the public school where they wish to participate as assigned by the local board of education.

2.

Q. A student lives inside the geographic area of the LEA of a TSSAA member virtual school. School A and School B are both in the geographic area of the same LEA. The student's residence is in the zone (territory) of School A, but they wish to play for School B. The student lives outside the zone (territory) of School B. Can the student play for School B?

A. No. Students must live in the zone (territory) established by the LEA of the school they are participating for.

**Unsportsmanlike Conduct**

1.

Q. If a school has a fan that is ejected in the first quarter of a basketball game and subsequently has a fan ejected in the fourth quarter of the same game, what is the monetary penalty to the school?

A. The school will be fined $250 per occurrence for a total of $500:


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 58 of 64 PageID #: 529

## Schools Which Member Schools May Play or Scrimmage

1.

Q. What schools may a member school of TSSAA scrimmage during pre-season or play during regular season?

A. TSSAA member schools may play or scrimmage the following:

1. Any secondary school team with grades 9 and above.
2. An individual homeschooled student who might be invited to participate in a track meet, wrestling competition, golf competition, etc. This would primarily apply to individual sports.
3. A homeschool team in a team sport, such as basketball, baseball, softball, etc., where homeschooled students go together to form a cooperative team.

2.

Q. Who can a member school of TSSAA not play during regular season?

A. Any non-school team. Examples would be a club team, recreational park league team, or any type of independent team.

## Contests and Tournaments with Out-Of-State Teams

1.

Q. May a TSSAA school participate in tournaments or meets involving out-of-state teams that have not been sanctioned?

A. No. All tournaments or meets involving out-of-state teams must be sanctioned by TSSAA, the other state associations concerned, and the National Federation.

## Varsity Teams

Q. Can a school's junior varsity team participate against another school's varsity team?

A. No. A game is either a varsity game for both teams, a junior varsity game for both teams, or a scrimmage for both teams. An exception may be made by the Executive Director when a school is beginning an athletic program.

## TSSAA SPORTS CALENDAR

1.

Q. A coach has a weight lifting program at school during off-season and in the time permitted by the sports calendar. The program is open to both players and non-players. Is this a violation?

A. No, provided activities are limited to weight lifting, and provided no player is required to attend.

2.

Q. Can a coach have a conditioning program in the off season, provided it is not during the Dead Period?

A. Yes, provided it is a program that would benefit all students and is open to all players and non-players.

3.

Q. May a school with grades 7-12, 8-12 or 9-12 have 12 days of varsity spring football practice and 12 days of freshman spring football practice?

A. No. A school may have only 12 days of off-season practice in football.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 59 of 64
PageID #: 530

4.

Q. Is it permissible for a school to have try-outs before the first practice date?

A. Try-outs are considered practice. During the school-year, no school may hold try-outs prior to the first practice date as set forth by the TSSAA Sports Calendar. Try-outs in football and basketball may be held during spring practice but only students enrolled and in regular attendance at that school may participate. Try-outs may be held in the summer during the time outlined for practice in that sport.

5.

Q. In football, five schools come together on a Saturday for a five-way scrimmage on two practice fields. Team A is working a half line scrimmage against Team B, Team C is working 7-on-7 with secondary against quarterbacks and receivers, etc. Later in the day, Team B is scrimmaging Team A, B vs. C, etc. How would this be counted?

A. This is one scrimmage date. All schools would have either two scrimmages or one scrimmage date remaining in preseason.

6.

Q. Three schools go together for a three-way scrimmage with A vs. B, B vs. C, and C vs. A set up during the day. How would this be counted?

A. This is either two scrimmages for each team or one scrimmage date for each team. It really does not make any difference. All three schools would have either two scrimmages or one scrimmage date remaining in preseason.

7.

Q. School A and School B get together and set up a scrimmage with their two schools. During the scrimmage the freshman teams are working against each other at 2:00; the junior varsity teams are working against each other at 3:30; and the varsity teams come back that night and work against each other at 7:00. How would this be counted in preseason scrimmages.

A. This is one preseason scrimmage for both schools, provided all of the scrimmaging is at one site.

8.

Q. A school invites nine schools to participate in an all-day scrimmage on a Saturday. What can occur and how is this counted toward the scrimmage rule?

A. If any of the schools invited scrimmage more than one school, then it would count as a scrimmage date for that school and for all the schools that participate against more than one school in the all-day affair. The schools would then have either two scrimmages remaining or one scrimmage date.

There cannot be any tournament format set up or play that would reflect a regular season game. Preseason scrimmages are an extension of preseason practice and should be learning experiences for athletes and coaches as they prepare for regular season games.

9.

Q. How many students may receive individual instructions during the pre-season and/or off-season?

A. During the pre-season and off-season, individual instruction may be given to no more than three students per day in basketball and girls' volleyball. In football, girls' soccer, and soccer, individual instructions may be given to no more than six students per day. In baseball and girls' softball, individual instruction may be given to no more than five students per day. IT DOES NOT MATTER HOW MANY COACHES YOU HAVE IN A PARTICULAR SPORT. THE TOTAL NUMBER OF STUDENTS THAT ARE ALLOWED TO RECEIVE INSTRUCTIONS ARE GIVEN ABOVE.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 60 of 64 PageID #: 531

10.

Q. Are school personnel/coaches permitted to coach non-school teams with players from their school in the preseason or offseason?

A. If the TSSAA sports calendar does not permit practice during the time of year that the non-school team is practicing or playing, then school personnel are not permitted to coach these teams regardless of how many or how few players from their school are participating for the non-school team.

11.

Q. Does the 50% rule apply to summer teams in any sport?

A. No. The 50% rule applies only to basketball, baseball, and softball and only from the beginning of the school year until the season begins in the sport involved.

12.

Q. School A has one gym and is scheduled to have volleyball practice until 6:00 PM. Can School A have Open Facilities for basketball beginning at 6:30 PM?

A. Yes. Open Facilities is permitted year round (Monday through Friday) except during the Dead Period. It does not have to occur immediately after the school day ends.

**Awards**

1.

Q. Does TSSAA name All-District, All-Region, or All-State Teams?

A. No. These teams are normally selected by the coaches, the Tennessee Sports Writers Association, or the Associated Press.

**Officials and Contracts with Officials**

1.

Q. May a school use one or more non-registered officials in a contest provided the other officials are registered?

A. All football officials, including the clock operator, must be registered with TSSAA. All basketball officials, except the timer and scorer, must also be registered with TSSAA. All baseball and girls softball umpires must be registered with TSSAA; also wrestling, girls soccer, soccer and girls volleyball officials.

2.

Q. What is the penalty for using a non-registered football, basketball, wrestling, girls volleyball, girls soccer, soccer, girls softball or baseball official?

A. Schools using non-registered officials shall be fined $15 for the first offense. Continued use of non-registered officials will subject school to suspension or other penalty as determined by the Board of Control.

3.

Q. If a registered official has been employed but for some reason fails to appear, may a school use a non-registered official without being subject to any penalty?

A. Yes, provided the state office is notified in writing within 48 hours after the game is played. This report should give the name and address of the registered official who was employed to work the game and the reason for his/her failure to do so if known; also the name and address of the official who was used in place of the registered official.

4.

Q. What is the policy of TSSAA toward the decisions of officials?

A. The decisions of officials are accepted as final and binding.


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 61 of 64 PageID #: 532

5.

Q. May a school drop an official from the game after the official has been engaged?

A. Yes, if a school decides that it is wise to break its agreement with an official, it may be done by paying the official the regular fee for the game.

# COACHING REQUIREMENTS CHECKLIST

**Classified Employees and Non-Faculty Coaches serving as Head Coaches**

______ Must be approved by the principal, director of schools, and/or school board each year.
______ Must be submitted by the principal to TSSAA each year.
______ Must successfully complete the NFHS "Fundamentals of Coaching" and "First Aid, Health, & Safety for Coaches" courses prior to his/her employment.*

**Classified Employees and Non-Faculty Coaches serving as Assistant Coaches**

______ Must be approved by the principal, director of schools, and/or school board each year.
______ Must be submitted by the principal to TSSAA each year.
______ Must successfully complete the NFHS "Fundamentals of Coaching" and "First Aid, Health, & Safety for Coaches" courses prior to his/her employment.*

**Retired Educators** (five or more years of teaching experience) **& Full-Time Certified Teachers** (those who are currently teaching a minimum of 100 school days) are not considered non-faculty. These individuals have no other requirements. These individuals must be submitted by the principal to TSSAA each year.

**Middle School Non-Faculty Coaches**

______ Must be approved by the principal, director of schools, and/or school board each year.
______ Must be submitted by the principal to TMSAA each year.
______ Must successfully complete the NFHS "Fundamentals of Coaching" and "First Aid, Health, & Safety for Coaches" courses prior to his/her employment.*

**Coaches who have successfully completed the ASEP Coaches Education Course AND the TSSAA Online Coaches Training Session prior to May 15, 2013, will not be required to take the NFHS courses.*


Case 2:25-cv-00170-DCLC-CRW Document 44-7 Filed 11/06/26 Page 62 of 64 PageID #: 533

## 2023-24 GENERAL OFFICIAL'S INFORMATION

The following fees for regular season varsity contests have been set by the Board of Control. With the exception of basketball, these fees do not apply to invitational tournaments. J.V. or B-Team, freshman, and middle school fees are not set by TSSAA and are negotiable with the local officials' association.

### 2023-24 Mileage Fees

The Board of Control has set the following fees for mileage, which applies to all officials, and is to be based on mileage that is calculated in Arbiter:

1. If an official travels 30 to 60 miles one-way, they will receive an additional $10.
2. If an official travels more than 60 miles one way, they will receive an additional $20.
3. If an official travels less than 30 miles one way, no additional fee will be paid.

| Sport | 2023-24 | | 2024-25 | |
|---|---|---|---|---|
| **Senior High Football** | $115.00<br>E.C.O. – $85.00 | | $120.00<br>E.C.O. – $90.00 | |
| **Senior High Basketball** | **Two Officials**<br>Single Game<br>$90.00<br>Doubleheader<br>$120.00 | **Three Officials**<br>Single Game<br>$80.00<br>Doubleheader<br>$110.00 | **Two Officials**<br>Single Game<br>$95.00<br>Doubleheader<br>$125.00 | **Three Officials**<br>Single Game<br>$85.00<br>Doubleheader<br>$115.00 |
| | *Doubleheader fees apply to all regular season contests, including Invitational Tournaments and Classics, where there is no more than 15 minutes between contests.* | | | |
| **Senior High Girls' Volleyball** | **Two Officials**<br>One Match<br>$70.00<br>Two Matches<br>$100.00<br>Three Matches<br>$130.00 | | **Two Officials**<br>One Match<br>$75.00<br>Two Matches<br>$105.00<br>Three Matches<br>$135.00 | |
| | *Two officials must be used for all matches, including Invitational Tournaments and Post-Season Tournaments.* | | | |
| **Senior High Girls Soccer and Soccer** | **Two Officials**<br>One Game<br>$85.00 Each | **Three Officials**<br>One Game – $85.00, $75.00, $75.00 | **Two Officials**<br>One Game<br>$90.00 Each | **Three Officials**<br>One Game – $90.00, $80.00, $80.00 |
| **Senior High Baseball** | **Two Officials**<br>Single Game<br>$90.00<br>Doubleheader (JV/JV)<br>$120.00<br>Doubleheader (JV/V)<br>$120.00<br>Doubleheader (V/V)<br>$180.00 | **Three Officials**<br>Single Game<br>$85.00<br>Doubleheader (JV/JV)<br>$110.00<br>Doubleheader (JV/V)<br>$110.00<br>Doubleheader (V/V)<br>$170.00 | **Two Officials**<br>Single Game<br>$95.00<br>Doubleheader (JV/JV)<br>$125.00<br>Doubleheader (JV/V)<br>$125.00<br>Doubleheader (V/V)<br>$185.00 | **Three Officials**<br>Single Game<br>$90.00<br>Doubleheader (JV/JV)<br>$115.00<br>Doubleheader (JV/V)<br>$115.00<br>Doubleheader (V/V)<br>$175.00 |
| | *Doubleheader fees apply to regular season contests only when there is no more than 30 minutes between games. If one game of the doubleheader is a JV game, it is limited to 5 innings or a 1:15 time limit, whichever comes first. NO EXCEPTIONS.* | | | |
| **Senior High Girls' Softball** | **Two Officials**<br>Single Game<br>$80.00<br>Doubleheader (JV/JV)<br>$110.00<br>Doubleheader (JV/V)<br>$110.00<br>Doubleheader (V/V)<br>$160.00 | **Three Officials**<br>Single Game<br>$75.00<br>Doubleheader (JV/JV)<br>$100.00<br>Doubleheader (JV/V)<br>$100.00<br>Doubleheader (V/V)<br>$150.00 | **Two Officials**<br>Single Game<br>$85.00<br>Doubleheader (JV/JV)<br>$115.00<br>Doubleheader (JV/V)<br>$115.00<br>Doubleheader (V/V)<br>$165.00 | **Three Officials**<br>Single Game<br>$80.00<br>Doubleheader (JV/JV)<br>$105.00<br>Doubleheader (JV/V)<br>$105.00<br>Doubleheader (V/V)<br>$155.00 |
| | *Doubleheader fees apply to regular season contests only when there is no more than 30 minutes between games.* | | | |
| **Senior High Wrestling** | Dual Meet – $85.00<br>Two Dual Meets @ Same Site – $120.00<br>Three Dual Meets @ Same Site – $165.00 | | Dual Meet – $90.00<br>Two Dual Meets @ Same Site – $125.00<br>Three Dual Meets @ Same Site – $170.00 | |

# 2023-24 TSSAA Regional Rules Meetings

## ADMINISTRATOR'S MEETINGS

| | | |
|---|---|---|
| Sept. 18 | 9:00 AM | Cookeville High School |
| | 10:00 AM | Middle School Meeting |
| Sept. 19 | 9:00 AM | Daniel Boone High School |
| | 10:00 AM | Middle School Meeting |
| Sept. 20 | 9:00 AM | Hardin Valley Academy |
| | 10:00 AM | Middle School Meeting |
| Sept. 21 | 9:00 AM | Silverdale Baptist Academy |
| | 10:00 AM | Middle School Meeting |
| Sept. 25 | 9:00 AM | Ensworth High School |
| | 10:00 AM | Middle School Meeting |
| Sept. 26 | 9:00 AM | White Station High School |
| | 10:-00 AM | Middle School Meeting |
| Sept. 27 | 9:00 AM | Liberty Tech. Magnet High School |
| | 10:00 AM | Middle School Meeting |
| Sept. 28 | 9:00 AM | Spring Hill High School |
| | 10:00 AM | Middle School Meeting |

## REGIONAL MEETINGS

| | | |
|---|---|---|
| Nov. 6 | 11:00 AM | Hardin Valley Academy |
| Nov. 8 | 10:00 AM | Liberty Tech. Magnet High School |
| Nov. 9 | 10:00 AM | Ensworth High School |

## BASEBALL RULES MEETINGS

| | | |
|---|---|---|
| Jan. 7 | 3:00 PM | Cookeville High School |
| Jan. 8 | 6:30 PM | Daniel Boone High School |
| Jan. 10 | 6:30 PM | Fulton High School |
| Jan. 11 | 6:30 PM | Silverdale Baptist Academy |
| Jan. 14 | 3:00 PM | Goodpasture Christian School |
| Jan. 15 | 6:30 PM | Marshall Co. High School |
| Jan. 17 | 6:30 PM | Memphis University School |
| Jan. 18 | 6:30 PM | Liberty Tech. Magnet High School |

## BASKETBALL RULES MEETINGS

| | | |
|---|---|---|
| Sept. 10 | 3:00 PM | Morristown East High School |
| Sept. 11 | 6:00 PM | Daniel Boone High School |
| Sept. 12 | 6:00 PM | Hardin Valley Academy |
| Sept. 13 | 6:00 PM | Shelbyville Central High School |
| Sept. 14 | 6:00 PM | Silverdale Baptist Academy |
| Sept. 17 | 2:00 PM | MUS (Coaches) |
| Sept. 17 | 4:00 PM | MUS (Officials) |
| Sept. 18 | 6:00 PM | Dresden High School |
| Sept. 19 | 6:00 PM | Liberty Tech. Magnet High School |
| Sept. 20 | 6:00 PM | DeKalb Co. High School |
| Sept. 21 | 6:00 PM | Goodpasture Christian School |

## FOOTBALL RULES MEETINGS

| | | |
|---|---|---|
| July 17 | 6:00 PM | Goodpasture Christian School |
| July 18 | 6:00 PM | Rossview High School |
| July 19 | 6:00 PM | Shelbyville Central High School |
| July 23 | 2:00 PM | Watertown High School |
| July 24 | 6:00 PM | McMinn Co. High School |
| July 25 | 6:00 PM | Hardin Valley Academy |
| July 26 | 6:00 PM | Daniel Boone High School |
| July 27 | 6:00 PM | Hamilton Co. Central Office |
| July 31 | 6:00 PM | Peabody High School |
| Aug. 1 | 6:00 PM | Memphis University School |
| Aug. 2 | 6:00 PM | Henderson City Hall |

## GIRLS' SOFTBALL RULES MEETINGS

| | | |
|---|---|---|
| Jan. 7 | 2:00 PM | Cookeville High School |
| Jan. 8 | 5:30 PM | Daniel Boone High School |
| Jan. 10 | 5:30 PM | Fulton High School |
| Jan. 11 | 5:30 PM | Silverdale Baptist Academy |
| Jan. 14 | 2:00 PM | Goodpasture Christian School |
| Jan. 15 | 5:30 PM | Marshall Co. High School |
| Jan. 17 | 5:30 PM | Memphis University School |
| Jan. 18 | 5:30 PM | Liberty Tech. Magnet School |

## GIRLS' SOCCER/SOCCER RULES MEETINGS

| | | |
|---|---|---|
| July 25 | 6:00 PM | Daniel Boone High School |
| July 26 | 6:00 PM | Hardin Valley Academy |
| July 27 | 6:00 PM | Baylor School |
| July 31 | 6:00 PM | Memphis University School |
| Aug. 1 | 6:00 PM | Jackson North Side High School |
| Aug. 8 | 6:00 PM | Siegel High School |
| Aug. 9 | 6:00 PM | Hunters Lane High School |

## WRESTLING

| | | |
|---|---|---|
| Oct. 2 | 6:00 PM | Science Hill High School |
| Oct. 3 | 6;00 PM | Hardin Valley Academy |
| Oct. 5 | 6:00 PM | Silverdale Baptist Academy |
| Oct. 16 | 6:00 PM | Memphis University School |
| Oct. 17 | 6:00 PM | Ensworth High School |
| Oct. 19 | 6:00 PM | Blackman High School |

**THE FOLLOWING RULES MEETINGS WILL BE OFFERED ONLINE:**
**GOLF, GIRLS' VOLLEYBALL, BOWLING, TENNIS**

**NOTE:** In order to complete the online coaches meetings, coaches must log into their personal TSSAA Portal Account and be assigned as a coach for the sport in which they are taking the online rules meetings.