**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN AND MARY DOE,**<br>**for themselves and their minor child,**<br>**JAMES DOE,**<br><br>**v.**<br><br>**PROVIDENCE ACADEMY, INC., and**<br>**BENJAMIN HOLLAND,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No.: 2:25-cv-00170-DCLC-CRW**<br><br>**JURY DEMANDED** |

---

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS'MOTION FOR SUMMARY JUDGMENT**

---

Defendants Providence Academy, Inc. ("Providence") and Benjamin Holland ("Mr. Holland") (collectively "Defendants"), by and through counsel, pursuant to Federal Rule of Civil Procedure 56(c), hereby file this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment as to claims under Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 *et seq.* ("Title IX") and Tennessee state tort claims contained in the Complaint filed by Plaintiffs identified as John and Mary Doe, for themselves and their minor child, James Doe (the "Minor Plaintiff") ("collectively "Plaintiffs").

1. Plaintiffs and Defendants are located in Washington County, Tennessee. Amended Complaint ("Am. Compl.") ¶¶ 4-5.

RESPONSE:

2. Providence is a private Christian school that was formed in 1994, and since 1995 has held tax-exempt status with the Internal Revenue Service under Section 501(c)(3). Exhibit A, Declaration of Benjamin Holland ("Holland Decl.") ¶ 3; Exhibit 1 to the Holland Decl., Grant of Providence Academy's status under 501(c)(3).

RESPONSE:

3. Providence did not receive funding from the federal government until the extraordinary conditions created by the COVID-19 pandemic and associated lock-down procedures were implemented, when it applied for and received loans through the Paycheck Protection Program ("PPP") Holland Decl. at ¶ 4-5.

RESPONSE:

4. Those monies were borrowed from Acclivity Financial, a subsidiary of Citizens Bank, and were used to pay Defendant's teachers and staff from April 17, 2020, through June 30, 2020. *Id.* at ¶ 5-6; Exhibit 2 to the Holland Decl., Payroll Summary for Providence Academy.

RESPONSE:

5. Providence later sought forgiveness of the PPP loans and interest, which was granted by the Small Business Administration on or about November 6, 2020. Holland Decl. at ¶ 7-8; Exhibit 3 to the Holland Decl., Providence Academy's PPP Loan Forgiveness Application Form 3508EZ; Exhibit 4 to the Holland Decl., Notice of Loan Forgiveness from Acclivity Financial and Citizens Bank dated November 6, 2020.

RESPONSE:

6. That period was the only time in which Defendant received any federal funds. Holland Decl. at ¶ 9. Defendant has never otherwise applied for or received federal financial assistance for administration, training, or other benefits of any kind. *Id*.

RESPONSE:

7. In 2021, Defendant applied for admission to the Tennessee Secondary School Athletic Association ("TSSAA"). *Id*. at ¶ 11; Exhibit 5 to the Holland Declaration, Providence Academy TSSAA Application Materials.

RESPONSE:

8. The TSSAA promotes and regulates interscholastic athletic competitions among member schools. Holland Decl. at ¶ 13; Exhibit 6 to Holland Declaration, 2023-2024 TSSAA Handbook ("TSSAA Handbook") p. 1.

RESPONSE:

9. Providence was admitted as a member school to TSSAA Division II on or about February 8, 2022. Holland Decl. at ¶ 14.

RESPONSE:

10. The TSSAA application materials do not reference Title IX or subject its member schools to the application of Title IX. Exhibit 5 to Holland Declaration, Providence Academy TSSAA Application Materials.

RESPONSE:

11. The TSSAA Constitution and Bylaws do not reference Title IX or subject its member schools to the application of Title IX. Exhibit 6, TSSAA Handbook, *infra*.

RESPONSE:

12. Providence agreed to abide by the TSSAA Constitution and Bylaws, but did not cede controlling authority of its athletic department or school to the TSSAA. Holland Decl. at ¶ 14.

RESPONSE:

13. The TSSAA did not and does not control the operations, finances, or management of Providence Academy. Holland Decl. at ¶ 16.

RESPONSE:

14. During the 2023-2024 school year, James Doe was a student at Providence Academy and was subject to the expectations and rules contained in the 2023-2024 Providence Academy Student Handbook. Am. Compl. ¶¶ 4, 32, 149; Exhibit 7 to the Holland Declaration, Providence Academy 2023-2024 Student Handbook.

RESPONSE:

15. On February 11, 2024, the minor Plaintiff attended a Super Bowl party at a private residence (the "Super Bowl party"). Am. Compl. ¶ 12; Holland Decl. ¶¶ 19, 21

RESPONSE:

16. The Super Bowl party was not a school function, it did not take place on school property, and no employee of Providence Academy was in attendance. Holland Decl. at ¶ 20.

RESPONSE:

17. On February 15, 2024, Defendant received a report that James Doe attended the Super Bowl party, and while there, he was assaulted by another minor who was also a student at Providence Academy. *Id*. at ¶ 21.

RESPONSE:

18. After receiving the report of the alleged assault, Defendant notified the Department of Children's Services and local law enforcement about the allegations. *Id*. at ¶ 26.

RESPONSE:

Respectfully submitted:

LEWIS THOMASON, P.C.

*<u>/s/ Peter C. Robison</u>*
Peter C. Robison, BPR #27498
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*<u>/s/ Mikel A. Towe</u>*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Counsel for Defendants Providence Academy, Inc. and Benjamin Holland*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of November, 2026 a copy of the foregoing filing will be sent to all parties via Court's ECF system.

Tricia Herzfeld
Joe P. Leniski, Jr.
Daniel P. Hull
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
1920 Adelcia St., Suite 300
Nashville, Tennessee 37212
Email: tricia@hsglawgroup.com
joey@hsglawgroup.com
daniel@hsglawgroup.com

E. Patrick Hull
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com

*/s/ Peter C. Robison*
Peter C. Robison