**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| JOHN AND MARY DOE<br>for themselves and their minor child,<br>JAMES DOE, | ) | |
| Plaintiffs, | ) | Case No. 2:25-cv-170 |
| v. | ) | JURY DEMAND |
| PROVIDENCE ACADEMY, INC., AND<br>BENJAMIN HOLLAND, | ) | |
| Defendants. | ) | |

---

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE TITLE IX ISSUE**

---

Plaintiffs John and Mary Doe, on behalf of themselves and their minor son, James Doe, hereby move this Court for an Order granting them an Extension of Time to Respond to Defendants Providence Academy, Inc.'s, and Benjamin Holland's, Motion for Summary Judgment until February 12, 2027. As grounds, Plaintiffs state that fact discovery is not closed in this matter; Plaintiffs plan on taking a deposition of a representative of the Tennessee Secondary School Athletics Association in connection with their Title IX claim; and Defendants have outstanding discovery responses that are relevant to the Title IX issue.

In support of their Motion, Plaintiffs rely on the following:

1. The declaration of Daniel Hull, counsel for Plaintiffs, attached hereto as Exhibit 1;
2. The memorandum of law, filed simultaneously herewith; and
3. The record as a whole.

WHEREFORE, having shown good cause, Plaintiffs move this Court for an Order extending their deadline to respond to Defendants' Motion for Summary Judgment until on or before Friday, February 12, 2027.

DATED: November 20, 2026.

Respectfully submitted,

*/s/ Daniel P. Hull*


Tricia Herzfeld (BPR No. 26014)
Joe P. Leniski, Jr. (BPR No. 22891)
Daniel P. Hull (BPR No. 24511)
**HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL PLLC**
1920 Adelicia Street, Suite 300
Nashville, Tennessee 37212
Phone: (615) 800-6225
Email: tricia@hsglawgroup.com
joey@hsglawgroup.com
daniel@hsglawgroup.com

and

E. Patrick Hull (BPR No. 4437)
**THE HULL LAW FIRM**
201 W. Sullivan Street
Kingsport, Tennessee 37660
Sullivan Street at Shelby Street
Phone: (423) 247-6151
Email: pat@hull-firm.com


*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I filed the foregoing document electronically with Court's electronic case management system, which will send notification of such filing to all counsel of record, including:

Peter C. Robison
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
probison@lewisthomason.com

Mikel A. Towe
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com

*Attorneys for Defendants*

*/s/ Daniel P. Hull*
Daniel P. Hull