# <u>EXHIBIT 1</u>

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| JOHN AND MARY DOE<br>for themselves and their minor child,<br>JAMES DOE,<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE ACADEMY, INC., AND<br>BENJAMIN HOLLAND,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Case No. 2:25-cv-170<br><br>JURY DEMAND |

---

**DECLARATION OF DANIEL HULL IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE TITLE IX ISSUE**

---

Daniel Hull, duly sworn, makes the following declaration under oath:

1. My name is Daniel Hull, and I am a Tennessee resident over twenty-one (21) years of age.
2. I am counsel of record to Plaintiffs in the above styled action.
3. I file this declaration in support of additional time for Plaintiffs to respond to Defendants' motion for summary judgment on the Title IX claim raised in Plaintiffs' operative complaint.
4. Discovery in this case has not closed; it closes on January 19, 2027.
5. Plaintiffs intend to take the deposition of a representative from the Tennessee Secondary Schools Athletic Association (the "TSSAA").
6. The TSSAA deposition is directly relevant to Plaintiffs' claims in this action. (*See, e.g.,* Dkt No. 33, ¶¶ 120-23; Dkt No. 32, pp. 2-3, 7.)

7. In addition to the TSSAA deposition, Plaintiffs are waiting on discovery from Defendants that will be relevant to the Title IX issue, including but not limited to the training materials provided to Providence employees during the 2023-2024 school year, and any restrictions, encumbrances, or benefits, running with the land on which Providence sits.
8. Plaintiffs have diligently prosecuted this case, having taken eight depositions in the Tri-Cities area and defended the depositions of John, Mary, and James Doe, also in the Tri-Cities area.
9. The TSSAA deposition and the outstanding discovery are critical to Plaintiffs' ability to respond to Defendants' motion for summary judgment.
10. Without the outstanding material, Plaintiffs cannot present all or sufficient facts necessary to defending against Defendants' motion for summary judgment.

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

**Date:** November 20, 2026.

**Signed:** /s/ Daniel P. Hull